AO 442 (Rev. 12/85) Warrant for Arrest  AUSA LAURENCE M. BARDFELD    SPECIAL AGENT JOE COLLINS (954)489-1730

## *United States District Court*

_____SOUTHERN_____ DISTRICT OF _____FLORIDA____

UNITED STATES OF AMERICA

V.

THOMAS L. NAROG, ET AL.

TO:    **The United States Marshal**
       **and any Authorized United States Officer**

**WARRANT FOR ARREST**

FILED by

CASE NUMBER: 00-4188-BSS

JUL 31 2000

CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

YOU ARE HEREBY COMMANDED to arrest _____ RA'D NASER AL DIN.

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

□ Indictment    □ Information    ☒ Complaint    □ Order of court    □ Violation Notice    □ Probation Violation Petition

charging him or her with (brief description of offense)  Conspiracy to Possess a listed chemical (Pseudoephedrine) knowing it will be used for manufacturing a controlled substance (Methamphetamine); and possession of a listed chemical (Pseudoephedrine) knowing it will be used for manufacturing a controlled substance (Methamphetamine),

in violation of Title 21 United States Code, Section(s) 841(d)(2) and 846

BARRY SELTZER
CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

BSS

Bail fixed at $ PRE TRIAL DETENTION

U.S. MAGISTRATE JUDGE
COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

July 29, 2000
August 1, 2000, FORT LAUDERDALE, FLORIDA
Date and Location

by BARRY S. SELTZER, UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest  AUSA LAURENCE M. BARDFELD    SPECIAL AGENT JOE COLLINS (954)489-1730

## *United States District Court*

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

V.

THOMAS L. NAROG, ET AL.

**TO:  The United States Marshal**
**and any Authorized United States Officer**

FILED by _____ D.C.

JUL 31 2000

CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### WARRANT FOR ARREST

**CASE NUMBER:**  $00 - 4189 - BSS$

YOU ARE HEREBY COMMANDED to arrest_____NADIA AL MASRI_____
                                                                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

□Indictment      □ Information      ⊠ Complaint      □ Order of court      □ Violation Notice      □ Probation Violation Petition

charging him or her with (brief description of offense)  Conspiracy to Possess a listed chemical (Pseudoephedrine) knowing it will be used for manufacturing a controlled substance (Methamphetamine); and possession of a listed chemical (Pseudoephedrine) knowing it will be used for manufacturing a controlled substance (Methamphetamine),

in violation of Title 21  United States Code, Section(s) 841(d)(2) and 846_____

BARRY S. SELTZER_____
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ PRE TRIAL DETENTION

UNITED STATES MAGISTRATE JUDGE____
Title of Issuing Officer

JULY 31, 2000, FORT LAUDERDALE, FLORIDA___
Date and Location

by BARRY S. SELTZER, UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest  AUSA  LAURENCE  M.  BARDFELD    SPECIAL  AGENT  JOE  COLLINS  (954)  489-1730

## *United States District Court*

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

V.

THOMAS L. NAROG, ET AL.

**WARRANT FOR ARREST**

CASE NUMBER: *00-4190-BSS*

FILED by _____ D.C.

JUL 3 1 2000

**TO:    The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____NIZAR ENEICHE_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to Possess a listed chemical (Pseudoephedrine) knowing it will be used for manufacturing a controlled substance (Methamphetamine); and possession of a listed chemical (Pseudoephedrine) knowing it will be used for manufacturing a controlled substance (Methamphetamine),

in violation of Title 21 United States Code, Section(s) 841(d)(2) and 846

BARRY SELTZER
~~CLARENCE MADDOX~~
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

*[signature]*
Bail fixed at $PRE-TRIAL DETENTION

U.S. MAGISTRATE JUDGE
~~COURT ADMINISTRATOR/CLERK OF THE COURT~~
Title of Issuing Officer

July 30,
~~AUGUST~~, 2000 FORT LAUDERDALE, FLORIDA 12:09(
Date and Location

*[signature]*
by BARRY S. SELTZER, U.S. MAGISTRATE JUDGE
Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |