AO 442 (Rev. 12/85) Warrant for Arrest   AUSA LAURENCE M. BARDFELD   SPECIAL AGENT JOE COLLINS  (954) 489-1730

# United States District Court

SOUTHERN DISTRICT OF FLORIDA   494476

UNITED STATES OF AMERICA

V.

THOMAS L. NAROG, ET AL.

REC'D by _____ D.C.
AUG 17 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## WARRANT FOR ARREST

CASE NUMBER: ~~00-4190-BSS~~

00-6211-CR-DTKH

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __NIZAR ENEICHE__
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to Possess a listed chemical (Pseudoephedrine) knowing it will be used for manufacturing a controlled substance (Methamphetamine); and possession of a listed chemical (Pseudoephedrine) knowing it will be used for manufacturing a controlled substance (Methamphetamine),

in violation of Title __21__ United States Code, Section(s) __841(d)(2) and 846__

BARRY SELTZER
Name of Issuing Officer

Signature of Issuing Officer /s/ Barry Seltzer

Bail fixed at $PRE-TRIAL DETENTION

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

July 30, 2000, FORT LAUDERDALE, FLORIDA 12:49 p.m.
Date and Location

by BARRY S. SELTZER, U.S. MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at Chicago, IL |

| DATE RECEIVED 7/30/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone United States Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER Edward Purchase, SDUSM |
|---|---|---|
| DATE OF ARREST 8/3/00 | | |