NIGHT BOX FILED
AUG 25 2000
CLERK, USDC / SDFL / WPB

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 00 6211 |
| ) | |
| THOMAS NAROG, et.al. ) | Honorable Judge Hurley |
| ) | |
| Defendants, ) | Magistrate Judge Vitunac |

FILING FEE
PAID 713648  $75.00
In Forma Pauperis _____
Clarence Maddox, Clerk

### MOTION TO APPEAR PRO HAC VICE

NOW COMES, attorney, TIMOTHY BIASIELLO, moving this Honorable Court for the entry of an order granting him leave to appear PRO HAC VICE on behalf of the Defendant, NIZAR FNEICHE, and in support thereof, he attaches his affidavit as Exhibit "A".

Respectfully submitted,

/s/ Tim Biasiello

LAW OFFICES OF TIM BIASIELLO
Attorney for Defendant NIZAR FNEICHE
33 North Dearborn Street
Suite 1015
Chicago, Il 60602
312-853-0343

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NIGHT BOX
FILED

AUG 2 5 2000

CLERK, USDC / SDFL / WPB

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | |
| THOMAS L. NAROG, ) | Case Number 00-6211 |
| GHANDI JABER, ) | |
| AHMAD ALMASRI, ) | |
| NADIA ALMASRI, ) | |
| MUTASEM AL-SALHI, ) | Honorable Judge Hurley |
| SABER ABDELMUTI, ) | |
| RAED NASER ALDIN, ) | |
| NABIL AQUIL, ) | Magistrate Judge Vitunac |
| NIZAR FNEICHE, ) | |
| MOTLAQ JABER, ) | |
| TEREK ZAKI ABU-LAWI, ) | |
| RABAH EL HADDAD, ) | |
| ZUHAIR MAHUMUD RABEI, ) | |
| and ) | |
| MOHAMMED SAMHAN, ) | |
| Defendants. ) | |

State of Illinois )
              )  ss.
County of Cook )

### AFFIDAVIT OF TIM BIASIELLO, ESQ.

I, TIM BIASIELLO, having first been duly sworn and under oath, do hereby state and depose as follows:

1. I am an attorney having been licensed to practice law in the State of Illinois since 1974. My Illinois Bar Number is 00204501. I am currently in good standing and have never been disciplined nor am I currently subject to any disciplinary proceedings.