# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON**   DATE: 8/28/00   TIME: 9:30AM

DEFT. NIZAR FNEICHE (SURR)   CASE NO. 00-6211-CR-HURLEY

AUSA. LAURENCE BARDFELD   ATTY. Jim Birsells - temp.

AGENT. _____   POSS/DISTRIBUTE PSEUDOEPHEDRINE TO MANUFACTURE CONTROLLED SUBSTANCE
VIOL. 21:841(D)(2), 846, 853

PROCEEDING   INITIAL   BOND. _____

DISPOSITION   Defendant advised of rights;
Jim Birsells granted permission to appear pro hac vice;
Report re: counsel + arraign set 9/21/00 @ 9:30 am.
Bond adopted as set in Illinois. $75,000 PSB secured by property. Report to Pretrial Services 1x wk in phone and 1x month in person.
Defendant given permission to travel to Dearborn, Michigan from 9/1/00 - 9/4/00. File itinerary with Pretrial Services before traveling.

DATE: 8/28/00   TAPE: LRJ-00- 80-170.