# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6211-CR-HURLEY

UNITED STATES OF AMERICA

      Plaintiff,

v.

NIZAR FNEICHE,

      Defendant.

_____/

## ORDER ON INITIAL APPEARANCE

AUSA  Laurence Bardfeld          Language  **ENGLISH**

Agent  DEA          Tape No.  LRJ-00-80-170

      The above-named defendant having been arrested on _____ having appeared before the court for initial appearance on ____ August 28, 2000 _____ and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon

      **ORDERED** as follows:

1. **TIM BIOSELLO -Pro hac vice** ____ appeared as **temporary counsel** of record.**(No notice in file)**
      Address:_____
      Zip Code: _____ Telephone: _____
2. _____ appointed as permanent counsel of record.
      Address: _____
      Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at **9:30 A.M.** on _____**September 21,** _____, 2000.
4. **ARRAIGNMENT** is set for____ **9:30AM on September 21** _____, 2000.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____
   A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for 10am_____, 2000.
6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:
   **Adopted bond set in Illinois - $75,000 PSB secured by residence** _____

_____
      This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
____a. Surrender all passports and travel document to the Pretrial Services Office.
 X  b. Report to Pretrial Services as follows: 1  times a **week by phone**, 1  time a **month in person;**
      other: _____

___c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

___d. Maintain or actively seek full time gainful employment.

___e. Maintain or begin an educational program.

___f. Avoid all contact with victims of or witnesses to the crimes charged.

___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.

___h. Comply with the following curfew: _____

___i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.

___j. Comply with the following additional special conditions of this bond:

_____

_____

This bond was set: At Arrest _____

On Warrant _____

After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

_____

_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forthherein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at <u>West Palm Beach, Florida</u>, this <u>28th</u> day of <u>August</u>, 2000.

**CHIEF U.S. MAGISTRATE JUDGE**
LINNEA R. JOHNSON

c: Assistant U.S. Attorney
Defendant
Counsel
U.S. Marshal
Pretrial Services/Probation