# United States District Court
## Southern District of Florida

United States of America  Case# 00-6211-CR-DTKH
Vs

FNEICHE, NIZAR   Prisoner # 50046-424

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To Clerk's Office, United States District Court: (Circle One)

MIAMI    FT. LAUDERDALE    **WEST PALM BEACH**    FT PIERCE

(CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATE COURT)
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ALL ITEMS ARE TO BE COMPLETED. INFORMATION NOT APPLICABLE OR UNKNOWN TO BE INDICATED BY "N/A"

1) DATE AND TIME OF ARREST  8/28/00
2) LANGUAGE(S) SPOKEN  ENGLISH
3) OFFENSE(S) CHARGED  PWID PSEUDOEPHEDRINE
4) U.S. CITIZEN  [ ] YES   [✓] NO   [ ] UNKNOWN
5) DATE OF BIRTH  2/16/76
6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
    [ ] INDICTMENT   [ ] COMPLAINT TO BE FILED/ALREADY FILED
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [ ] PROBATION VIOLATION WARRANT
    [ ] PAROLE VIOLATION WARRANT

CASE #_____
ORIGINATING DISTRICT_____
COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [ ] NO
7) AMOUNT OF BOND  75K   WHO SET BOND  CHICAGO
8) ARRESTING AGENT  SELF SURRENDER   DATE  8/28/00
9) AGENCY _____   PHONE _____
10) REMARKS _____

