# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 09/21/2000   TIME: 9:30 AM

DEFT. NIZAR FNEICHE ✓ (B)   CASE NO. 00-6211-CR-HURLEY/VITUNAC

AUSA. Rolando Garcia / LAURENCE BARDFELD   ATTY. Timothy Biasiello (Pro Hac Vice)

AGENT. DEA   VIOL. 21:841(d)(2), 846

PROCEEDING: STATUS RE COUNSEL AND POSSIBLE ARRAIGNMENT   BOND. $75,000 PSB CONTINUED FROM ILLINOIS

DISPOSITION: Status Re Counsel & Arraignment held. Deft present with counsel. Defense motion to appear Pro Hac Vice - Conditionally granted upon retaining local counsel for 1 week. Court summarizes Indictment - Deft pleads not guilty.

Reading of Indictment Waived
~~Not Guilty plea entered~~
Jury trial demanded
Standing Discovery Order requested

( signed & dist )

Status/Disc. set for 11-20-00 @ 9:30 AM before Judge Vitunac.

DATE: 9-21-00   TAPE: AEV 00-64-1160