UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **00-6211-CR-HURLEY/VITUNAC**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NIZAR FNEICHE,

    Defendant.
_____/

## ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before United States Magistrate Judge **ANN E. VITUNAC** on **SEPTEMBER 21, 2000**, where the Defendant was arraigned and a plea of **NOT GUILTY** was entered. Defendant and retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

**DEFENDANT:**  Address: __ON BOND__

    Telephone no.: _____

**DEFENSE COUNSEL:**  Name: __TIMOTHY BIASIELLO__

    Address: __33 NORTH DEARBORN STREET, SUITE 1015__

    __CHICAGO, ILLINOIS  60602__

    Telephone no.: __(312) 853-0343__

BOND/////CONTINUED: $ __75,000 PSB FROM ILLINOIS__

BOND//// hrg held: YES __X__ NO___ BOND/PTD hrg set for _____

Dated this __21__ day of __SEPTEMBER__, 2000.

CLARENCE MADDOX, CLERK OF COURT

By: _____
    Deputy Clerk

c:   Courtroom Deputy, District Judge
    United States Attorney
    Defense Counsel
    United States Pretrial Service