UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | NO. 00 6211 |
| THOMAS NAROG, et.al. | Honorable Judge Hurley |
| Defendants, | Magistrate Judge Vitunac |

**MOTION TO APPEAR**
**PRO HAC VICE**

NOW COMES, attorney, TIMOTHY BIASIELLO, moving this Honorable Court for the entry of an order granting him leave to appear PRO HAC VICE on behalf of the Defendant, NIZAR FNEICHE, and in support thereof, he attaches his affidavit as Exhibit "A".

Respectfully submitted,

_____

LAW OFFICES OF TIM BIASIELLO
Attorney for Defendant NIZAR FNEICHE
33 North Dearborn Street
Suite 1015
Chicago, Il 60602
312-853-0343