# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC** DATE: 03/14/2001    TIME: 10:00 AM

DEFT. NIZAR FNEICHE (B)        CASE NO. 00-6211-CR-HURLEY/VITUNAC(s)

*Jack Goldberger for*

AUSA. LAURENCE BARDFELD ✓        ATTY. TIMOTHY BIASIELLO (RETAINED)

AGENT. DEA        VIOL. 21:841(a)(1), 846

PROCEEDING ARRAIGNMENT ON SUPERSEDING INDICTMENT        BOND. $75,000 PSB

DISPOSITION

Atty Jack Goldberger Standing in for
atty ~~Biasiello~~ Biasiello
Deft not present
Warrant Issued - No Bond

DATE: 3-14-01        TAPE: AEV 01-16 - 3368