UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 00-6211-CR-HURLEY |
| | ) | |
| Plaintiff, | ) | |
| | ) | NIGHT BOX |
| v. | ) | FILED |
| | ) | |
| NIZAR FNEICHE, | ) | MAR 1 6 2001 |
| | ) | |
| Defendant. | ) | CLERK, USDC / SDFL / WPB |

### NOTICE OF ADOPTION

NOW COMES, NIZAR FNEICHE, by and through his attorney, GIVING NOTICE that the Defendant hereby adopts the Motions filed by Co-Defendant, THOMAS NAROG, including the Motion for Additional Discovery and Specific Request for Production of all Brady/Agurs Favorable Material and Incorporated Memorandum of Law; Motion for Bill of Particulars and Discovery Regarding Electronic Surveillance and for Order Disclosing all Intercepted Communication, together with Notice that this Defendant adopts the Defendant MOHAMMED SAMHAN'S Motion to Produce Specific Brady Evidence, to the extent that such materials exist, as if each said motion was filed on behalf of the Defendant, NIZAR FNEICHE.

Respectfully submitted,

*/s/ Timothy Biasiello*

TIMOTHY BIASIELLO
Attorney for Nizar Fneiche
33 North Dearborn Street
Suite 1015
Chicago, Illinois 60602
312-853-0343
312-853-0507 FAX

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished to Assistant United States Attorney, LAURENCE BARDFELD, 500 East Broward Blvd. 7th Floor, Fort Lauderdale, FL 33394-3092 and all Counsel listed on the attached Service List, by MAIL DELIVERY this____day of January, 2001

_____
TIMOTHY BIASIELLO, ESQ.

## CERTIFICATE OF SERVICE

I, hereby certify that a true and correct copy of the foregoing has been furnished by United States Mail to:

LAURENCE M. BARDFELD
Assistant U.S. Attorney
500 East Broward Blvd.
7th Floor
Fort Lauderdale, FL 33394

MARK E. NE JAME
Attorney for Ahma Almasri
One South Orange Ave.
Suite 304
Orlando, FL 32801

FRED HADDAD
Attorney for Thomas Narog
One Financial Plaza
Suite 2612
Fort Lauderdale, FL 33394

THEODORE W. WEEKS
Attorney for Saber Abdelmuti
One Lake Morton Drive
Post Office Box 3
Lakeland, FL 33802-0003

GLENN SEIDEN
Attorney for Ghandi Jaber
33 North Dearborn Street
Suite 1015
Chicago, Il 60602

LEONARD P. PENN
Attorney for Mohammed Samhan
2121 Ponce de Leon Blvd.
Suite 430
Coral Gables, FL 33134

RICHARD HAMAR
2437 Briarcrest Road
Beverly Hills, CA 90210

Dated this ___ day of January, 2001

TIMOTHY BIASIELLO