UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 00-6211-CR-HURLEY/VITUNAC |
| Plaintiff, | ) | |
| v. | ) | |
| NIZAR FNEICHE, | ) | |
| Defendant, | ) | |

**NIGHT BOX FILED**
MAR 16 2001
CLERK, USDC / SDFL / WPB

### MOTION TO RESCHEDULE ARRAIGNMENT AND MOTION TO QUASH WARRANT OF MARCH 14, 2001

NOW COMES the Defendant, NIZAR FNEICHE, by and through his attorney, TIMOTHY BIASIELLO, moving this Honorable Court for the entry of an order rescheduling the arraignment in the above captioned matter, and for the entry of an order recalling the warrant heretofore issued on March 14, 2001, and in furtherance thereof, he states as follows:

1. The Defendant was scheduled to appear before Magistrate Vitunac on March 14, 2001 for arraignment on the superceding Indictment in the above captioned case.

2. On March 14, 2001, the Defendant failed to appear, not as a result of any wilful attempt to avoid legal process, but as a result of a good faith mistake of fact.

3. On March 7, 2001, the Defendant had been advised by his counsel of the need to appear on the said date, and upon receiving said the notice, the Defendant commenced making plans to make himself available to travel from the Chicago area to be present at the said arraignment hearing on March 14, 2001.

4. On Tuesday, March 13, 2001, the Defendant spoke to a Co-Defendant, and based upon that conversation, he came under the mistaken belief that his physical appearance in the United States District Court in West Palm Beach would not be necessary because an attorney telephone conference had been scheduled as an alternative procedure.

5. The Defendant then attempted to contact his counsel to confirm but was unable to reach him.

6. Unable to reach his counsel, and drawing upon his previous experiences in this instant matter where the need for his anticipated appearance was rendered unnecessary because of the implementation of an attorney/court telephonic appearance, the Defendant mistakenly believed that his appearance was no longer mandated.

7. Acting on this mistaken belief, the Defendant failed to follow through on his travel plans, and he failed to appear before this Honorable Court on March 14, 2001.

8. The Defendant's counsel had arranged for local counsel to appear at the arraignment proceeding, and as a result, he did not appear on the Defendant's behalf, believing that the Defendant would be present.

9. Upon learning that his appearance on March 14, 2001 had been required, the Defendant through counsel immediately caused the instant motion to be prepared, and arrangements made for the rescheduling of the said arraignment proceeding.

10. The Defendant has otherwise made every other requisite court appearance, and he has always been in full compliance with each of the conditions of his bond.

11. The attorney for the Defendant had contacted Assistant United States Attorney Lawrence Bardfeld to advise him of the Defendant's intent to present the instant motion. Upon information and belief, the Government is not opposed to this application.

WHEREFORE, the Defendant prays that the Warrant heretofore issued on March 14, 2001 be quashed, and that an order be entered allowing the bond as previously set to stand, and for such other relief as may be right and just.

_____
Attorney for Defendant

LAW OFFICES OF TIM BIASIELLO
Attorney for Defendant NIZAR FNEICHE
33 North Dearborn Street
Suite 1015
Chicago, Illinois 60602
312-853-0343