# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON**   DATE: 3/19/01   TIME: 9:30 AM

DEFT. NIZAR FNEICHE (SURRENDER)   CASE NO. 00-6211-CR-HURLEY/VITUNAC (S)

AUSA. LAURENCE BARDFELD   ATTY. TIMOTHY BIASIELLO

AGENT. DEA   VIOL. PWID PSEUDOEPHEDRINE 21:841(a)(1), 846

PROCEEDING REPORT RE: QUASHING WARRANT & ARRAIGN ON SS INDICTMENT   BOND. BOND REVOKED-$75,000 PSB

FUTURE DATES Status Conf set ~~4/9/01~~ 4/16/01

DISPOSITION Court hereby Quashed Warrant issued on 3/14/01.

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Defendant arraigned.
Standing Discovery Order signed.

DATE: 3/19/01   TAPE: LRJ-01- 17-864