UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NIZAR FNEICHE,

    Defendant.
_____/

### ORDER

THIS CAUSE came before the Court upon Defendant Fneiche's Motion to Reschedule Arraignment and Motion to Quash Warrant of March 14, 2001. The Defendant having appeared before the Court on March 19, 2001 for Arraignment and the Court being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion to Reschedule Arraignment is hereby deemed MOOT and the Motion to Quash Warrant of March 14, 2001 is hereby GRANTED.

DONE AND ORDERED at West Palm Beach, Florida, this 19th day of March, 2001.

                                          LINNEA R. JOHNSON
                                        CHIEF U. S. MAGISTRATE JUDGE

Copies provided to:

Honorable Daniel T. K. Hurley
Laurence Bardfeld, AUSA
Timothy Biasiello, Esq.
U.S. Pretrial Services
U.S. Marshal

