# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**  DATE: 04/16/2001   TIME: 9:30 AM

DEFT. NIZAR FNEICHE (B)   CASE NO. 00-6211-CR-HURLEY/VITUNAC(s)
(Deft. not required)
AUSA. *James Hopkins* ✓   ATTY. *Paul Goodman for* ✓
LAURENCE BARDFELD         TIMOTHY BIASIELLO (RETAINED)

AGENT. DEA   VIOL. 21:841(a)(1), 846

PROCEEDING STATUS/DISCOVERY CONF.   BOND. $75,000 PSB

DISPOSITION *Status / Discovery Out*

*Parties present*

*Discovery Out*

*1 month for Trial*

*Eff/527 testimony available this Wednesday*

DATE: 4-16-01   TAPE: AEV 01-24-1