AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

REC'D by
MAY 31 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES OF AMERICA

V.

NIZAR FNEICHE

## WARRANT FOR ARREST

CASE NUMBER: 00-6211-CR-HURLEY/VITUNAC (S)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___NIZAR FNEICHE___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] **SUPERSEDING** Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

**FAILURE TO APPEAR FOR ARRAIGNMENT ON SUPERSEDING INDICTMENT**

in violation of Title _____ United States Code, Section(s) _____

| CLARENCE MADDOX | CLERK OF COURT |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Sandra Acevedo | MARCH 14, 2001, WEST PALM BEACH, FLORIDA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ___NO BOND___  by ___/s/___
Name of Judicial Officer
ANN E. VITUNAC, UNITED STATES MAGISTRATE JUDGE

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____
warrant returned unexecuted per order to quash, dated 3/19/2001

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3/14/2001 | James A. Tassone, USM | Ed Purchase, SDUSM |
| DATE OF ARREST | SD/FL | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NIZAR FNEICHE,

    Defendant.
_____/



### ORDER

THIS CAUSE came before the Court upon Defendant Fneiche's Motion to Reschedule Arraignment and Motion to Quash Warrant of March 14, 2001. The Defendant having appeared before the Court on March 19, 2001 for Arraignment and the Court being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion to Reschedule Arraignment is hereby deemed MOOT and the Motion to Quash Warrant of March 14, 2001 is hereby GRANTED.

DONE AND ORDERED at West Palm Beach, Florida, this 19th day of March, 2001.

LINNEA R. JOHNSON
CHIEF U. S. MAGISTRATE JUDGE

Copies provided to:

Honorable Daniel T. K. Hurley
Laurence Bardfeld, AUSA
Timothy Biasiello, Esq.
U.S. Pretrial Services
U.S. Marshal

*Steph or Mike
Here is the
dismissal order
5/29/a  —Kat*