# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 09/13/2001   TIME: 11:00 AM ~~9:30 AM~~

DEFT. NIZAR FNEICHE (B)   CASE NO. 00-6211-CR-HURLEY/VITUNAC(s)

AUSA. THOMAS O'MALLEY ✓   ATTY. Jack Goldberger for TIMOTHY BIASIELLO (RETAINED)

AGENT. DEA   VIOL. 21:841(a)(1), 846

PROCEEDING STATUS CONFERENCE   BOND. $75,000 PSB

DISPOSITION: Status held. Deft & his counsel NOT present. Atty. Jack Goldberger standing in. States due to current events & travel restrictions, deft & counsel could not attend hearing. Ready for trial. No pending motions.

DATE: 9-13-01   TAPE: AV01-68-840