UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 00-6211-CR-HURLEY |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS NAROG, GHANDI JABER, | ) | |
| AHMAD ALMASRI, NADIA ALMASRI, | ) | |
| MUTASEM AL-SALHI, SABER | ) | |
| ABDELMUTI, RAED NASER ALDIN, | ) | |
| NABIL AQUIL, NIZAR FNEICHE, | ) | |
| MOTLAQ JABER, TERK ZAKI ABU- | ) | |
| LAWI, RABAH EL HADDAD, ZUHAIR | ) | |
| MAHUMUD RABBI, and MAHAMMED | ) | |
| SAMHAN, | ) | |
| Defendants, | ) | |

NOTICE OF FILING:

TO:   See attached Service List

PLEASE TAKE NOTICE that on the 24th day of September, 2001, the Defendant caused to be filed with the Clerk of the United States District Court for the Southern District of Florida, the Defendant Fneiche's Motion to Remove the above captioned cause from the October, 2001 trial call,, a copy of which is hereby served upon you.

_____
Attorney for Nizar Fneiche

STATE OF ILLINOIS     )
                      )
COUNTY OF COOK        )

PROOF OF SERVICE

The undersigned, being first duly sworn on oath, deposes and says that he/she served a copy of the above and forgoing pleading upon the above named person(s) by depositing the same in the U.S. Mail at 33 North Dearborn Street, Chicago, Illinois 60602 at or about the hour of 5:00 p.m. on the 24 day of September, 2001.

_____

SUBSCRIBED AND SWORN TO
before me this_____day
of_____,2001

_____
NOTARY PUBLIC

TIM BIASIELLO
Attorney for NIZAR FNEICHE
33 North Dearborn Street
Suite 1015
Chicago, Il 60604
312-853-0343

SERVICE LIST

Fred Haddad
HADDAD & HESTER, P.A.
One Financial Plaza
Suite 2612
Fort Lauderdale, FL 33394

Richard Hammar, Esq.
2437 Briarcrest Road
Beverly Hills, CA 90210

John R. Howes, Esq.
633 S.E.3rd Avenue
Fort Lauderdale, FL 33301

Theodore Weeks, Esq.
One Lake Morton Drive
P.O. Box 3
Lakeland, FL 33802

Paul Goodman, Esq.
33 North Dearborn Street
Chicago, Illinois 60602

Glenn Seiden, Esq.
33 North Dearborn Street
Chicago, Illinois 60602

Randee Golder, Esq.
P.O. 3756
Boynton Beach, FL 33424-3756

Charles White, Esq.
2900 Bridgeport Avenue
Suite 401
Coconut Grove, FL 33133-3606

Richard Docobo, Esq.
1571 N.W. 13th Court
Miami, FL 33125

AUSA Thomas O'Malley
500 East Broward Blvd.
7th Floor
Fort Lauderdale, FL 33394-3092

F. Wesley Blanker, Jr.
217 E. Ivanhoe Blvd., N
Orlando, FL 32804