UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

THOMAS L. NAROG,
GHANDI JABER,
AHMAD ALMASRI,
NADIA ALMASRI,
RAED NASER ALDIN,
NABIL AQUIL,
NIZAR FNEICHE,
RABAH EL HADDAD,
ZUHAIR MAHUMUD RABEI,
MOHAMMED SAMHAN,
    Defendants.
_____/



FILED by _____ D.C.
DEC - 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER SETTING STATUS CONFERENCE

THIS MATTER come before the court *sua sponte*. It is

**ORDERED** and **ADJUDGED** that:

1. Counsel representing the parties shall attend a status conference on **Tuesday, January 15, 2002, at 8:40 a.m.** at the U.S. Courthouse, Courtroom 5, West Palm Beach, FL.

2. If arrangements are made at least 48 hours in advance with the Courtroom Deputy (561/803-3452), out-of-town counsel may attend the status conference by general conference call.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this _5th_ day of December, 2001.

Daniel T. K. Hurley
United States District Judge

**copy furnished:**
AUSA Thomas O'Malley
Fred Haddad, Esq.
Glenn Seiden, Esq.
Jack Goldberger, Esq.
Francis W. Blankner, Sr., Esq.
Richard Docobo, Esq.
Charles White, Esq.
Paul Goodman, Esq.
Timothy Biasiello, Esq.
John R. Howes, Esq.
Maria R. Hamar, Esq.