UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NIZAR FNEICHE,

    Defendant.
_____/

FILED by ___ D.C.
MAR 15 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## VERDICT

As to the Defendant **NIZAR FNEICHE**, we, the jury, unanimously find as follows:

### COUNT 1

As to the charge of conspiring to possess and distribute pseudoephedrine knowing or having reasonable cause to believe that it would be used to manufacture a controlled substance as charged in Count 1:

_____    ___X_____
Guilty                    Not Guilty

## COUNT 11

As to the charge of knowingly and intentionally possessing and distributing pseudoephedrine knowing or having reasonable cause to believe that it would be used to manufacture a controlled substance as charged in Count 11:



___X___  
Guilty                              Not Guilty

**SO SAY WE ALL.**

Signed and Dated at the United States Courthouse, West Palm Beach, Florida, this __14th__ day of March, 2002.

_Willa J. Hetzler_                    _Willa J. Hetzler_
Foreperson's Signature               Foreperson Print Name