UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6211-HURLEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NIZAR FNEICHE, | ) |
| | ) |
| Defendant, | ) |

ANTICIPATORY MOTION
TO CONTINUE THE SENTENCING
IN THE ABOVE CAPTIONED MATTER

NOW COMES the Defendant, NIZAR FNEICHE, by and through his attorney, THE LAW OFFICES OF TIM BIASIELLO, advising the government and this Honorable Court of the possible need to present the Defendant's motion to continue the sentencing hearing in the above captioned matter, and in furrtherance thereof, he states as follows:

1. The undersigned is the attorney of record for the Defendant in the above entitled cause of action.

2. This matter is currently for sentencing hearing in the United States District Court for the Southern District of Florida on June 7, 2002.

3. The undersigned is also attorney of record for a Defendant in a multi-defendant criminal case presently scheduled for jury trial to commence on May 20, 2002 in the United States District Court for the Eastern District of Wisconsin.

4. On May 9, 2002, this case entitled "United States of America v. Raphael Clayton, et. al. 01-CR-148" was firmly set as the number one trial case before the Honorable Judge J.P. Stadtmueller, the Chief Judge of the United States District Court for the Eastern District of Milwaukee, for May

20, 2002

5. As a result thereof, the undersigned is compelled to appear on behalf of his client, Stephen Mayes, a Defendant in the above indicated matter in the United States District Court for the Eastern District of Wisconsin.

6. During the course of a pre-trial conducted on May 9, 2002, the attorneys for the government indicated that they anticipated calling forty five witnesses in support of their case in chief, and indicated that they anticipated that the presentation of their case in chief will very likely require three weeks.

7. Accordingly, the Defendant respectfully advises this Honorable Court of his commitment to this matter, and the possible conflict in scheduling with respect to the sentencing hearing now scheduled for June 7, 2002.

WHEREFORE, the Defendant prays as follows:

A. That this Honorable Court deem this pleading to be the Defendant's motion for the entry of an order continuing the sentencing in the above captioned matter should the Defendant's counsel be unavailable to attend the presently scheduled sentencing hearing on June 7, 2002 because of his continued engagement in the matter entitled "United States of America v. Clayton, et.al";

B. For such other relief as may be right and just.

_____
Attorney for the Defendant

LAW OFFICES OF TIM BIASIELLO
Attorney for Defendant NIZAR FNEICHE
33 North Dearborn Street
Suite 1015
Chicago, Illinois 60602
312-853-0343