UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE NO 6211-CR HURLEY/VITUNAC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THOMAS NAROG et.al. | ) |
| Defendants, | ) |
| | ) |

NOTICE OF FILING:

NIGHT BOX
FILED
JUN 03
CLERK, USDC / SDFL /

TO:   See attached Service List

PLEASE TAKE NOTICE that on the 3rd day of June, 2002, the Defendant caused to be filed with the Clerk of the United States District Court for the Southern District of Florida, the Defendant Fneiche's Motion for Downward Departure, a copy of which is hereby served upon you.

_____
Attorney for Nizar Fneiche

STATE OF ILLINOIS      )
                       )
COUNTY OF COOK         )

PROOF OF SERVICE

The undersigned, being first duly sworn on oath, deposes and says that he/she served a copy of the above and forgoing pleading upon the above named person(s) by depositing the same in the U.S. Mail at 33 North Dearborn Street, Chicago, Illinois 60602 at or about the hour of 5:00 p.m. on the 2 day of June, 2002.

_____
LAW OFFICES OF TIM BIASIELLO
Attorney for NIZAR FNEICHE
33 North Dearborn Street
Suite 1015
Chicago, Il 60602
312-853-0343

## SERVICE LIST

Fred Haddad
HADDAD & HESTER, P.A.
One Financial Plaza
Suite 2612
Fort Lauderdale, FL 33394

Richard Hamar, Esq.
2437 Briarcrest Road
Beverly Hills, CA 90210

John R. Howes, Esq.
633 S.E. 3rd Avenue
Fort Lauderdale, FL 33301

Paul Goodman, Esq.
33 North Dearborn Street
Chicago, Illinois 60602

Charles White, Esq.
2900 Bridgeport Avenue
Suite 401
Coconut Grove, FL 33133-3606

AUSA Thomas O'Malley
500 East Broward Blvd.
7th Floor
Fort Lauderdale, FL 33394-3092