```
 1                 IN THE UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                         NORTHERN DIVISION

 3

 4   UNITED STATES OF AMERICA,   )  Docket No.
                                 )  00-6211-CR-HURLEY
 5                   Plaintiff,  )
     vs.                         )  West Palm Beach, Florida
 6                               )  February 11, 2002
     THOMAS NAROG,               )
 7   RABEH EL HADDAD, and        )
     MOHAMMED SAMHAN, et al.,    )     VOLUME 5
 8                               )
                     Defendants. )
 9   _____x

10

11           COURT REPORTER'S TRANSCRIPT OF
          TESTIMONY AND PROCEEDINGS HAD BEFORE
12         JUDGE DANIEL T. K. HURLEY AND A JURY

13
     APPEARANCES:
14
     For the Government:       THOMAS O'MALLEY, ESQ.
15                             WILLIAM T. ZLOCH, ESQ.
                               Assistant U.S. Attorney
16
     For Defendant Narog:      FRED HADDAD, ESQ.
17
     For Defendant Aldin:      CHARLES G. WHITE, ESQ.
18
     For Defendant Aquil:      PAUL GOODMAN, ESQ.
19
     For Defendant Fneiche:    TIMOTHY BIASIELLO, ESQ.
20
     For Defendant El Haddad:  JOHN R. HOWES, ESQ.
21
     For Defendant Samhan:     RICHARD A. HAMAR, ESQ.
22

23   Court Reporter:           Pauline A. Stipes, C.S.R., C.M.

24                         PAULINE A. STIPES
                            Official Reporter
25                        U. S. District Court
```