1                    IN THE UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF FLORIDA
2                            NORTHERN DIVISION

3

4     UNITED STATES OF AMERICA,  ) Docket No.
                                 ) 00-6211-CR-HURLEY
5                      Plaintiff, )
      vs.                        ) West Palm Beach, Florida
6                                ) February 12, 2002
      THOMAS NAROG,              )
7     RABEH EL HADDAD, and       )
      MOHAMMED SAMHAN, et al.,   )
8                                )      VOLUME 6
                     Defendants. )
9     _____ x

10

11               COURT REPORTER'S TRANSCRIPT OF
             TESTIMONY AND PROCEEDINGS HAD BEFORE
12           JUDGE DANIEL T. K. HURLEY AND A JURY

13

14    APPEARANCES:

15    For the Government:       THOMAS O'MALLEY, ESQ.
                                WILLIAM T. ZLOCH, ESQ.
16                              Assistant U.S. Attorney

17    For Defendant Narog:      FRED HADDAD, ESQ.

18    For Defendant Aldin:      CHARLES G. WHITE, ESQ.

19    For Defendant Aquil:      PAUL GOODMAN, ESQ.

20    For Defendant Fneiche:    TIMOTHY BIASIELLO, ESQ.

21    For Defendant El Haddad:  JOHN R. HOWES, ESQ.

22    For Defendant Samhan:     RICHARD A. HAMAR, ESQ.

23    Court Reporter:           Pauline A. Stipes, C.S.R., C.M.

24                              PAULINE A. STIPES
                                  Official Reporter
25                              U. S. District Court