APPEAL TO THE ELEVENTH CIRCUIT COURT OF APPEALS
FROM THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number 00-6211-CR-Hurley/Vitunac

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

v.

NIZAR FNEICHE,

    Defendant-Appellant.

**NOTICE OF APPEAL**

*[Stamp: Non-Compliance with FRAP 4(b), JUN 17 2002, West Palm Beach Clerk's Office]*

*[Stamp: FILED JUN 12 2002, CLERK, USDC / SDFL]*

Notice is hereby given that the Defendant-Appellant, NIZAR FNEICHE, by and through his attorneys, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment of conviction entered in this action by the District Court on June 7, 2002.

Dated: June 12, 2002

    Respectfully submitted,

    Tim Biasiello
    Law Offices of Tim Biasiello
    Attorney for Defendant-Appellant Nizar Fneiche
    20 North Clark Street - Suite 1200
    Chicago, Illinois 60602-4114
    Telephone Number: 312-853-0343

    Paul Goodman
    Law Offices of Paul Goodman
    Attorney for Defendant-Appellant Nizar Fneiche
    20 North Clark Street - Suite 1200
    Chicago, Illinois 60602-4114
    Telephone Number: 312-236-3060

    Glenn Seiden
    Glenn Seiden & Associates, P.C.
    Attorney for Defendant-Appellant Nizar Fneiche
    20 North Clark Street - Suite 1200
    Chicago, Illinois 60602-4114
    Telephone Number: 312-236-3060