UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
301 North Miami Avenue

UNITED STATES OF AMERICA,
Plaintiff/Petitioner

CASE NO. 00-6211-CR-HURLEY

MAGISTRATE JUDGE VITUNAC

V.

**CLERK'S NOTICE OF
RECEIPT OF FILING FEE**

NIZAR FNEICHE,
Defendant/Respondent

The Clerk notifies the Court that on 6/28/02 the filing fee of $105.00 was received, receipt number 716550.

DONE at the Federal Courthouse, West Palm Beach, Florida this 28th day of June, 2002.

CLARENCE MADDOX
CLERK OF COURT

By: REGINALD HILL
Deputy Clerk

cc:

**APPEAL TO THE ELEVENTH CIRCUIT COURT OF APPEALS
FROM THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA**

Case Number 00-6211-CR-Hurley/Vitunac

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

v.

NIZAR FNEICHE,

    Defendant-Appellant.

**NOTICE OF APPEAL**

*[Stamps: Non-Compliance with FRAP 4(b); JUN 17 2002 West Palm Beach Clerk's Office; FILED JUN 12 2002 CLERK, USDC / SDFL]*

    Notice is hereby given that the Defendant-Appellant, NIZAR FNEICHE, by and through his attorneys, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment of conviction entered in this action by the District Court on June 7, 2002.

Dated: June 12, 2002

    Respectfully submitted,

    *[signature]*
    Tim Biasiello
    Law Offices of Tim Biasiello
    Attorney for Defendant-Appellant Nizar Fneiche
    20 North Clark Street - Suite 1200
    Chicago, Illinois 60602-4114
    Telephone Number: 312-853-0343

    *[signature]*
    Paul Goodman
    Law Offices of Paul Goodman
    Attorney for Defendant-Appellant Nizar Fneiche
    20 North Clark Street - Suite 1200
    Chicago, Illinois 60602-4114
    Telephone Number: 312-236-3060

    *[signature]*
    Glenn Seiden
    Glenn Seiden & Associates, P.C.
    Attorney for Defendant-Appellant Nizar Fneiche
    20 North Clark Street - Suite 1200
    Chicago, Illinois 60602-4114
    Telephone Number: 312-236-3060

## Certificate of Service

I, Paul Goodman, an attorney, do hereby certify that I caused a copy of Defendant-Appellant Nizar Fneiche's *Notice of Appeal* to be served upon the persons named below at their respectively indicated address by placing same in the United States Mail, proper postage prepaid, at 20 North Clark Street, Chicago, Illinois on June 12, 2002 before the hour of 5:00 p.m.

Paul Goodman, Esq.

*Service List:*

Mr. Fred Haddad
Haddad & Hester
One Financial Plaza - Suite 2612
Ft. Lauderdale, Florida 33301

Mr. Richard Hamer
Law Offices of Richard Hamer
2437 Briarcrest Road
Beverly Hills, California 90210

Mr. Charles White
Law Offices of Charles White
2250 S.W. 3rd Avenue - Suite 150
Miami, Florida 33129

Mr. John R. Howes
Law Offices of John R. Howes, P.A.
633 S.E. 3rd Avenue - Suite 4R
Ft. Lauderdale, Florida 33301

Mr. Thomas O'Malley
United States Attorney's Office
500 East Broward Boulevard - 7th Floor
Ft. Lauderdale, Florida 33301