IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6211-HURLEY/VITUNAC

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )
)
NIZAR FNEICHE, )
)
Defendant, )
)

FILED by _____ D.C.
JUN 28 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ORDER

This cause coming on to be heard on the Defendant Nizar Fneiche's Motion for Release on Bail and for Stay of Execution of Sentence pursuant to Rule 38, counsel for the United States of America having been duly notified, and the Court being fully advised;

IT IS HEREBY ORDERED THAT.

The Defendant's Motion is ~~GRANTED~~ (DENIED)

It is so ordered in West Palm Beach, Florida, this 28th day of June, 2002.

_____
JUDGE

Copies to:
T. Biasiello
AUSA Thomas O'Malley