UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE NO 6211-CR HURLEY/VITUNAC

UNITED STATES OF AMERICA, )
    Plaintiff, )
 )
v. )
 )
THOMAS NAROG et.al. )
    Defendants, )

**NOTICE OF FILING:**

TO: See attached Service List

PLEASE TAKE NOTICE that on the 23rd day of June, 2002, the Defendant caused to be filed with the Clerk of the United States District Court for the Southern District of Florida, the Defendant Fneiche's Motion for Release on Bond and Stay of Execution of Sentence, a copy of which is hereby served upon you.

_____
Attorney for Nizar Fneiche

STATE OF ILLINOIS )
 )
COUNTY OF COOK )

**PROOF OF SERVICE**

The undersigned, being first duly sworn on oath, deposes and says that he/she served a copy of the above and forgoing pleading upon the above named person(s) by depositing the same in the U.S. Mail at 20 North Clark Street, Chicago, Illinois 60602 at or about the hour of 5:00 p.m. on the ___ day of June, 2002.

_____
LAW OFFICES OF TIM BIASIELLO
Attorney for NIZAR FNEICHE
20 North Clark Street
Suite 1200
Chicago, Il 60602
312-853-0343

647

## SERVICE LIST

Fred Haddad
HADDAD & HESTER, P.A.
One Financial Plaza
Suite 2612
Fort Lauderdale, FL 33394

Richard Hamar, Esq.
2437 Briarcrest Road
Beverly Hills, CA 90210

John R. Howes, Esq.
633 S.E.3rd Avenue
Fort Lauderdale, FL 33301

Paul Goodman, Esq.
33 North Dearborn Street
Chicago, Illinois 60602

Charles White, Esq.
2900 Bridgeport Avenue
Suite 401
Coconut Grove, FL 33133-3606

AUSA Thomas O'Malley
500 East Broward Blvd.
7th Floor
Fort Lauderdale, FL 33394-3092