```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE SOUTHERN DISTRICT OF FLORIDA

 3                      NORTHERN DIVISION

 4

 5  UNITED STATES OF AMERICA    )    CASE NO. 00-6211-CR
                                )    West Palm Beach, Florida
 6  vs.                         )    June 7, 2002
                                )    2:35 o'clock, p.m.
 7  NIZAR FNEICHE,              )
                                )
 8             Defendant.       )    VOLUME 28.
                                )

 9

10

11         TRANSCRIPT OF SENTENCING HEARING

12      BEFORE THE HONORABLE DANIEL T.K. HURLEY

13             UNITED STATES DISTRICT JUDGE

14

15

16  APPEARANCES:

17  For The Government:     William T. Zloch, Esq.
                            Assistant U.S. Attorney
18                          500 Australian Avenue
                            West Palm Beach, Florida 33401
19
    For The Defendant:      Timothy Biasiello, Esq.
20                          Attorney-At-Law
                            20 North Clark Street
21                          Chicago, Illinois 60602

22  Court Reporter:         Roger Watford, RPR/CM
                            Official Court Reporter
23                          Miami, Florida

24

25
```