UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

NIZAR FNEICHE,
    Defendant.

_____:

FILED by _____ D.C.
AUG 1 2 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER RELEASING BOND AND ANY CASH COLLATERAL

**THIS CAUSE** come before the court *sua sponte*. The above named defendant was found guilty by a jury of his peers on March 14, 2002, to the charge of knowingly and intentionally possessing and distributing pseudoephedrine, knowing or having reasonable cause to believe that it would be used to manufacture a controlled substance, as charged in Count 11 of the Indictment. Thereafter, he was remanded to the custody of the United States Marshal. For that reason, it is

**ORDERED** and **ADJUDGED**:

The clerk of the court is directed to release the bond and any cash collateral held in connection with the this offense **with all accrued interest** to the appropriate party.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this ____ day of August, 2002.

Daniel T. K. Hurley
United States District Judge

**copy furnished**:
AUSA Thomas O'Malley
Timothy Biasiello, Esq.
Clerk of Court, ATTN: Financial Section