# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
701 CLEMATIS STREET
WEST PALM BEACH, FLORIDA 33401

CLARENCE MADDOX,
CLERK OF COURT

Date: **February 3, 2003**

**Clerk, United States Court of Appeals**
**Eleventh Circuit**
56 Forsyth Street, N. W.
Atlanta, GA. 30303

| IN RE: | District Court No: | 00-6211-CR-DTKH |
|---|---|---|
| | Appeal Court No: | 02-13437-A |
| | Style:   USA   V.   NAROG, et al | |

## CERTIFICATE OF READINESS OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

| | |
|---|---|
| 5 | Volume(s) of pleadings; |
| 35 | Volume(s) of transcripts; |
| x | Exhibits:     _____ boxes;     _____ folders; |
| | _____ envelopes;     _____ other; |
| | 4   PSIs |
| x | Other: Twenty-Three (23) Sealed Enevelopes |

Sincerely,

CLARENCE MADDOX, , Clerk of Court

By: _Mayorie R Rotati_
     Deputy Clerk
Attachment
C: Court file

699
mrn

```
                                                        AEV    PRIOR
                                                        APPEAL INTERP
                      U.S. District Court
            Southern District of Florida (FtLauderdale)

            CRIMINAL DOCKET FOR CASE #: 00-CR-6211-ALL

USA v. Narog, et al                                 Filed: 08/01/00

Other Dkt # 0:00-m -04190
Other Dkt # 0:00-m -04189
Other Dkt # 0:00-m -04188

Case Assigned to:  Judge Daniel T. K. Hurley

THOMAS NAROG (1) , Address: 8       Alvin Ernest Entin
Castle Harbor Isle Ft.                [term  06/17/02]
Lauderdale FL. 33308                FTS 767-8343
    defendant                       [COR LD NTC cja]
  [term  06/17/02]                  Entin Margules & Della Fera
                                    110 SE 6th Street
                                    Suite 1970 Auto Nation Tower
                                    Fort Lauderdale, FL 33301
                                    954-761-7201

                                    Fred Haddad
                                      [term  06/17/02]
                                    FTS 760-4421
                                    954-467-6767
                                    [COR LD NTC ret]
                                    Fred Haddad
                                    1 Financial Plaza
                                    Suite 2612
                                    Fort Lauderdale, FL 33394
                                    954-467-6767
```

Pending Counts:                          Disposition

21:846=CM.F CONSPIRACY          imprisonment 235 months as to
MANUFACTURE CONTRL SUBST        each of counts and supervised
(1rs)                           release 36 months
                                (1rs)

21:846=CM.F CONSPIRACY          imprisonment 235 months to be
MANUFACTURE CONTRL SUBST        served concurrently with
(2rs)                           counts 1 and 3-14; supervised
                                release 60 months to be
                                served concurrently with counts
                                1 and 3-14
                                (2rs)

21:841D=CM.F CONTROLLED         imprisonment 235 mont... correct a co...
SUBSTANCE - MANUFACTURE        each of counts and supervised...

Docket as of January 31, 2003 8:51 am                    Page 3

Certified to be a true and
correct copy of the document on file
........... Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____
Deputy Clerk
Date  2/3/03

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al              PRIOR    APPEAL
                                                         INTERP
(3rs - 5rs)                     release 36 months
                                (3rs - 5rs)

21:841D=CM.F CONTROLLED         imprisonment 235 months as to
SUBSTANCE - MANUFACTURE         each of counts and supervised
(6rs)                           release 36 months
                                (6rs)

21:841D=CM.F CONTROLLED         imprisonment 235 months as to
SUBSTANCE - MANUFACTURE         each of counts and supervised
(7rs)                           release 36 months
                                (7rs)

21:841D=CM.F CONTROLLED         imprisonment 235 months as to
SUBSTANCE - MANUFACTURE         each of counts and supervised
(8rs)                           release 36 months
                                (8rs)

21:841D=CM.F CONTROLLED         imprisonment 235 months as to
SUBSTANCE - MANUFACTURE         each of counts and supervised
(9rs - 14rs)                    release 36 months
                                (9rs - 14rs)


Offense Level (opening): 4


Terminated Counts:                   Disposition

21:846=CD.F CONSPIRACY          dismissed
DISTRIBUTE CONTRL SUBST         (1)
(1)

21:841D=CM.F CONTROLLED         dismissed
SUBSTANCE - MANUFACTURE         (2)
(2)

21:841D=CM.F CONTROLLED         dismissed
SUBSTANCE - MANUFACTURE         (3)
(3)

21:841D=CM.F CONTROLLED         dismissed
SUBSTANCE - MANUFACTURE         (4)
(4)

21:841D=CM.F CONTROLLED         dismissed
SUBSTANCE - MANUFACTURE         (5)
(5)

21:841D=CM.F CONTROLLED         dismissed
SUBSTANCE - MANUFACTURE         (6)
(6)


Docket as of January 31, 2003 8:51 am              Page 2
```

```
Proceedings include all events.                              AEV
0:00cr6211-ALL USA v. Narog, et al              PRIOR  APPEAL
                                                       INTERP
```

```
21:841D=CM.F CONTROLLED           dismissed
SUBSTANCE - MANUFACTURE Counts    (7)
1-7   include Forfeiture
pursuant to 21 USC 853 as to
all         defendants.
(7)
```

Offense Level (disposition): 4

Complaints                            Disposition

```
21:841,846 Conspiracy to PWID
pseudoephedrine, used to
manufacture methamphetamine.
[ 0:00-m -4188 ]
```

========================

Case Assigned to:  Judge Daniel T. K. Hurley

GHANDI JABER (2)                  Jack Alan Goldberger
     defendant                    [COR LD NTC ret]
                                  Atterbury Goldberger &
                                  Richardson
                                  250 Australian Avenue South
                                  Suite 1400
                                  West Palm Beach, FL 33401-5012
                                  561-659-8300

                                  Glenn Seiden
                                  FTS 236-5498
                                  312-236-3060
                                  Suite 1200
                                  [COR LD NTC ret]
                                  20 N Clark Street
                                  Chicago, IL 60602-3105

Pending Counts:                       Disposition

21:846=CD.F CONSPIRACY
DISTRIBUTE CONTRL SUBST
(1)

21:846=CM.F CONSPIRACY
MANUFACTURE CONTRL SUBST
(1rs)

Docket as of January 31, 2003 8:51 am              Page 3

Proceedings include all events.                                              AEV
0:00cr6211-ALL USA v. Narog, et al                              PRIOR  APPEAL
                                                                       INTERP

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(2)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(3)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(4)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(5)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(6rs)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(8rs)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(10rs - 11rs)

Offense Level (opening): 4

Terminated Counts:

    NONE


Complaints                              Disposition

21:841,846 Conspiracy to PWID
pseudoephedrine, used to
manufacture methamphetamine.
[ 0:00-m -4188 ]


=========================


Docket as of January 31, 2003 8:51 am                  Page 4

```
Proceedings include all events.
0:00cr6211-ALL USA v. Narog, et al                    PRIOR   AEV
                                                              APPEAL
                                                              INTERP

Case Assigned to:  Judge Daniel T. K. Hurley

AHMAD ALMASRI (3)  , Language:    Howard Leslie Greitzer
Arabic                              [term  04/05/01]
     defendant                    FTS 763-4856
  [term  11/30/02]                [COR LD NTC cja]
                                  Lyons & Sanders
                                  600 NE 3rd Avenue
                                  Fort Lauderdale, FL 33304
                                  954-467-8700

                                  Francis Wesley Blankner, Sr.
                                   [term  11/30/02]
                                  [COR LD NTC ret]
                                  Katz Jaeger & Blankner
                                  217 E Ivanhoe Boulevard N
                                  Orlando, FL 32804
                                  407-894-0341

                                  Richard Douglas Docobo
                                   [term  11/30/02]
                                  FTS 326-0219
                                  305-326-0330
                                  [COR LD NTC ret]
                                  1571 NW 13th Court
                                  Miami, FL 33125

                                  Mark E. NeJame
                                   [term  11/30/02]
                                  FTS 245-2980
                                  407-245-1232
                                  Suite 304
                                  [COR LD NTC ret]
                                  1 S Orange Avenue
                                  Orlando, FL 32801
```

Pending Counts:                        Disposition

21:846=CM.F CONSPIRACY            Imprisonment 78 months;
MANUFACTURE CONTRL SUBST          supervised release 3 years
(1rs)                            (1rs)

Offense Level (opening): 4

Proceedings include all events.                                      AEV
0:00cr6211-ALL USA v. Narog, et al                    PRIOR  APPEAL
                                                              INTERP

Terminated Counts:                        Disposition

21:846=CD.F CONSPIRACY          dismissed
DISTRIBUTE CONTRL SUBST         (1)
(1)

21:841D=CM.F CONTROLLED         dismissed
SUBSTANCE - MANUFACTURE         (4)
(4)

21:841D=CM.F CONTROLLED         dismissed
SUBSTANCE - MANUFACTURE         (10rs)
(10rs)


Offense Level (disposition): 4



Complaints                                Disposition

21:841,846 Conspiracy to PWID
& PWID pseudoephedrine used
to manufacture methamphetamine
[ 0:00-m -4189 ]


========================

```
Proceedings include all events.                                     AEV
0:00cr6211-ALL USA v. Narog, et al                        PRIOR  APPEAL
                                                                 INTERP
Case Assigned to:  Judge Daniel T. K. Hurley
```

```
NADIA ALMASRI (4) , Language:        Robert E. Adler
Arabic    Address: 925 Fenton         [term  04/26/02]
Lane #4, Lakeland, Fl.33809          FTS 833-0368
DOB: 11/21/64 Prisoner #:            [COR LD NTC pda]
39192-018                            Public Defender
    defendant                         [term  03/21/01]
  [term  04/26/02]                   FTS 833-0368
                                     [COR LD NTC pda]
                                     Federal Public Defender's
                                     Office
                                     400 Australian Avenue N
                                     Suite 300
                                     West Palm Beach, FL 33401-5634
                                     561-833-6288

                                     Richard Douglas Docobo
                                      [term  03/21/01]
                                     FTS 326-0219
                                     305-326-0330
                                     [COR LD NTC ret]
                                     1571 NW 13th Court
                                     Miami, FL 33125
```

```
Pending Counts:                      Disposition

18:371.F CONSPIRACY TO DEFRAUD       Probation 2 years; Assessed $
THE UNITED STATES                    100.00
(1rss)                               (1rss)


Offense Level (opening): 4


Terminated Counts:                   Disposition

21:846=CD.F CONSPIRACY               dismissed
DISTRIBUTE CONTRL SUBST              (1)
(1)

21:846=CM.F CONSPIRACY               dismissed
MANUFACTURE CONTRL SUBST            (1rs)
(1rs)

21:841D=CM.F CONTROLLED             dismissed
SUBSTANCE - MANUFACTURE             (4)
(4)

21:841D=CM.F CONTROLLED             dismissed
SUBSTANCE - MANUFACTURE             (10rs)
(10rs)
```

```
Proceedings include all events.                                      AEV
0:00cr6211-ALL USA v. Narog, et al               PRIOR  APPEAL
                                                         INTERP
```

Offense Level (disposition): 4


Complaints                          Disposition

```
21:841,846 Conspiracy to PWID
& PWID pseudoephedrine used
to manufacture methamphetamine
[ 0:00-m -4189 ]
```


```
========================
```

Case Assigned to:  Judge Daniel T. K. Hurley

```
MUTASEM AL-SALHI (5)
     defendant
  [term  03/13/01]
```

Pending Counts:

     NONE


Terminated Counts:                    Disposition

```
21:846=CD.F CONSPIRACY      dismissed
DISTRIBUTE CONTRL SUBST     (1)
(1)

21:841D=CM.F CONTROLLED     dismissed
SUBSTANCE - MANUFACTURE     (2)
(2)

21:841D=CM.F CONTROLLED     dismissed
SUBSTANCE - MANUFACTURE     (3)
(3)
```

Offense Level (disposition): 4


Complaints:

     NONE


```
Docket as of January 31, 2003 8:51 am          Page 8
```

```
Proceedings include all events.                              AEV
0:00cr6211-ALL USA v. Narog, et al              PRIOR   APPEAL
                                                        INTERP
==========================
```

Case Assigned to:  Judge Daniel T. K. Hurley

SABER ABDELMUTI (6) , Address:     Theodore Willard Weeks, IV
432 South Road Lakeland, FL.       [term  04/04/02]
33809 Language: Arabic DOB:        FTS 683-7462
12/5/59                            [COR LD NTC ret]
     defendant                     Lane Trohn Bertrand & Vreeland
     [term  04/04/02]              1 Lake Morton Drive
                                   PO Box 3
                                   Lakeland, FL 33802-0003
                                   941-284-2200


Pending Counts:                         Disposition

21:846=CM.F CONSPIRACY             Imprisonment 1 year and 1 day;
MANUFACTURE CONTRL SUBST           supervised release 2 years;
(1rs)                              assessed $ 100.00
                                   (1rs)


Offense Level (opening): 4


Terminated Counts:                      Disposition

21:846=CD.F CONSPIRACY             dismissed
DISTRIBUTE CONTRL SUBST            (1)
(1)

21:841D=CM.F CONTROLLED            dismissed
SUBSTANCE - MANUFACTURE           (4)
(4)

21:841D=CM.F CONTROLLED            dismissed
SUBSTANCE - MANUFACTURE           (10rs)
(10rs)


Offense Level (disposition): 4



Complaints:

    NONE


==========================


Docket as of January 31, 2003 8:51 am              Page 9
```

```
Proceedings include all events.                                      AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR   APPEAL
                                                                    INTERP
Case Assigned to: Judge Daniel T. K. Hurley

RAED NASER ALDIN (7) ,              Charles Garret White
Language: Arabic                    [term  11/12/02]
     defendant                     FTS 914-0166
 [term  11/12/02]                  [COR LD NTC ret]
                                   Charles G. White
                                   1031 Ives Dairy Road
                                   Suite 228
                                   Miami, FL 33179-3455
                                   305-914-0160


Pending Counts:                             Disposition

21:846=CM.F CONSPIRACY             Imprisonment 78 months as to
MANUFACTURE CONTRL SUBST           each count of the redacted
(1rs)                              indictment to be served
                                   concurrently; Supervised
                                   Release 36  months as to each
                                   count of the redacted
                                   indictment to be     served
                                   concurrently
                                   (1rs)


21:841D=CM.F CONTROLLED            Imprisonment 78 months as to
SUBSTANCE - MANUFACTURE            each count of the redacted
(11rs)                             indictment to be served
                                   concurrently; Supervised
                                   Release 36  months as to each
                                   count of the redacted
                                   indictment to be     served
                                   concurrently
                                   (11rs)


Offense Level (opening): 4


Terminated Counts:                          Disposition

21:846=CD.F CONSPIRACY             dismissed
DISTRIBUTE CONTRL SUBST            (1)
(1)

21:841D=CM.F CONTROLLED            dismissed
SUBSTANCE - MANUFACTURE            (5)
(5)


Offense Level (disposition): 4
```

```
Proceedings include all events.                                           AEV
0:00cr6211-ALL USA v. Narog, et al                              PRIOR   APPEAL
                                                                        INTERP
```

Complaints                                   Disposition

```
21:841,846 Conspiracy to PWID
pseudoephedrine, used to
manufacture methamphetamine.
[ 0:00-m -4188 ]
```

========================

Case Assigned to:  Judge Daniel T. K. Hurley

```
NABIL AQUIL (8) , Address: 837      Paul Goodman
Sunrise Place Roselle,               [term  04/01/02]
Illinois 60172 DOB: 2/16/62         FTS 236-5498
Prisoner # 20047-424                312-236-3060
    defendant                       Suite 1015
  [term  04/01/02]                  [COR LD NTC ret]
                                    33 North Dearborn Street
                                    Chicago, IL 60602-3105
```

Pending Counts:

    NONE

Terminated Counts:                           Disposition

```
21:846=CD.F CONSPIRACY
DISTRIBUTE CONTRL SUBST
(1)

21:846=CM.F CONSPIRACY              acquittal
MANUFACTURE CONTRL SUBST            (1rs)
(1rs)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(5)

21:841D=CM.F CONTROLLED            acquittal
SUBSTANCE - MANUFACTURE            (11rs)
(11rs)
```

Offense Level (disposition): 4

```
Proceedings include all events.                                      AEV
0:00cr6211-ALL USA v. Narog, et al                         PRIOR  APPEAL
                                                                  INTERP
```

Complaints                              Disposition

```
21:841,846 Conspiracy to PWID
& PWID pseudoephedrine used
to manufacture methamphetamine
[ 0:00-m -4190 ]
```

=======================

Case Assigned to:  Judge Daniel T. K. Hurley

```
NIZAR FNEICHE (9) , Address:        Timothy Biasiello
6021 North Sacramento Chicago,      FTS 853-0507
IL. 60659 DOB: 2/16/76 and          312-853-0343
Prisoner # 20046-424                Suite 1015
     defendant                      [COR LD NTC ret]
  [term  06/17/02]                  33 North Dearborn Street
                                    Chicago, IL 60602-3105
```

Pending Counts:                         Disposition

```
21:841D=CM.F CONTROLLED             Imprisonment 63 months;
SUBSTANCE - MANUFACTURE             supervised release 3 years
(11rs)                              (11rs)
```

Offense Level (opening): 4

Terminated Counts:                      Disposition

```
21:846=CD.F CONSPIRACY              dismissed
DISTRIBUTE CONTRL SUBST             (1)
(1)

21:846=CM.F CONSPIRACY              aquitted
MANUFACTURE CONTRL SUBST            (1rs)
(1rs)

21:841D=CM.F CONTROLLED             dismissed
SUBSTANCE - MANUFACTURE             (5)
(5)
```

Offense Level (disposition): 4

```
Proceedings include all events.                                   AEV
0:00cr6211-ALL USA v. Narog, et al                    PRIOR   APPEAL
                                                              INTERP
```

Complaints                                   Disposition

21:841,846 Conspiracy to PWID
& PWID pseudoephedrine used
to manufacture methamphetamine
[ 0:00-m -4190 ]


=======================

Case Assigned to:  Judge Daniel T. K. Hurley

MOTLAQ JABER (10)
      defendant


Pending Counts:                              Disposition

21:846=CD.F CONSPIRACY
DISTRIBUTE CONTRL SUBST
(1)

21:846=CM.F CONSPIRACY
MANUFACTURE CONTRL SUBST
(1rs)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(2)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(3)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(5)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(6rs)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(8rs)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(11rs)


Offense Level (opening): 4

Docket as of January 31, 2003 8:51 am                  Page 13

```
Proceedings include all events.                              AEV
0:00cr6211-ALL USA v. Narog, et al            PRIOR  APPEAL
                                                     INTERP
```

Terminated Counts:

       NONE


Complaints                              Disposition

21:841,846 Conspiracy to PWID
pseudoephedrine, used to
manufacture methamphetamine.
[ 0:00-m -4188 ]


========================

Case Assigned to:  Judge Daniel T. K. Hurley

TEREK ZAKI ABU-LAWI (11)
      defendant

Pending Counts:                         Disposition

21:846=CD.F CONSPIRACY
DISTRIBUTE CONTRL SUBST
(1)

21:846=CM.F CONSPIRACY
MANUFACTURE CONTRL SUBST
(1rs)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(2)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(6rs)

Offense Level (opening): 4


Terminated Counts:

       NONE


Complaints:

Docket as of January 31, 2003 8:51 am              Page 14

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al                    PRIOR  APPEAL
                                                             INTERP
```

     NONE


========================

Case Assigned to:  Judge Daniel T. K. Hurley

```
RABAH EL HADDAD (12) ,              Howard Milton Srebnick
Address: 17112 SW 143 Place         FTS 358-2006
Miami 33177                         [COR LD NTC tmp]
     defendant                      Black Srebnick Kornspan &
                                    Stumpf
                                    201 S Biscayne Boulevard
                                    Suite 1300
                                    Miami, FL 33131
                                    305-371-6421

                                    Alvin Ernest Entin
                                    FTS 767-8343
                                    [COR LD NTC cja]
                                    Entin Margules & Della Fera
                                    110 SE 6th Street
                                    Suite 1970 Auto Nation Tower
                                    Fort Lauderdale, FL 33301
                                    954-761-7201

                                    John Robert Howes
                                    FTS 462-2255
                                    [COR LD NTC ret]
                                    John R. Howes
                                    Trial Lawyers Building
                                    633 SE 3rd Avenue
                                    Suite 4R
                                    Fort Lauderdale, FL 33302
                                    954-763-6003
```

```
Pending Counts:                         Disposition

21:846=CD.F CONSPIRACY
DISTRIBUTE CONTRL SUBST
(1)

21:846=CM.F CONSPIRACY
MANUFACTURE CONTRL SUBST
(1rs)

21:846=CM.F CONSPIRACY
MANUFACTURE CONTRL SUBST
(2rs)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
```

```
Proceedings include all events.                                          AEV
0:00cr6211-ALL USA v. Narog, et al                        PRIOR   APPEAL
                                                                   INTERP
(5)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(6)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(11rs)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(12rs)

21:841D=CM.F CONTROLLED
SUBSTANCE - MANUFACTURE
(14rs)


Offense Level (opening): 4


Terminated Counts:

    NONE



Complaints                              Disposition

21:841,846 Conspiracy to PWID
pseudoephedrine, used to
manufacture methamphetamine.
[ 0:00-m -4188 ]



========================
```

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al                        PRIOR  APPEAL
                                                                 INTERP
Case Assigned to:  Judge Daniel T. K. Hurley

ZUHAIR MAHUMUD RABEI (13) ,          Randee J. Golder
Language: Arabic Address: 2131         [term  04/04/02]
Meridian Apt. 130 Tallahassee,       FTS 752-9889
FL 32303 DOB: 11/29/87               [COR LD NTC cja]
Prisoner # 88691-079                 PO Box 243756
     defendant                       Boynton Beach, FL 33424-3756
  [term  04/04/02]                   561-752-9890


Pending Counts:                           Disposition

21:846=CM.F CONSPIRACY               Imprisonment for a term of time
MANUFACTURE CONTRL SUBST             served; Supervised Release   2
(1s)                                 years; Assessed $ 100.00
                                     (1s)


Offense Level (opening): 4


Terminated Counts:                        Disposition

21:846=CD.F CONSPIRACY               dismissed
DISTRIBUTE CONTRL SUBST              (1)
(1)

21:841D=CM.F CONTROLLED              dismissed
SUBSTANCE - MANUFACTURE              (4)
(4)

21:841D=CM.F CONTROLLED              dismissed
SUBSTANCE - MANUFACTURE              (10s)
(10s)


Offense Level (disposition): 4



Complaints:

    NONE


========================
```

```
Proceedings include all events.                              AEV
0:00cr6211-ALL USA v. Narog, et al              PRIOR   APPEAL
                                                        INTERP
Case Assigned to:  Judge Daniel T. K. Hurley
```

| | |
|---|---|
| MOHAMMED SAMHAN (14) , 12901 SW 60th Street, Miami, Florida 33183<br>   defendant<br> [term  06/17/02] | Leonard Paul Fenn<br> [term  02/20/01]<br>FTS 444-0913<br>305-448-7200<br>[COR LD ret]<br>DeFabio & Fenn<br>2121 Ponce de Leon Boulevard<br>Suite 430<br>Coral Gables, FL 33134<br>305-448-7200<br><br>Maria Rivas Hamar<br> [term  06/17/02]<br>FTS 550-0461<br>[COR LD NTC ret]<br>Richard A. Hamar<br> [term  06/17/02]<br>FTS 550-0461<br>[COR LD NTC ret]<br>Hamar & Hamar<br>9454 Wilshire Boulevard<br>Penthouse Gardens<br>Beverly Hills, CA 90212<br>310-550-0460<br><br>Jeffrey M. Voluck<br>FTS 779-3908<br>[COR LD NTC ret]<br>Jeffrey M. Voluck<br>200 SE 6th Street<br>Suite 201<br>Fort Lauderdale, FL 33301<br>954-467-8989 |

| Pending Counts: | Disposition |
|---|---|
| 21:841D=CM.F CONTROLLED SUBSTANCE - MANUFACTURE (11rs) | imprisonment 78 months as to each count and supervised release 36 months as to each count to be served concurrently; assessed $ 300.00; fined $ 10,000.00 (11rs) |
| 21:841D=CM.F CONTROLLED SUBSTANCE - MANUFACTURE (12rs) | imprisonment 78 months as to each count and supervised release 36 months as to each count to be served concurrently; assessed $ 300.00; fined $ 10,000.00 (12rs) |

```
Proceedings include all events.                                        AEV
0:00cr6211-ALL USA v. Narog, et al                        PRIOR  APPEAL
                                                                 INTERP
```

| | |
|---|---|
| 21:841D=CM.F CONTROLLED SUBSTANCE - MANUFACTURE (14rs) | imprisonment 78 months as to each count and supervised release 36 months as to each count to be served concurrently; assessed $ 300.00; fined $ 10,000.00 (14rs) |

Offense Level (opening): 4

| Terminated Counts: | Disposition |
|---|---|
| 21:846=CD.F CONSPIRACY DISTRIBUTE CONTRL SUBST (1) | dismissed (1) |
| 21:846=CM.F CONSPIRACY MANUFACTURE CONTRL SUBST (1rs) | aquitted (1rs) |
| 21:846=CM.F CONSPIRACY MANUFACTURE CONTRL SUBST (2rs) | aquitted (2rs) |
| 21:841D=CM.F CONTROLLED SUBSTANCE - MANUFACTURE (5) | dismissed (5) |
| 21:841D=CM.F CONTROLLED SUBSTANCE - MANUFACTURE (6) | dismissed (6) |

Offense Level (disposition): 4

| Complaints | Disposition |
|---|---|
| 21:841,846 Conspiracy to PWID pseudoephedrine, used to manufacture methamphetamine. [ 0:00-m -4188 ] | |

```
Proceedings include all events.                                AEV
0:00cr6211-ALL USA v. Narog, et al              PRIOR  APPEAL
                                                       INTERP
```

Pending Counts:

    NONE


Terminated Counts:

    NONE


Complaints:

    NONE


Pending Counts:

    NONE

Terminated Counts:

    NONE


Complaints:

    NONE


U. S. Attorneys:

    Laurence M. Bardfeld, AUSA
     [term  09/24/01]
    Below Address Terminated on 12/18/02
    FTS 356-7336
    954-356-7255
    [COR LD NTC]
    Thomas Anthony O'Malley
    FTS 356-7336
    954-356-7255
    [COR LD NTC]
    United States Attorney's Office
    500 E Broward Boulevard
    7th Floor
    Fort Lauderdale, FL 33394-3002
    954-356-7255

    PTS Officer

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al                    PRIOR  APPEAL
                                                              INTERP

     561-803-3460
     [COR LD NTC]
     Pretrial Services Office
     701 Clematis Street
     Room 221
     West Palm Beach, FL 33401
     561-803-3460

     Probation Officer
     FTS 655-1049
     561-804-6894
     [COR LD NTC]
     United States Probation Office
     501 S Flagler Drive
     Suite 400
     West Palm Beach, FL 33401-5912
     561-804-6894
```

*Begin Vol #1*

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al              PRIOR  APPEAL
                                                       INTERP
```

7/29/00  (1)      COMPLAINT as to Thomas Narog, Ghandi Jaber, Motlaq Jaber,
                  Rabah El Haddad, Mohammed Samhan, Raed Naser Aldin
                  [ 0:00-m -4188 ] (dd) [Entry date 07/31/00]

7/29/00   2       ARREST WARRANT issued as to Motlaq Jaber .    Warrant
                  issued by Magistrate Barry S. Seltzer   Bail fixed at PTD
                  Requested
                  [ 0:00-m -4188 ] (dd) [Entry date 07/31/00]

7/29/00  (3)      ARREST WARRANT issued as to Raed Naser Aldin .    Warrant
                  issued by Magistrate Barry S. Seltzer   Bail fixed at PTD
                  Requested
                  [ 0:00-m -4188 ] (dd) [Entry date 07/31/00]

7/29/00   4       ARREST WARRANT issued as to Rabah El Haddad .    Warrant
                  issued by Magistrate Barry S. Seltzer   Bail fixed at PTD
                  Requested
                  [ 0:00-m -4188 ] (dd) [Entry date 07/31/00]

7/30/00   --      ARREST of Thomas Narog, Ghandi Jaber, Mohammed Samhan
                  [ 0:00-m -4188 ] (dd) [Entry date 07/31/00]

7/31/00  (1)      COMPLAINT as to Nabil Aquil, Nizar Fneiche
                  [ 0:00-m -4190 ] (dd) [Entry date 07/31/00]

7/31/00   1       COMPLAINT as to Ahmad Almasri, Nadia Almasri
                  [ 0:00-m -4189 ] (dd) [Entry date 07/31/00]

7/31/00   2       ARREST WARRANT issued as to Nabil Aquil .    Warrant
                  issued by Magistrate Barry S. Seltzer   Bail fixed at PTD
                  Requested
                  [ 0:00-m -4190 ] (dd) [Entry date 07/31/00]

7/31/00   2       ARREST WARRANT issued as to Ahmad Almasri .    Warrant
                  issued by Magistrate Barry S. Seltzer   Bail fixed at PTD
                  Requested
                  [ 0:00-m -4189 ] (dd) [Entry date 07/31/00]

7/31/00   3       ARREST WARRANT issued as to Nadia Almasri .    Warrant
                  issued by Magistrate Barry S. Seltzer   Bail fixed at PTD
                  Requested
                  [ 0:00-m -4189 ] (dd) [Entry date 07/31/00]

7/31/00  (3)      ARREST WARRANT issued as to Nizar Fneiche .    Warrant
                  issued by Magistrate Barry S. Seltzer   Bail fixed at PTD
                  Requested
                  [ 0:00-m -4190 ] (dd) [Entry date 07/31/00]

```

Vol #1 Cont.

Proceedings include all events.                                          AEV
0:00cr6211-ALL USA v. Narog, et al                        PRIOR  APPEAL
                                                                 INTERP

7/31/00  (5)    ORDER on Initial Appearance as to Thomas Narog Bond set to
                PTD Requested . Arraignment set for 11:00 8/10/00 ; Report
                re counsel set for 11:00 8/10/00 ; Detention hearing set
                for 10:00 8/8/00 before Magistrate Barry S. Seltzer, ,
                ( Signed by Magistrate Barry S. Seltzer on 7/31/00) Tape #
                00-061 CCAP
                [ 0:00-m -4188 ] (dd) [Entry date 07/31/00]

7/31/00  6      ORDER on Initial Appearance as to Ghandi Jaber Bond set to
                PTD Requested. Arraignment set for 11:00 8/10/00 ; Report
                re counsel set for 10:00 8/8/00; Detention hearing set for
                10:00 8/8/00 before Magistrate Barry S. Seltzer, , (
                Signed by Magistrate Barry S. Seltzer on 7/31/00) Tape #
                00-061 CCAP
                [ 0:00-m -4188 ] (dd) [Entry date 07/31/00]

7/31/00  (7)    ORDER on Initial Appearance as to Mohammed Samhan Bond set
                to PTD Requested . Arraignment set for 11:00 8/10/00 ;
                Report re counsel set for 11:00 8/10/00; Detention hearing
                set for 10:00 8/3/00 before Magistrate Barry S. Seltzer,
                , ( Signed by Magistrate Barry S. Seltzer on 7/31/00)
                Tape # 00-061 CCAP
                [ 0:00-m -4188 ] (dd) [Entry date 07/31/00]

7/31/00  (8)    Minutes of Initial Appearance held on 7/31/00  before
                Magistrate Barry S. Seltzer as to Thomas Narog ; Defendant
                advised of charges, temp. retained Atty. Martin Jaffee, IRC
                -Arraignment set 8/10/00, PTD set 8/8/00. Court Reporter
                Name or Tape #: 00-061
                [ 0:00-m -4188 ] (dd) [Entry date 07/31/00]

7/31/00  9      Minutes of Initial Appearance held on 7/31/00  before
                Magistrate Barry S. Seltzer as to Ghandi Jaber ; Defendant
                advised of charges, Atty. Richard Rosenbaum temp. retained,
                IRC/PTD set 8/8/00, arraignment 8/10/00. Court Reporter
                Name or Tape #: 00-061
                [ 0:00-m -4188 ] (dd) [Entry date 07/31/00]

7/31/00  (10)   Minutes of Initial Appearance held on 7/31/00  before
                Magistrate Barry S. Seltzer as to Mohammed Samhan ;
                Defendant advised of charges, Atty. Jose Puig temp.
                retained, IRC/Arraignment set 8/10/00. PTD 8/3/00. Court
                Reporter Name or Tape #: 00-061
                [ 0:00-m -4188 ] (dd) [Entry date 07/31/00]

7/31/00  (11)   NOTICE of temp. appearance of Atty. Jose Puig as to
                Mohammed Samhan
                [ 0:00-m -4188 ] (dd) [Entry date 07/31/00]

7/31/00  --     ARREST of Ahmad Almasri, Nadia Almasri in Middle District of
                Florida (kw) [Entry date 08/10/00] [Edit date 08/14/00]

Vol #1 Cont.

```
Proceedings include all events.                                      AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR  APPEAL
                                                                   INTERP
8/1/00   (12)     INDICTMENT as to Thomas Narog (1) count(s) 1, 2, 3, 4, 5,
                  6, 7, Ghandi Jaber (2) count(s) 1, 2, 3, 4, 5, Ahmad
                  Almasri (3) count(s) 1, 4, Nadia Almasri (4) count(s) 1, 4,
                  Mutasem Al-Salhi (5) count(s) 1, 2, 3, Saber Abdelmuti (6)
                  count(s) 1, 4, Raed Naser Aldin (7) count(s) 1, 5, Nabil
                  Aquil (8) count(s) 1, 5, Nizar Fneiche (9) count(s) 1, 5,
                  Motlaq Jaber (10) count(s) 1, 2, 3, 5, Terek Zaki Abu-Lawi
                  (11) count(s) 1, 2, Rabah El Haddad (12) count(s) 1, 5, 6,
                  Zuhair Mahumud Rabei (13) count(s) 1, 4, Mohammed Samhan
                  (14) count(s) 1, 5, 6 (Criminal Category 3) (pb)
                  [Entry date 08/02/00]

8/1/00   13       ARREST WARRANT issued as to Mutasem Al-Salhi .    Warrant
                  issued by Magistrate Barry S. Seltzer Pretrial Detention
                  Requested (pb) [Entry date 08/02/00]

8/1/00   14       ARREST WARRANT issued as to Saber Abdelmuti .    Warrant
                  issued by Magistrate Barry S. Seltzer Pretrial Detention
                  Requested (pb) [Entry date 08/02/00]

8/1/00   (15)     ARREST WARRANT issued as to Raed Naser Aldin .    Warrant
                  issued by Magistrate Barry S. Seltzer Pretrial Detention
                  Requested (pb) [Entry date 08/02/00]

8/1/00   16       ARREST WARRANT issued as to Motlaq Jaber .    Warrant
                  issued by Magistrate Barry S. Seltzer Pretrial Detention
                  Requested (pb) [Entry date 08/02/00]

8/1/00   17       ARREST WARRANT issued as to Terek Zaki Abu-Lawi . Warrant
                  issued by Magistrate Barry S. Seltzer Pretrial Detention
                  Requested (pb) [Entry date 08/02/00]

8/1/00   18       ARREST WARRANT issued as to Zuhair Mahumud Rabei . Warrant
                  issued by Magistrate Barry S. Seltzer Pretrial Detention
                  Requested (pb) [Entry date 08/02/00]

8/1/00   --       Magistrate identification:  Magistrate Judge Ann E. Vitunac
                  (pb) [Entry date 08/02/00]

8/3/00   (19)     Minutes of Pretrial Detention Hearing held on 8/3/00
                  before Magistrate Barry S. Seltzer as to Mohammed Samhan ;
                  Court Tape #: oo-062-PG# 1 453-1510 (pa)
                  [Entry date 08/04/00]

8/3/00   (20)     NOTICE of filing exhibit see attached, by Debbie Donvan CRD
                  for Magistrate Judge Barry S. Seltzer for defendant
                  Mohammed Samhan (pa) [Entry date 08/04/00]

8/7/00   (24)     ORDER OF DETENTION as to Mohammed Samhan ( Signed by
                  Magistrate Barry S. Seltzer on 8/4/00)  CCAP (kw)
                  [Entry date 08/10/00]
```

Vol # 1 Cont.

Proceedings include all events.                                          AEV
0:00cr6211-ALL USA v. Narog, et al                    PRIOR    APPEAL
                                                               INTERP

8/8/00    22      Minutes of report re: counsel & pretrial detention held on
                  8/8/00 before Ch. Magistrate Judge Linnea R. Johnson as to
                  Ghandi Jaber ; Tape #: LRJ-00-67-329/2550 67 68-1, 69-1 (kw)
                  [Entry date 08/10/00]

8/8/00    --      Detention hearing as to Ghandi Jaber  held (kw)
                  [Entry date 08/10/00]

8/8/00    (23)    Minutes of pretrial detention held on 8/8/00  before Ch.
                  Magistrate Judge Linnea R. Johnson as to Thomas Narog ;
                  Court Reporter Name or Tape #: LRJ-00-67-329/2550 67, 68-1,
                  69-1 (kw) [Entry date 08/10/00]

8/8/00    --      Detention hearing as to Thomas Narog  held (kw)
                  [Entry date 08/10/00]

8/8/00    25      MOTION by Ghandi Jaber for Glenn Seiden to appear pro hac
                  vice (kw) [Entry date 08/11/00]

8/8/00    27      AFFIDAVIT as to Ghandi Jaber  Re: [25-1] motion for Glenn
                  Seiden to appear pro hac vice (kw) [Entry date 08/11/00]

8/9/00    26      ORDER as to Ghandi Jaber  granting [25-1] motion for Glenn
                  Seiden to appear pro hac vice as to Ghandi Jaber (2) (
                  Signed by Ch. Magistrate Judge Linnea R. Johnson on 8/8/00)
                  CCAP [EOD Date: 8/11/00] CCAPO (kw) [Entry date 08/11/00]

8/9/00    28       Arrest WARRANT Returned Executed as to Rabah El Haddad on
                  8/8/00 (kw) [Entry date 08/11/00]

8/9/00    --      ARREST of Rabah El Haddad (kw) [Entry date 08/11/00]

8/10/00   21      Rule 40 Documents as to Ahmad Almasri, Nadia Almasri
                  received from Middle District of Florida (kw)
                  [Entry date 08/10/00]

8/10/00   (29)    Minutes of report re: counsel & arraignment held on 8/10/00
                  before Ch. Magistrate Judge Linnea R. Johnson as to
                  Mohammed Samhan ;  Court Reporter Name or Tape #:
                  LRJ-00-69-1277 (kw) [Entry date 08/11/00]

8/10/00   --      Status conference as to Mohammed Samhan  set at 9:30
                  9/11/00 for Mohammed Samhan   before Ch. Magistrate Judge
                  Linnea R. Johnson (kw) [Entry date 08/11/00]

8/10/00   (30)    ORDER on Hearing to Report Re Counsel as to Thomas Narog
                  Counsel by reset to 9:30 8/15/00 for Thomas Narog  before
                  Ch. Magistrate Judge Linnea R. Johnson  ( Signed by Ch.
                  Magistrate Judge Linnea R. Johnson on 8/10/00)  Tape #
                  LRJ-00-67-329/2550/68-1/69-1  CCAP (kw)
                  [Entry date 08/11/00]

Docket as of January 31, 2003 8:51 am                    Page 25

Vol #1 Cont.

Proceedings include all events.                                          AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR  APPEAL
                                                                   INTERP

8/10/00  --       Deadline updated as to Thomas Narog,  set Arraignment for
                  9:30 8/15/00 for Thomas Narog  before Ch. Magistrate Judge
                  Linnea R. Johnson (kw) [Entry date 08/11/00]

8/10/00  (31)     ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                  as to Mohammed Samhan    Status conference set for 9:30
                  9/11/00 for Mohammed Samhan   before Duty Magistrate (
                  Signed by Ch. Magistrate Judge Linnea R. Johnson on
                  8/10/00) CCAP [EOD Date: 8/11/00]   CCAP (kw)
                  [Entry date 08/11/00]

8/10/00  (32)     STANDING DISCOVERY ORDER as to Mohammed Samhan   all
                  motions concerning matters not covered by this order must
                  be filed within 28 days of this order ( Signed by Ch.
                  Magistrate Judge Linnea R. Johnson on 8/10/00)  CCAP (kw)
                  [Entry date 08/11/00]

8/10/00  (33)     NOTICE of Appearance for Mohammed Samhan by Attorney
                  Leonard Paul Fenn (kw) [Entry date 08/11/00]

8/10/00  (34)     ARRAIGNMENT INFORMATION SHEET for Mohammed Samhan (14)
                  count(s) 1, 5, 6   NOT GUILTY PLEA ENTERED as to all
                  counts. Court accepts plea. (kw) [Entry date 08/11/00]

8/10/00  35       ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                  as to Ghandi Jaber    Status conference set for 9:30 8/8/00
                  for Ghandi Jaber   before Duty Magistrate ( Signed by Ch.
                  Magistrate Judge Linnea R. Johnson on 8/8/00) CCAP [EOD
                  Date: 8/11/00]  CCAP (kw) [Entry date 08/11/00]

8/10/00  36       STANDING DISCOVERY ORDER as to Ghandi Jaber   all motions
                  concerning matters not covered by this order must be filed
                  within 28 days of this order ( Signed by Ch. Magistrate
                  Judge Linnea R. Johnson on nunc pro tunc 8/8/00 signed on
                  8/10/00) CCAP (kw) [Entry date 08/11/00]

8/10/00  37       ARRAIGNMENT INFORMATION SHEET for Ghandi Jaber (2) count(s)
                  1, 2, 3, 4, 5   NOT GUILTY PLEA ENTERED as to all counts.
                  Court accepts plea. (kw) [Entry date 08/11/00]

8/10/00  (38)     ORDER OF DETENTION as to Thomas Narog, Ghandi Jaber (
                  Signed by Ch. Magistrate Judge Linnea R. Johnson on
                  8/10/00) Tape # CCAP (kw) [Entry date 08/11/00]

8/11/00  39       ARREST WARRANT Returned Executed as to Nadia Almasri on
                  7/31/00 (pa) [Entry date 08/14/00]

8/15/00  --       Report Re Counsel  as to Thomas Narog held (pa)
                  [Entry date 08/15/00]

8/15/00  --       Deadline updated as to Thomas Narog,  status/discovery
                  conference set for 9:30 9/22/00 for Thomas Narog before
                  Magistrate Ann E. Vitunac (pa) [Entry date 08/15/00]

Docket as of January 31, 2003 8:51 am                      Page 26

Vol #1 Cont.

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al                    PRIOR    APPEAL
                                                              INTERP
```

8/15/00  (42)   NOTICE of Appearance for Thomas Narog by Attorney Fred
                Haddad (pa) [Entry date 08/15/00]

8/15/00  (43)   ARRAIGNMENT INFORMATION SHEET for Thomas Narog (1) count(s)
                1, 2, 3, 4, 5, 6, 7   NOT GUILTY PLEA ENTERED as to all
                counts. Court accepts plea. (pa) [Entry date 08/15/00]

8/15/00  (44)   ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                as to Thomas Narog   Status conference set for 9:30 9/22/00
                for Thomas Narog   before Magistrate Ann E. Vitunac (
                Signed by Magistrate Ann E. Vitunac on 8/15/00) CCAP [EOD
                Date: 8/15/00]   CCAP (pa) [Entry date 08/15/00]

8/15/00  --     Deadline updated as to Thomas Narog, set status conference
                for 9:30 9/22/00 before Magistrate Ann E. Vitunac (pa)
                [Entry date 08/15/00]

8/15/00  (45)   STANDING DISCOVERY ORDER as to Thomas Narog   all motions
                concerning matters not covered by this order must be filed
                within 28 days of this order ( Signed by Magistrate Ann E.
                Vitunac on 8/15/00)   CCAP (pa) [Entry date 08/15/00]

8/16/00  46     Minutes of initial hearing held on 8/16/00  before
                Magistrate Ann E. Vitunac as to Nadia Almasri ; Tape #: AEV
                00-56-288/768 (kw) [Entry date 08/17/00]

8/16/00  --     Initial appearance as to Nadia Almasri  held (Defendant
                informed of rights.) (kw) [Entry date 08/17/00]

8/16/00  47     Minutes of initial hearing held on 8/16/00  before
                Magistrate Ann E. Vitunac as to Ahmad Almasri ;  Court
                Reporter Name or Tape #: AEV 00-56-832 (kw)
                [Entry date 08/17/00]

8/16/00  --     Initial appearance as to Ahmad Almasri  held (Defendant
                informed of rights.) (kw) [Entry date 08/17/00]

8/16/00  48     ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                as to Nadia Almasri   Status conference set for 9:30
                9/18/00 for Nadia Almasri   before Magistrate Ann E.
                Vitunac ( Signed by Magistrate Ann E. Vitunac on 8/16/00)
                CCAP [EOD Date: 8/17/00]   CCAP (kw) [Entry date 08/17/00]

8/16/00  49     STANDING DISCOVERY ORDER as to Nadia Almasri   all motions
                concerning matters not covered by this order must be filed
                within 28 days of this order ( Signed by Magistrate Ann E.
                Vitunac on 8/16/00)   CCAP (kw) [Entry date 08/17/00]

8/16/00  50     INTERPRETER required for Nadia Almasri   Language: Arabic
                (kw) [Entry date 08/17/00]

8/16/00  51     NOTICE of Appearance for Ahmad Almasri by Attorney Mark E.
                NeJame (kw) [Entry date 08/17/00]

```
Docket as of January 31, 2003 8:51 am                Page 27
```

Vol #1 Cont.

Proceedings include all events.                                              AEV
0:00cr6211-ALL USA v. Narog, et al                              PRIOR   APPEAL
                                                                        INTERP

8/16/00  52    NOTICE of Appearance for Nadia Almasri by Attorney Mark E.
               NeJame (kw) [Entry date 08/17/00]

8/16/00  53    ARRAIGNMENT INFORMATION SHEET for Nadia Almasri (4)
               count(s) 1, 4   NOT GUILTY PLEA ENTERED as to all counts.
               Court accepts plea. (kw) [Entry date 08/17/00]

8/16/00  (54)   Arrest WARRANT Returned Executed as to Nizar Fneiche on
               8/3/00 (kw) [Entry date 08/17/00]

8/16/00  55     Arrest WARRANT Returned Executed as to Nabil Aquil on
               8/3/00 (kw) [Entry date 08/17/00]

8/16/00  --    Bond hearing as to Nadia Almasri  held (pa)
               [Entry date 08/18/00]

8/17/00  56    PERSONAL SURETY BOND entered by Nadia Almasri  in  Amount $
               50,000. Continued from M/D of Florida-Tampa Division.
               Approved by Magistrate Ann E. Vitunac. Surrender
               passports/travel documents; Do not apply for or receive any
               other travel documents. Report to PTS as follows: 1 X per
               week by phone & in person as directed. Additional
               conditions: All conditions as set in the M/D of
               Florida-Tampa Divion, are hereby adpted and remain in full
               force and effect. the M (pa) [Entry date 08/18/00]

8/17/00  57    ORDER on Initial Appearance as to Nadia Almasri Bond set to
               $50,000 PERSONAL SURETY Continued from M/D of Florida-Tampa
               , Mark E. Nejame appear as permanent counsel.
               Arraingment held and Bond hearing held(Signed by Magistrate
               Ann E. Vitunac on 8/16/00) Tape # AEV00-56-288-/768 CCAP (pa)
               [Entry date 08/18/00]

8/21/00  58    Rule 40 Documents as to Saber Abdelmuti received from
               Middle District of Florida (kw) [Entry date 08/21/00]

8/22/00  59     Arrest WARRANT Returned Executed as to Zuhair Mahumud
               Rabei on 8/3/00 (kw) [Entry date 08/22/00]

8/22/00  60    REPORT Commencing Criminal Action as to Nadia Almasri  DOB:
               11/21/64  Prisoner # 39192-018 (kw) [Entry date 08/22/00]

8/22/00  61     Arrest WARRANT Returned Executed as to Saber Abdelmuti on
               8/7/00 (kw) [Entry date 08/22/00]

8/22/00  62     Arrest WARRANT Returned Executed as to Mutasem Al-Salhi on
               8/3/00 (kw) [Entry date 08/22/00]

8/23/00  (64)   MOTION by Mohammed Samhan for disclosure of of general
               nature of evidence (kw) [Entry date 08/24/00]

8/23/00  67    MOTION by Rabah El Haddad for Pretrial Release (kw)
               [Entry date 08/25/00]

Vol #1 Cont.

Proceedings include all events.                                         AEV
0:00cr6211-ALL USA v. Narog, et al                    PRIOR    APPEAL
                                                               INTERP

8/24/00    63    Minutes of initial hearing held on 8/24/00  before
                 Magistrate Ann E. Vitunac as to Ahmad Almasri, Nadia
                 Almasri Court Reporter Name or Tape #: AEV 00-60-1 (kw)
                 [Entry date 08/24/00]

8/24/00    65    INTERPRETER required for Ahmad Almasri    Language: Arabic
                 (kw) [Entry date 08/25/00]

8/25/00    66    ORDER as to Nadia Almasri for Appointment of Public
                 Defender for Garcia Hearing only ( Signed by Magistrate
                 Ann E. Vitunac on 8/24/00) CCAP [EOD Date: 8/25/00] CCAP△
                 (kw) [Entry date 08/25/00]

8/25/00    68     CSB cont. from M/D of FL. BOND entered by Ahmad Almasri
                 in  Amount $ 50,000.00   Approved by Magistrate Ann E.
                 Vitunac Additional conditions: all conditions as set in the
                 Middle District of FL. remain in full force and effect (kw)
                 [Entry date 08/25/00]

8/25/00    69    ORDER on Initial Appearance as to Ahmad Almasri Bond set to
                 for Ahmad Almasri.   Arraignment set for 9:30 9/6/00 for
                 Ahmad Almasri ;   before Magistrate Ann E. Vitunac, ,
                 ( Signed by Magistrate Ann E. Vitunac  on 8/24/00)  CCAP (kw)
                 [Entry date 08/25/00]

8/25/00   (70)   MOTION by Nizar Fneiche for Timothy Biasiello to appear
                 pro hac vice (kw) [Entry date 08/28/00]

8/25/00    --    Filing Fee Paid by Nizar Fneiche  FILING FEE $ 75.00
                 RECEIPT # 713046 (kw) [Entry date 08/28/00]

8/25/00    --    Filing Fee Paid by Nabil Aquil  FILING FEE $ 75.00   RECEIPT
                 # 713049 (kw) [Entry date 08/28/00]

8/25/00    82    ORDER on Initial Appearance as to Rabah El Haddad
                 Arraignment set for 10:00 9/5/00 for Rabah El Haddad ;
                 Report re counsel set for 10:00 9/5/00 for Rabah El Haddad
                 ; Detention hearing set for 10:00 9/5/00 for Rabah El Haddad
                 ;   before Duty Magistrate, ,  ( Signed by Magistrate
                 Judge William C. Turnoff  on 8/24/00)  CCAP (kw)
                 [Entry date 08/30/00]

8/25/00    71    MOTION by Nabil Aquil for Paul Goodman to appear pro hac
                 vice (kw) [Entry date 09/20/00]

8/28/00    72    Clerk's receipt. Number: 713050 in the amount of $ 75.00
                 for Glenn Seiden's motion to appear pro hac vice by Ghandi
                 Jaber (kw) [Entry date 08/28/00]

8/28/00   (73)   Minutes of initial held on 8/28/00  before Ch. Magistrate
                 Judge Linnea R. Johnson as to Nizar Fneiche ;  Court
                 Reporter Name or Tape #: LRJ-00-80-170 (kw)
                 [Entry date 08/28/00]

Vol #1 Cont.

Proceedings include all events.                                        AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR  APPEAL
                                                                   INTERP

8/28/00   74   Minutes of initial held on 8/28/00  before Ch. Magistrate
               Judge Linnea R. Johnson as to Nabil Aquil ;  Court Reporter
               Name or Tape #: LRJ-00-80-68 (kw) [Entry date 08/28/00]

8/28/00   76   PSB BOND entered by Nizar Fneiche  in  Amount $ 75,000.00
               Approved by Ch. Magistrate Judge Linnea R. Johnson . Report
               to PTS as follows: 1 time a week by phone and 1 time a month
               in person Additional conditions: comply with the following
               conditions set by Illinois (kw) [Entry date 08/29/00]
               [Edit date 08/29/00]

8/28/00   77   PSB BOND entered by Nabil Aquil  in  Amount $ 75,000.00
               Approved by Ch. Magistrate Judge Linnea R. Johnson .
               Report to PTS as follows: 1 time a week by phone and 1 time
               a week in person Additional conditions: comply with
               conditions set in Illinois (kw) [Entry date 08/29/00]

8/28/00   78   ORDER on Initial Appearance as to Nabil Aquil   Arraignment
               set for 9:30 9/18/00 for Nabil Aquil ; Report re counsel
               set for 9:30 9/18/00 for Nabil Aquil ;   before Duty
               Magistrate, ,  ( Signed by Ch. Magistrate Judge Linnea
               R. Johnson on 8/28/00)  CCAP (kw) [Entry date 08/29/00]

8/28/00   75   ORDER on Initial Appearance as to Nizar Fneiche Arraignment
               set for 9:30 9/21/00 for Nizar Fneiche ; Report re counsel
               set for 9:30 9/21/00 for Nizar Fneiche ; before Duty
               Magistrate, ,  ( Signed Ch. Magistrate Judge Linnea R.
               Johnson  on 8/28/00)   CCAP (kw) [Entry date 08/30/00]

8/29/00   79   Clerk's receipt. Number: 401520305 in the amount of $
               $5000.00 for 10% cash bond posted in Houston Texas by
               Zuhair Mahumud Rabei (kw) [Entry date 08/29/00]

8/29/00   80   REPORT Commencing Criminal Action as to Nabil Aquil DOB:
               2/16/62 Prisoner # 20047-424 (kw) [Entry date 08/30/00]
               [Edit date 08/30/00]

8/29/00   81   REPORT Commencing Criminal Action as to Nizar Fneiche  DOB:
               2/16/76  Prisoner # 20046-424 (kw) [Entry date 08/30/00]
               [Edit date 08/30/00]

8/29/00   83   APPEAL of Magistrate Decision to District Court by USA  as
               to Rabah El Haddad  re: of magistrate Judge's denial of
               request for pretrial detention (kw) [Entry date 08/30/00]

8/29/00   84   NOTICE of Appeal of magistrate Judge's denial of request
               for pretrial detention by Rabah El Haddad as to Rabah El
               Haddad (kw) [Entry date 08/30/00]

8/29/00   93   ORDER DENYING GOVERNMENT'S REQUEST FOR PRETRIAL DETENTION &
               SETTING A BOND as to Rabah El Haddad granting [67-1] motion
               for Pretrial Release as to Rabah El Haddad (12) ( Signed by
               Magistrate Ted E. Bandstra on 8/29/00) CCAP [EOD Date:
               9/1/00] CCAPΔ (kw) [Entry date 09/01/00]

Vol #1 Cont.

Proceedings include all events.                                                                              AEV
0:00cr6211-ALL USA v. Narog, et al                                        PRIOR  APPEAL
                                                                                              INTERP

8/29/00   94    NOTICE of Temporary Appearance for Rabah El Haddad by
                Attorney Howard Milton Srebnick (kw) [Entry date 09/01/00]

8/30/00   85    NOTICE of filing order which should have been attached to
                8/29/00 Appeal of Magistrate Judge's denial of request for
                pretrial detention by USA as to Rabah El Haddad (kw)
                [Entry date 08/31/00]

8/30/00   86    RESPONSE to Standing Discovery Order by USA  as to Thomas
                Narog, Ghandi Jaber, Mohammed Samhan (kw)
                [Entry date 08/31/00]

8/30/00   87    Rule 40 Documents as to Zuhair Mahumud Rabei received from
                Southern District of Texas (kw) [Entry date 08/31/00]

8/30/00   88    NOTICE of Hearing as to Zuhair Mahumud Rabei :  set
                Initial Appearance for 9/12/00 @9:30   before Duty
                Magistrate (kw) [Entry date 08/31/00]

8/30/00   89    ORDER STAYING MAGISTRATE JUDGE'S ORDER RELEASING DEFENDANT
                ON BOND as to Rabah El Haddad ( Signed by Judge Daniel T.
                K. Hurley on 8/30/00) CCAP [EOD Date: 8/31/00] CCAP△ (kw)
                [Entry date 08/31/00]

8/30/00   91    BOND entered by Rabah El Haddad  in  Amount $ 200,000.00
                Approved by Magistrate Ted E. Bandstra . Surrender
                passports/travel documents;  Report to PTS as follows: 1
                time in person plus as direc  Full-time employment;  Curfew
                from: midnight to 6 am  Additional conditions: execute
                waiver of extradition and surrender passports of wife and
                children (kw) [Entry date 09/01/00] [Edit date 09/01/00]

8/30/00   92     CSB BOND entered by Rabah El Haddad  in  Amount $
                100,000.00 (Surety Information: Ranger Insurance , Isaid
                Awad , 1465 NW N. River Drive)   Approved by Magistrate
                Ted E. Bandstra .  Surrender passports/travel documents;
                Report to PTS as follows: 1 time a week in person
                Full-time employment;  Curfew from: midnight to 6 am
                Additional conditions: execute waiver of extradition;
                surrender passports of wife and children (kw)
                [Entry date 09/01/00]

8/30/00   95    WAIVER OF EXTRADITION  by Rabah El Haddad (kw)
                [Entry date 09/01/00]

8/30/00   96    MOTION by Mohammed Samhan for disclosure of written
                summary testimony that it intends to use (kw)
                [Entry date 09/01/00]

8/31/00   90    ORDER as to Rabah El Haddad vacating [89-1] order (
                Signed by Judge Daniel T. K. Hurley on 8/30/00) CCAP [EOD
                Date: 8/31/00] CCAP△ (kw) [Entry date 08/31/00]

Vol #1 Cont.

Proceedings include all events.                                           AEV
0:00cr6211-ALL USA v. Narog, et al                         PRIOR   APPEAL
                                                                   INTERP

| | | |
|---|---|---|
| 9/5/00 | 98 | TRANSCRIPT filed as to Rabah El Haddad of Pretrial Detention Hearing held 8/29/00 before Judge Ted E. Bandstra Volume #: 1 Pages: 1-29 (kw) [Entry date 09/06/00] |
| 9/6/00 | 97 | Minutes of continuation of Garcia Hearing held on 9/6/00 before Magistrate Ann E. Vitunac as to Ahmad Almasri, Nadia Almasri ; Court Reporter Name or Tape #: AEV 00-60-2865/3480 00-61-1 (kw) [Entry date 09/06/00] |
| 9/6/00 | 99 | NOTICE of filing transcript of detention hearing on 8/29/00 before Judge Bandstra by USA as to Rabah El Haddad (kw) [Entry date 09/07/00] |
| 9/7/00 | 101 | MOTION by Thomas Narog to extend time to file motions (kw) [Entry date 09/08/00] |
| 9/7/00 | 102 | TRANSCRIPT filed as to Mohammed Samhan of detention hearing held 8/3/00 before Judge Seltzer Volume #: 1 Pages: 1-25 (kw) [Entry date 09/11/00] _Vol #6_ |
| 9/7/00 | 103 | TRANSCRIPT filed as to Thomas Narog, Ghandi Jaber of pretrial detention hearing held 8/8/00 before Judge Johnson Volume #: 1 Pages: 1-117 (kw) [Entry date 09/11/00] _Vol #7_ |
| 9/7/00 | 104 | ORDER on Hearing to Report Re Counsel as to Rabah El Haddad Counsel by Alvin Ernest Entin ( Signed by Magistrate Barry L. Garber on 9/5/00) Tape # 00C-59-580 CCAP (kw) [Entry date 09/11/00] |
| 9/7/00 | 105 | ORDER as to Rabah El Haddad reset Arraignment for 10:00 9/7/00 for Rabah El Haddad before Magistrate Barry L. Garber ( Signed by Magistrate Barry L. Garber on 9/5/00) CCAP [EOD Date: 9/11/00] CCAPΔ (kw) [Entry date 09/11/00] |
| 9/7/00 | 106 | ARRAIGNMENT INFORMATION SHEET for Rabah El Haddad (12) count(s) 1, 5, 6 NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (kw) [Entry date 09/11/00] |
| 9/7/00 | 107 | STANDING DISCOVERY ORDER as to Rabah El Haddad all motions concerning matters not covered by this order must be filed within 28 days of this order ( Signed by Magistrate Barry L. Garber on 9/7/00) Tape # 00C62-1 CCAP (kw) [Entry date 09/11/00] |
| 9/8/00 | 100 | ORDER that the attorney Mark NeJame may jointly represent both defendants with 2 conditions. See file for details as to Ahmad Almasri, Nadia Almasri ( Signed by Magistrate Ann E. Vitunac on 9/8/00) CCAP [EOD Date: 9/8/00] CCAPΔ (kw) [Entry date 09/08/00] |

Vol #1 Cont.

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al                 PRIOR  APPEAL
                                                          INTERP
```

9/8/00    108    Minutes of Status Conference held on 9/8/00 before
                 Magistrate Ann E. Vitunac as to Ghandi Jaber ; Court
                 Reporter Name or Tape #: AEV 00-61-2214 (kw)
                 [Entry date 09/11/00]

9/11/00   109    NOTICE of Appearance for Saber Abdelmuti by Attorney
                 Theodore Willard Weeks IV (kw) [Entry date 09/11/00]

9/11/00  (110)   ORDER as to Thomas Narog  granting [101-1] motion to extend
                 time to file motions as to Thomas Narog (1) ( Signed by
                 Magistrate Ann E. Vitunac on 9/11/00) CCAP [EOD Date:
                 9/11/00] CCAPΔ (kw) [Entry date 09/11/00]

9/12/00   111    Minutes of initial hearing held on 9/12/00 before
                 Magistrate Ann E. Vitunac as to Zuhair Mahumud Rabei ; Tape
                 #: AEV 00-62-599 (kw) [Entry date 09/12/00]

9/12/00   112    INTERPRETER required for Zuhair Mahumud Rabei   Language:
                 Arabic (kw) [Entry date 09/12/00]

9/12/00   113    ORDER on Initial Appearance as to Zuhair Mahumud Rabei Bond
                 set to 50,000.00 10% Cash bond from Texas Report re counsel
                 set for 9:30 9/19/00 Arraignment set for 9:30 9/19/00
                 before Magistrate Ann E. Vitunac, , ( Signed by
                 Magistrate Ann E. Vitunac  on 9/12/00)  CCAP (kw)
                 [Entry date 09/13/00]

9/12/00   114     $50,000.00 10% cash bond as set in S/D of Texas entered by
                 Zuhair Mahumud Rabei Approved by Magistrate Ann E. Vitunac .
                 Additional conditions: comply with all conditions set in the
                 Southern District of Texas are hereby adopted and remain in
                 full force and effect (kw) [Entry date 09/13/00]
                 [Edit date 09/13/00]

9/13/00   115    REPORT Commencing Criminal Action as to Zuhair Mahumud
                 Rabei  DOB: 11/29/87  Prisoner # 88691-079 (kw)
                 [Entry date 09/13/00]

9/18/00   116    Minutes of status re: counsel and arraign held on 9/18/00
                 before Magistrate Ann E. Vitunac as to Nabil Aquil Tape #:
                 AEV 80-62-3537/00-63-1 (kw) [Entry date 09/18/00]

9/18/00   117    ARRAIGNMENT INFORMATION SHEET for Nabil Aquil (8) count(s)
                 1, 5   NOT GUILTY PLEA ENTERED as to all counts. Court
                 accepts plea. (kw) [Entry date 09/18/00]

9/18/00   118    ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                 as to Nabil Aquil   Status conference set for 9:30 11/20/00
                 for Nabil Aquil  before Ch. Magistrate Judge Linnea R.
                 Johnson ( Signed by Magistrate Ann E. Vitunac on 9/18/00)
                 CCAP [EOD Date: 9/18/00]  CCAP (kw) [Entry date 09/18/00]

Vol # 1 Cont.

Proceedings include all events.                                                    AEV
0:00cr6211-ALL USA v. Narog, et al                                    PRIOR  APPEAL
                                                                              INTERP

9/18/00   119   STANDING DISCOVERY ORDER as to Nabil Aquil   all motions
                concerning matters not covered by this order must be filed
                within 28 days of this order ( Signed by Magistrate Ann E.
                Vitunac on 9/18/00)  CCAP (kw) [Entry date 09/18/00]

9/19/00   120   Minutes of status re: counsel held on 9/19/00  before
                Magistrate Ann E. Vitunac as to Zuhair Mahumud Rabei ; (kw)
                [Entry date 09/19/00]

9/19/00   126   MOTION by Ahmad Almasri, Nadia Almasri for Mark E. NeJame
                to appear pro hac vice (kw) [Entry date 09/21/00]

9/19/00   --    Filing Fee Paid by Ahmad Almasri, Nadia Almasri  FILING FEE
                $ 75.00  RECEIPT # 713199 (kw) [Entry date 09/21/00]

9/20/00   121   CJA 20 as to Zuhair Mahumud Rabei : Appointment of Attorney
                Randee J. Golder ( Signed by Magistrate Ann E. Vitunac  on
                9/19/00) (kw) [Entry date 09/21/00]

9/20/00   122   ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                as to Zuhair Mahumud Rabei   Status conference set for 9:30
                10/20/00 for Zuhair Mahumud Rabei  before Ch. Magistrate
                Judge Linnea R. Johnson ( Signed by Magistrate Ann E.
                Vitunac on 9/20/00) CCAP [EOD Date: 9/21/00]  CCAP (kw)
                [Entry date 09/21/00]

9/20/00   123   STANDING DISCOVERY ORDER as to Zuhair Mahumud Rabei   all
                motions concerning matters not covered by this order must
                be filed within 28 days of this order ( Signed by
                Magistrate Ann E. Vitunac on 9/20/00)  CCAP (kw)
                [Entry date 09/21/00]

9/20/00   124   ARRAIGNMENT INFORMATION SHEET for Zuhair Mahumud Rabei (13)
                count(s) 1, 4   NOT GUILTY PLEA ENTERED as to all counts.
                Court accepts plea. (kw) [Entry date 09/21/00]

9/20/00   125   Minutes of arraignment & possible review held on 9/20/00
                before Magistrate Ann E. Vitunac as to Zuhair Mahumud Rabei
                Tape #: AEV 00-63-3297 00-64-1 (kw) [Entry date 09/21/00]

9/21/00   127   NOTICE of Appearance for Rabah El Haddad by Attorney John
                Robert Howes (kw) [Entry date 09/21/00]

9/21/00   128   Minutes of status re: counsel and possible arraignment held
                on 9/21/00 before Magistrate Ann E. Vitunac as to Nizar
                Fneiche ; Court Reporter Name or Tape #: AEV 80-64-1160 (kw)
                [Entry date 09/21/00]

9/21/00   129   ARRAIGNMENT INFORMATION SHEET for Nizar Fneiche (9)
                count(s) 1, 5   NOT GUILTY PLEA ENTERED as to all counts.
                Court accepts plea. (kw) [Entry date 09/22/00]

Vol #1 Cont.

Proceedings include all events.                                              AEV
0:00cr6211-ALL USA v. Narog, et al                           PRIOR    APPEAL
                                                                      INTERP

9/21/00  (130)    ORDER as to Nizar Fneiche  granting [70-1] motion for
                  Timothy Biasiello to appear pro hac vice as to Nizar
                  Fneiche (9) ( Signed by Magistrate Ann E. Vitunac on
                  9/21/00) CCAP [EOD Date: 9/22/00] CCAP△ (kw)
                  [Entry date 09/22/00]

9/21/00  (131)    STANDING DISCOVERY ORDER as to Nizar Fneiche  all motions
                  concerning matters not covered by this order must be filed
                  within 28 days of this order ( Signed by Magistrate Ann E.
                  Vitunac on 9/21/00)  CCAP (kw) [Entry date 09/22/00]

9/21/00  (132)    ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                  as to Nizar Fneiche  Status conference set for 9:30
                  11/20/00 for Nizar Fneiche  before Magistrate Ann E.
                  Vitunac ( Signed by Magistrate Ann E. Vitunac on 9/21/00)
                  CCAP [EOD Date: 9/22/00]  CCAP (kw) [Entry date 09/22/00]

9/22/00  --       ARREST of Raed Naser Aldin (dr) [Entry date 08/02/02]

9/25/00  133      NOTICE of Hearing as to Saber Abdelmuti :  set Initial
                  Appearance for 10/3/00 9:30   before Magistrate Ann E.
                  Vitunac (kw) [Entry date 09/25/00]

9/26/00  (135)     Arrest WARRANT Returned Executed as to Raed Naser Aldin on
                  9/22/00 (kw) [Entry date 09/27/00]

9/26/00  134      CJA 20 as to Rabah El Haddad : Appointment of Attorney (
                  Signed by Magistrate Barry L. Garber  on 9/5/00) (kw)
                  [Entry date 01/29/01]

9/27/00  (136)    RESPONSE to Standing Discovery Order by USA  as to Nabil
                  Aquil, Nizar Fneiche (kw) [Entry date 09/28/00]

9/28/00  137      DESIGNATION OF ATTORNEY APPEARANCE for Ghandi Jaber by
                  Attorney Jack Alan Goldberger (kw) [Entry date 09/28/00]

9/28/00  (138)    MOTION with Memorandum in Support by Mohammed Samhan for
                  De Novo review of order setting detention pending trial (kw)
                  [Entry date 09/28/00]

9/28/00  (139)    NOTICE of Appearance for Mohammed Samhan by Attorney Maria
                  Rivas Hamar, Richard A. Hamar (kw) [Entry date 09/28/00]

9/28/00  140      ORDER as to Zuhair Mahumud Rabei to exonerate bond set in
                  the amount of $5000.00 cash plus accrued interest set in
                  Southern District of Texas; Bond reset to $ 100,000.00 CSB
                  with nebbia for Zuhair Mahumud Rabei. ( Signed by
                  Magistrate Ann E. Vitunac on 9/28/00) CCAP [EOD Date:
                  9/29/00] CCAP△ (kw) [Entry date 09/29/00]

10/2/00  141      DESIGNATION OF JACK A. GOLDBERGER as local counsel Ghandi
                  Jaber (kw) [Entry date 10/03/00]

10/2/00  (142)    MOTION by Mohammed Samhan for disclosure of of testimony (kw)

Docket as of January 31, 2003 8:51 am                        Page 35

Vol #1 Cont.

Proceedings include all events.                                      AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR  APPEAL
                                                                   INTERP
                    [Entry date 10/03/00]

10/2/00  (143)   Rule 40 Documents as to Raed Naser Aldin received from
                 Eastern District of Michigan (kw) [Entry date 10/03/00]

10/3/00  144     Minutes of initial hearing held on 10/3/00  before
                 Magistrate Ann E. Vitunac as to Saber Abdelmuti ; Tape #:
                 AEV 00-68-1 (kw) [Entry date 10/04/00]

10/3/00  145     NOTICE of Appearance for Saber Abdelmuti by Attorney
                 Theodore Weeks (kw) [Entry date 10/04/00]

10/3/00  146     ARRAIGNMENT INFORMATION SHEET for Saber Abdelmuti (6)
                 count(s) 1, 4   NOT GUILTY PLEA ENTERED as to all counts.
                 Court accepts plea. (kw) [Entry date 10/04/00]

10/3/00  147     ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                 as to Saber Abdelmuti   Status conference set for 9:30
                 11/3/00 for Saber Abdelmuti   before Magistrate Ann E.
                 Vitunac ( Signed by Magistrate Ann E. Vitunac on 10/3/00)
                 CCAP [EOD Date: 10/4/00]  CCAP (kw) [Entry date 10/04/00]

10/3/00  148     STANDING DISCOVERY ORDER as to Saber Abdelmuti   all
                 motions concerning matters not covered by this order must
                 be filed within 28 days of this order ( Signed by
                 Magistrate Ann E. Vitunac on 10/3/00)  CCAP (kw)
                 [Entry date 10/04/00]

10/4/00  149      CSB BOND entered by Saber Abdelmuti  in  Amount $
                 50,000.00 set in M/D of FL.- T Receipt #   Approved by
                 Magistrate Ann E. Vitunac .  Additional conditions: comply
                 with conditions previously set in the M/D of FL (kw)
                 [Entry date 10/04/00]

10/4/00  150     ORDER on Initial Appearance as to Saber Abdelmuti, ,  (
                 Signed by Magistrate Ann E. Vitunac  on 10/3/00)  CCAP (kw)
                 [Entry date 10/04/00]

10/4/00  151     INTERPRETER required for Saber Abdelmuti    Language: Arabic
                 (kw) [Entry date 10/04/00]

10/4/00  152     ORDER as to Nabil Aquil  granting [71-1] motion for Paul
                 Goodman to appear pro hac vice as to Nabil Aquil (8) (
                 Signed by Judge Daniel T. K. Hurley on 10/2/00) CCAP [EOD
                 Date: 10/4/00] CCAPO (kw) [Entry date 10/04/00]

*Vol # 1 Cont.*

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al                      PRIOR   APPEAL
                                                                INTERP
```

10/4/00 (153)    ORDER as to Thomas Narog, Ghandi Jaber, Ahmad Almasri,
                 Nadia Almasri, Mutasem Al-Salhi, Saber Abdelmuti, Raed
                 Naser Aldin, Nabil Aquil, Nizar Fneiche, Motlaq Jaber,
                 Terek Zaki Abu-Lawi, Rabah El Haddad, Zuhair Mahumud Rabei,
                 Mohammed Samhan  set status conference for 8:40 10/17/00
                 for Thomas Narog, for Ghandi Jaber, for Ahmad Almasri, for
                 Nadia Almasri, for Mutasem Al-Salhi, for Saber Abdelmuti,
                 for Raed Naser Aldin, for Nabil Aquil, for Nizar Fneiche,
                 for Motlaq Jaber, for Terek Zaki Abu-Lawi, for Rabah El
                 Haddad, for Zuhair Mahumud Rabei, for Mohammed Samhan
                 before Judge Daniel T. K. Hurley ( Signed by Judge Daniel
                 T. K. Hurley on 10/2/00) CCAP [EOD Date: 10/5/00] CCAP△ (kw)
                 [Entry date 10/05/00]

10/5/00 (154)    Minutes of initial held on 10/5/00  before Ch. Magistrate
                 Judge Linnea R. Johnson as to Raed Naser Aldin ;  Court
                 Reporter Name or Tape #: LRJ-00-86-3076 (kw)
                 [Entry date 10/05/00]

10/5/00 (155)    INTERPRETER required for Raed Naser Aldin    Language:
                 Arabic (kw) [Entry date 10/06/00]

10/5/00 (156)    ORDER on Initial Appearance as to Raed Naser Aldin
                 Arraignment set for 9:30 10/10/00 for Raed Naser Aldin ;
                 before Duty Magistrate, ,  ( Signed by Ch. Magistrate
                 Judge Linnea R. Johnson  on 10/5/00)  CCAP (kw)
                 [Entry date 10/06/00]

10/6/00 (157)    MOTION by Thomas Narog to extend time to file motions (kw)
                 [Entry date 10/10/00]

10/6/00  158     RESPONSE to Standing Discovery Order by USA  as to Zuhair
                 Mahumud Rabei, Saber Abdelmuti, Ahmad Almasri, Nadia
                 Almasri (kw) [Entry date 10/10/00]

10/6/00  159     RESPONSE to Standing Discovery Order by USA  as to Rabah El
                 Haddad (kw) [Entry date 10/10/00]

10/10/00 (160)   ARRAIGNMENT INFORMATION SHEET for Raed Naser Aldin (7)
                 count(s) 1, 5   NOT GUILTY PLEA ENTERED as to all counts.
                 Court accepts plea. (kw) [Entry date 10/10/00]

10/10/00 (161)   ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                 as to Raed Naser Aldin    Status conference set for 9:30
                 11/13/00 for Raed Naser Aldin   before Ch. Magistrate Judge
                 Linnea R. Johnson ( Signed by Magistrate Ann E. Vitunac on
                 10/10/00) CCAP [EOD Date: 10/10/00]  CCAP (kw)
                 [Entry date 10/10/00]

10/10/00 (162)   STANDING DISCOVERY ORDER as to Raed Naser Aldin   all
                 motions concerning matters not covered by this order must
                 be filed within 28 days of this order ( Signed by
                 Magistrate Ann E. Vitunac on 10/10/00)  CCAP (kw)
                 [Entry date 10/10/00]

Proceedings include all events.    Vol #1 Cont.    AEV
0:00cr6211-ALL USA v. Narog, et al            PRIOR   APPEAL
                                                      INTERP



10/10/00  163    Minutes of arraignment & Bond held on 10/10/00 before
                 Magistrate Ann E. Vitunac as to Raed Naser Aldin ; Tape #:
                 AEV 00-73-490 (kw) [Entry date 10/10/00]

10/10/00  164    REPORT Commencing Criminal Action as to Saber Abdelmuti
                 DOB: 12/5/59 (kw) [Entry date 10/11/00]

10/10/00  165    ORDER as to Thomas Narog  granting [157-1] motion to extend
                 time to file motions( Signed by Magistrate Ann E. Vitunac
                 on 10/10/00) CCAP [EOD Date: 10/11/00] CCAP△ (kw)
                 [Entry date 10/11/00]

10/10/00  166    NOTICE of Unavailabilty by Mohammed Samhan  for dates of:
                 3/29/01-4/7/01 (kw) [Entry date 10/11/00]

10/10/00  167    SUPPLEMENT by Mohammed Samhan  to: [138-1] motion for De
                 Novo review of order setting detention pending trial (kw)
                 [Entry date 10/11/00]

10/10/00  168    MOTION by Mohammed Samhan to extend time to file pretrial
                 motions (kw) [Entry date 10/11/00]

10/12/00  170    MOTION by Mohammed Samhan for order of reference (kw)
                 [Entry date 10/13/00]

10/13/00  169    ORDER as to Mohammed Samhan  granting [168-1] motion to
                 extend time to file pretrial motions as to Mohammed Samhan
                 (14) ( Signed by Magistrate Ann E. Vitunac on 10/12/00)
                 CCAP [EOD Date: 10/13/00] CCAP△ (kw) [Entry date 10/13/00]

10/13/00  171    MOTION by Rabah El Haddad to extend time to file a brief
                 in response to brief filed by the government appealing the
                 order setting bond in this matter (kw) [Entry date 10/16/00]

10/16/00  172    SEALED DOCUMENT (kw) [Entry date 10/16/00]

10/16/00  173    SEALED DOCUMENT (kw) [Entry date 10/16/00]

10/16/00  174    MOTION by Raed Naser Aldin for authorization to retain
                 arabic interpreter (kw) [Entry date 10/16/00]

10/20/00  175    MOTION by Zuhair Mahumud Rabei to modify Bond (pa)
                 [Entry date 10/20/00]

10/20/00  176    DEMAND FOR DISCLOSURE of Witness by Zuhair Mahumud Rabei (pa)
                 [Entry date 10/20/00]

Proceedings include all events.                 Vol #1 Cont.                     AEV
0:00cr6211-ALL USA v. Narog, et al                            PRIOR    APPEAL
                                                                       INTERP

10/20/00 177    ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME:
                ORDER as to Rabah El Haddad granting [171-1] motion to
                extend time to file a brief in response to brief filed by
                the government appealing the order setting bond in this
                matter as to Rabah El Haddad (12). Reply brief due 10/27/00
                (Signed by Judge Daniel T. K. Hurley on 10/18/00) CCAP [EOD
                Date: 10/20/00] CCAP△ (pa) [Entry date 10/20/00]

10/20/00 178    Minutes of Status Re: Discovery held on 10/20/00 before
                Ch. Magistrate Judge Linnea R. Johnson as to Zuhair Mahumud
                Rabei; Government will provide the Court with the status of
                the case later this afternoon. Tape #: LRJ-00-92-2400 (pa)
                [Entry date 10/23/00]

10/20/00 --     Status conference as to Zuhair Mahumud Rabei held (pa)
                [Entry date 10/23/00]

10/20/00 179    CJA 20 as to Raed Naser Aldin : Appointment of Attorney
                Charles Garret White ( Signed by Ch. Magistrate Judge
                Linnea R. Johnson on 10/19/00) (pa) [Entry date 10/23/00]

10/23/00 180    MOTION by Saber Abdelmuti for Theodore W. Weeks III to
                appear pro hac vice (kw) [Entry date 10/24/00]

10/23/00 --     Filing Fee Paid by Saber Abdelmuti FILING FEE $ 75.00
                RECEIPT # 713366 (kw) [Entry date 10/24/00]

10/23/00 181    ORDER as to Zuhair Mahumud Rabei denying [175-1] motion to
                modify Bond (Signed by Magistrate Ann E. Vitunac on
                10/23/00) CCAP [EOD Date: 10/24/00] CCAP△ (kw)
                [Entry date 10/24/00]

10/23/00 182    ORDER OF REFERENCE referring Motion(s) to Magistrate Ann
                E. Vitunac as to Mohammed Samhan : [138-1] motion for De
                Novo review of order setting detention pending trial as to
                Mohammed Samhan (14) ( Signed by Judge Daniel T. K. Hurley
                on 10/18/00) CCAP [EOD Date: 10/24/00] CCAP (kw)
                [Entry date 10/24/00]

10/24/00 183    PRETRIAL ORDER as to Zuhair Mahumud Rabei ( Signed by Ch.
                Magistrate Judge Linnea R. Johnson on ) CCAP [EOD Date:
                10/24/00] CCAP (kw) [Entry date 10/24/00]

10/24/00 184    ORDER as to Saber Abdelmuti granting [180-1] motion for
                Theodore W. Weeks III to appear pro hac vice as to Saber
                Abdelmuti (6) ( Signed by Magistrate Ann E. Vitunac on )
                CCAP [EOD Date: 10/24/00] CCAP△ (kw) [Entry date 10/24/00]

10/24/00 185    ORDER as to Raed Naser Aldin granting [174-1] motion for
                authorization to retain arabic interpreter as to Raed Naser
                Aldin (7) ( Signed by Judge Daniel T. K. Hurley on
                10/23/00) CCAP [EOD Date: 10/24/00] CCAP△ (kw)
                [Entry date 10/24/00]

Vol # 1 Cont.

```
Proceedings include all events.                                      AEV
0:00cr6211-ALL USA v. Narog, et al                         PRIOR   APPEAL
                                                                    INTERP
```

10/24/00 186    SEALED DOCUMENT (kw) [Entry date 10/25/00]

10/24/00 187    SEALED DOCUMENT (kw) [Entry date 10/25/00]

10/26/00 194    MOTION by Thomas Narog to extend time to file motions (kw)
                [Entry date 10/30/00]

10/27/00 188    RESPONSE by Rabah El Haddad in opposition to [83-1]
                Magistrate appeal (kw) [Entry date 10/27/00]

10/27/00 189    INFORMATION SHEET RE: BOND STATUS OF DEFENDANTS of by
                Mohammed Samhan (kw) [Entry date 10/27/00]

10/27/00 190    NOTICE of filing attached letter from Immigration Agent
                Richard Kalb and Save the Children for use at the DeNovo
                Bond hearing by Mohammed Samhan (kw) [Entry date 10/27/00]

10/27/00 191    NOTICE of Hearing as to Ahmad Almasri :  hearing on Motion
                to modify conditions of release set for 11/2/00 @10:00
                before Magistrate Ann E. Vitunac (kw) [Entry date 10/30/00]

10/27/00 192    NOTICE of APPEAL OF MAGISTRATE JUDGE'S DENIAL OF REQUESST
                FOR PRETRIAL DETENTION by Mohammed Samhan (kw)
                [Entry date 10/30/00]

10/27/00 193    Minutes of PTD hearing held on 10/27/00  before Magistrate
                Barry S. Seltzer as to Mohammed Samhan ; Tape #: 00-085/086
                1106-3913 (kw) [Entry date 10/30/00]

10/31/00 195    ORDER as to Ahmad Almasri  granting [126-1] motion for Mark
                E. NeJame to appear pro hac vice ( Signed by Judge Daniel
                T. K. Hurley on 10/30/00) CCAP [EOD Date: 11/1/00] CCAPΔ (kw)
                [Entry date 11/01/00]

10/31/00 196    ORDER as to Thomas Narog  granting [194-1] motion to extend
                time to file motions  set motion filing deadline for
                12/1/00 for Thomas Narog ( Signed by Magistrate Ann E.
                Vitunac on 10/30/00) CCAP [EOD Date: 11/1/00] CCAPΔ (kw)
                [Entry date 11/01/00]

11/1/00  197    APPEAL of Magistrate Decision to District Court by USA  as
                to Mohammed Samhan  re: [24-1] order (ch)
                [Entry date 11/03/00]

11/1/00  198    BRIEF by USA as to Mohammed Samhan  in support of [197-1]
                Magistrate appeal (ch) [Entry date 11/03/00]

11/2/00  199    Minutes of Unopposed Motion To Modify held on 11/02/00
                before Magistrate Ann E. Vitunac as to Ahmad Almasri; Deft
                present with co-counsel, defense presents arguments. Govt
                does not object. Deft promise not to abscond. Court grants
                motion for dft to be released from electronic monitoring
                and home detention. Tape #: AEV-00-81-155 (at)
                [Entry date 11/03/00]

Vol #1 Cont.

Proceedings include all events.                                        AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR  APPEAL
                                                                    INTERP

11/2/00  200    UNOPPOSED MOTION by Ahmad Almasri to Modify Conditions of
                Release (at) [Entry date 11/03/00]

11/2/00  201    ORDER ON DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITION
                OF RELEASE as to Ahmad Almasri granting [200-1] motion to
                Modify Conditions of Release as to Ahmad Almasri (3) (
                Signed by Magistrate Ann E. Vitunac on 11/02/00) CCAP [EOD
                Date: 11/3/00] CCAPΔ (at) [Entry date 11/03/00]

11/2/00  202    ORDER GRANTING MOTION TO RE-OPEN DETENTION HEARING:ORDER as
                to Mohammed Samhan granting [138-1] motion for De Novo
                review of order setting detention pending trial denying
                [167-1] supplement to (Signed by Judge Daniel T. K. Hurley
                on 11/1/00) CCAP [EOD Date: 11/3/00] CCAPΔ (pa)
                [Entry date 11/03/00]

11/6/00  204    TRANSCRIPT filed as to Mohammed Samhan of pretrial
                detention hearing held 10/27/00 before Judge Seltzer    Vol #8
                Volume #: 1  Pages: 1-50 (kw) [Entry date 11/08/00]

11/7/00  203    ORDER as to Thomas Narog, Ghandi Jaber, Ahmad Almasri,
                Nadia Almasri, Saber Abdelmuti, Nabil Aquil, Nizar Fneiche,
                Rabah El Haddad, Mohammed Samhan  set Jury trial for
                3/5/01 before Judge Daniel T. K. Hurley, and  set
                calendar call for 2/23/01 before Judge Daniel T. K.
                Hurley, and to Continue in Interest of Justice ( Signed
                by Judge Daniel T. K. Hurley on 11/4/00) CCAP [EOD Date:
                11/8/00] CCAPΔ (kw) [Entry date 11/08/00]

11/9/00  205     Arrest WARRANT Returned Executed as to Raed Naser Aldin on
                9/22/00 (kw) [Entry date 11/09/00]

11/13/00  206   PRETRIAL ORDER as to Raed Naser Aldin  ( Signed by Ch.
                Magistrate Judge Linnea R. Johnson ) CCAP [EOD Date:
                11/13/00]  CCAP (kw) [Entry date 11/13/00]

11/13/00  207   RESPONSE to Standing Discovery Order by USA  as to Raed
                Naser Aldin (kw) [Entry date 11/14/00]

11/15/00  208   NOTICE that all documents related to the bond appeal have
                been submitted of by Mohammed Samhan as to Mohammed Samhan
                (kw) [Entry date 11/16/00]

11/15/00  209   NOTICE of filing the attached transcript of the detention
                hearing on 10/27/00 before Judge Seltzer by Mohammed Samhan
                (kw) [Entry date 11/16/00]

11/20/00  210   PRETRIAL ORDER as to Nabil Aquil  ( Signed by Ch.
                Magistrate Judge Linnea R. Johnson on ) CCAP [EOD Date:
                11/20/00]  CCAP (kw) [Entry date 11/20/00]

Proceedings include all events.    *Vol # 1 Cont.*                    AEV
0:00cr6211-ALL USA v. Narog, et al                    PRIOR  APPEAL
                                                             INTERP

11/20/00 211    Minutes of status re: discovery held on 11/20/00 before
                Ch. Magistrate Judge Linnea R. Johnson as to Nabil Aquil ;
                Court Reporter Name or Tape #: LRJ-00-102-1238 (kw)
                [Entry date 11/20/00]

11/21/00 (212)  MOTION by Thomas Narog to extend time to file motions .(kw)
                [Entry date 11/21/00]

11/27/00 (213)  ORDER  granting [212-1] motion to extend time to file
                motions as to Thomas Narog (1) ( Signed by Magistrate Ann
                E. Vitunac on 11/26/00) CCAP [EOD Date: 11/27/00] CCAP△ (kw)
                [Entry date 11/27/00]
                                              *End of Vol # 1*

11/27/00 (214)  MOTION by Mohammed Samhan to dissolve stay (kw)
                [Entry date 11/28/00]                    *Begin Vol #2*

12/4/00 (215)   ORDER AFFIRMING MAGISTRATE JUDGE'S ORDER SETTING TERMS &
                CONDITIONS FOR PRETRIAL RELEASE as to Mohammed Samhan (
                Signed by Judge Daniel T. K. Hurley on 12/2/00) CCAP [EOD
                Date: 12/4/00] CCAP (kw) [Entry date 12/04/00]

12/6/00 (216)   Minutes of Posting of Bond held on 12/6/00 before
                Magistrate Judge Lurana S. Snow as to Mohammed Samhan ;
                Tape #: 00-062-720 (pa) [Entry date 12/07/00]

12/6/00 (217)   PERSONAL SURETY BOND entered by Mohammed Samhan in  Amount
                $ 400,000  Approved by Magistrate Judge Lurana S. Snow.
                Surrender passports/travel documents;  Report to PTS as
                follows: as directed  Random urine testing; Treatment as
                deemed necessary. Avoid victims/witnesses; No
                firearms/weapons; Do not dispose real/personal property
                Additional conditions: 24 hour house arrest. Reside at
                currect address, no illegal drugs or exces alcohol.
                Electronic monitoring at defendants expense. (pa)
                [Entry date 12/07/00]

12/7/00 (218)    CSB BOND entered by Mohammed Samhan in  Amount $
                100,000.00  conditions same as on PSB(Surety Information:
                A Alternative Bail Bonds , , Meike Moss)    Approved by
                Magistrate Judge Lurana S. Snow . (kw) [Entry date 12/08/00]

12/11/00 219    NOTICE of Hearing as to Zuhair Mahumud Rabei: set Nebbia
                Hearing for 9:30 12/13/00 before Magistrate Ann E. Vitunac
                (pa) [Entry date 12/12/00]

12/11/00 220    ORDER AFFIRMING MAGISTRATE JUDGE'S ORDER SETTING TERMS &
                CONDITIONS FOR PRETRIAL RELEASE: ORDER as to Rabah El
                Haddad affirming [93-1] order ( Signed by Judge Daniel T.
                K. Hurley on 12/7/00) CCAP [EOD Date: 12/12/00] CCAP△ (pa)
                [Entry date 12/12/00]

12/13/00 221    Minutes of nebbia hearing held on 12/13/00  before
                Magistrate Ann E. Vitunac as to Zuhair Mahumud Rabei ;
                Court Reporter Name or Tape #: AEV 00-93-773 (kw)

Vol # 2 Cont.

Proceedings include all events.                                            AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR    APPEAL
                                                                     INTERP

              [Entry date 12/13/00]

12/15/00 (222)    MOTION by Mohammed Samhan for Brady Material (kw)
                  [Entry date 12/18/00]

12/18/00 (223)    MOTION by Thomas Narog for Hearing on motion to reopen and
                  reconsider the pretrial detention (kw) [Entry date 12/19/00]

12/18/00 (224)    MOTION by Thomas Narog for reconsideration of [38-1]
                  order (kw) [Entry date 12/19/00]

12/21/00 (225)    ORDER as to Thomas Narog  granting [224-1] motion for
                  reconsideration of [38-1] order Motion hearing  before Ch.
                  Magistrate Judge Linnea R. Johnson set for 9:30 12/22/00
                  for Thomas Narog for [223-1] motion for Hearing on motion
                  to reopen and reconsider the pretrial detention (Signed by
                  Ch. Magistrate Judge Linnea R. Johnson on 12/20/00) CCAP
                  [EOD Date: 12/21/00] CCAPΔ (pa) [Entry date 12/21/00]

12/22/00 (226)    Minutes of bond hearing held on 12/22/00  before Ch.
                  Magistrate Judge Linnea R. Johnson as to Thomas Narog ;
                  Court Reporter Name or Tape #: LRJ-00-114-1420 (kw)
                  [Entry date 12/26/00]

12/22/00 (227)     PSB BOND entered by Thomas Narog  in  Amount $ 250,000.00
                  Approved by Ch. Magistrate Judge Linnea R. Johnson .
                  Report to PTS as follows: 1 week in person or as otherwi
                  Additional conditions: properties not to be encumbered
                  except for legal & investigative fees (no substitutions of
                  collateral) and defendant to submit to electronic
                  monitoring (kw) [Entry date 12/26/00]

12/22/00 (228)     CSB BOND entered by Thomas Narog  in  Amount $ 100,000.00
                  (Surety Information: International Fidelity Insuran ,  ,
                  Stephen Falwell)   Approved by Ch. Magistrate Judge Linnea
                  R. Johnson .  Report to PTS as follows: 1 time a week in
                  person or as  Additional conditions: properties not to be
                  encumbered except for legal investigative fees (no
                  substitution of collateral) submit to electronic monitoring
                  (kw) [Entry date 12/26/00]

12/26/00 (229)    MOTION with Memorandum in Support by Thomas Narog for
                  discovery, and for Brady Material (kw) [Entry date 12/27/00]

12/26/00 (230)    MOTION by Thomas Narog to extend time to file motions (kw)
                  [Entry date 12/27/00]

12/26/00 (231)    MOTION by Thomas Narog to suppress statements (kw)
                  [Entry date 12/27/00]

12/26/00 (232)    MOTION with Memorandum in Support by Thomas Narog for rule
                  104(c)Hearing regarding admissibility of any rule 404(b)
                  evidence (kw) [Entry date 12/27/00]

*Vol # 2 Cont.*

Proceedings include all events.                                          AEV
0:00cr6211-ALL USA v. Narog, et al                      PRIOR  APPEAL
                                                               INTERP

12/26/00  234    MOTION by Thomas Narog for Bill of Particulars, and for
                 discovery regarding electronic surveillance, and for
                 disclosure of all intercepted communication (kw)
                 [Entry date 12/27/00]

12/26/00  235    MOTION by Thomas Narog to Adopt Motion of Other Defendant
                 [222-1] motion for Brady Material (kw) [Entry date 12/27/00]

12/26/00  233    SUPPLEMENT by Thomas Narog to: [231-1] motion to suppress
                 statements (kw) [Entry date 12/27/00]
                 [Edit date 12/27/00]

12/27/00  236    NOTICE of filing attached motion to reconsider and reopen
                 order setting detention pending trial by Ghandi Jaber (kw)
                 [Entry date 12/27/00]

12/27/00  237    MOTION by Ghandi Jaber for reconsideration of [38-1]
                 order (kw) [Entry date 12/28/00]

12/29/00  239    Minutes of stipulated bond setting held on 12/29/00  before
                 Magistrate Barry S. Seltzer as to Ghandi Jaber ; Tape #:
                 00-102 822-1206 (kw) [Entry date 01/02/01]

12/29/00  240    10% PSB BOND entered by Ghandi Jaber  in  Amount $
                 100,000.00   Approved by Magistrate Barry S. Seltzer .
                 Surrender passports/travel documents;  Report to PTS as
                 directed by Pretrial Services  Random urine testing;
                 Full-time employment; Educational program;  Avoid
                 victims/witnesses;  No firearms/weapons;  Curfew from:  Do
                 not dispose real/personal property  Additional conditions:
                 no excessive alcohol or illegal drugs; travel extended to
                 Chicago for counsel (kw) [Entry date 01/02/01]

12/29/00  241    PSB BOND entered by Ghandi Jaber  in  Amount $ 250,000.00
                 Approved by Magistrate Barry S. Seltzer . conditions remain
                 the same as 10%. (kw) [Entry date 01/02/01]

1/2/01   238    NOTICE of adoption of defendant Narog's motions by Rabah El
                 Haddad (kw) [Entry date 01/02/01]

1/3/01   242    ORDER directing Government to review evidence and to comply
                 with the dictates of Brady and Kyles vs. Whitley as to
                 Mohammed Samhan ( Signed by Magistrate Ann E. Vitunac on
                 1/2/01) CCAP [EOD Date: 1/3/01] CCAPΔ (kw)
                 [Entry date 01/03/01]

1/17/01   243    MOTION by Mutasem Al-Salhi to dismiss indictment (kw)
                 [Entry date 01/19/01]

1/17/01   244    MOTION by Mohammed Samhan to enlarge Bond conditions (kw)
                 [Entry date 01/19/01]

1/18/01   245    MOTION by USA  as to Thomas Narog to extend time to file
                 responses to pretrial motions (kw) [Entry date 01/19/01]

Docket as of January 31, 2003 8:51 am                     Page 44

Proceedings include all events.  Vol #2 Cont.        AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR  APPEAL
                                                                   INTERP

1/19/01   247    NOTICE of filing co-signature bond page as to Ghandi Jaber
                 (kw) [Entry date 01/22/01] [Edit date 01/24/01]

1/22/01   246    ORDER as to Thomas Narog  granting [245-1] motion to extend
                 time to file responses to pretrial motions as to Thomas
                 Narog (1) ( Signed by Magistrate Ann E. Vitunac on 1/22/01)
                 CCAP [EOD Date: 1/22/01] CCAP△ (kw) [Entry date 01/22/01]

1/22/01   248    MOTION by Thomas Narog to extend time to file additional
                 motions (kw) [Entry date 01/23/01]

1/23/01   249    ORDER as to Thomas Narog, Ghandi Jaber, Ahmad Almasri,
                 Nadia Almasri, Saber Abdelmuti, Nabil Aquil, Nizar Fneiche,
                 Rabah El Haddad, Mohammed Samhan  set status conference
                 for 8:40 2/1/01  before Judge Daniel T. K. Hurley (
                 Signed by Judge Daniel T. K. Hurley on 1/22/01) CCAP [EOD
                 Date: 1/23/01] CCAP△ (kw) [Entry date 01/23/01]

1/23/01   250    ORDER as to Thomas Narog  granting [248-1] motion to extend
                 time to file additional motions as to Thomas Narog (1) (
                 Signed by Magistrate Ann E. Vitunac on 1/23/01) CCAP [EOD
                 Date: 1/23/01] CCAP△ (kw) [Entry date 01/23/01]

1/23/01   251    ORDER as to Mohammed Samhan  granting [244-1] motion to
                 enlarge Bond conditions ( Signed by Magistrate Barry S.
                 Seltzer on 1/22/01) CCAP [EOD Date: 1/25/01] CCAP△ (kw)
                 [Entry date 01/25/01]

1/24/01   252    MOTION by Ghandi Jaber to Travel (kw) [Entry date 01/25/01]

1/26/01   253    RESPONSE by USA  as to Thomas Narog re [234-1] motion for
                 Bill of Particulars (kw) [Entry date 01/29/01]

1/26/01   254    RESPONSE by USA  as to Thomas Narog re [232-1] motion for
                 rule 104(c)Hearing regarding admissibility of any rule
                 404(b) evidence (kw) [Entry date 01/29/01]

1/26/01   255    RESPONSE by USA  as to Thomas Narog re [231-1] motion to
                 suppress statements (kw) [Entry date 01/29/01]

1/26/01   256    RESPONSE by USA  as to Thomas Narog re [234-2] motion for
                 discovery regarding electronic surveillance (kw)
                 [Entry date 01/29/01]

1/28/01   259    ORDER as to Ghandi Jaber  granting [252-1] motion to Travel
                 ( Signed by Magistrate Barry S. Seltzer on 1/25/01) CCAP
                 [EOD Date: 1/30/01] CCAP△ (kw) [Entry date 01/30/01]

1/29/01   257    ORDER as to Thomas Narog  denying [232-1] motion for rule
                 104(c)Hearing regarding admissibility of any rule 404(b)
                 evidence as to Thomas Narog (1) ( Signed by Magistrate Ann
                 E. Vitunac on 1/29/01) CCAP [EOD Date: 1/30/01] CCAP△ (kw)
                 [Entry date 01/30/01]



Vol # 2 Cont.

Proceedings include all events.                                                    AEV
0:00cr6211-ALL USA v. Narog, et al                                    PRIOR  APPEAL
                                                                             INTERP

1/29/01  (258)   ORDER as to Thomas Narog  granting [235-1] motion to Adopt
                 Motion of Other Defendant [222-1] motion for Brady Material
                 as to Thomas Narog (1) ( Signed by Magistrate Ann E.
                 Vitunac on 1/29/01) CCAP [EOD Date: 1/30/01] CCAPΔ (kw)
                 [Entry date 01/30/01]

1/29/01  --      Motion joined by Thomas Narog : joinder in [222-1] motion
                 for Brady Material (kw) [Entry date 01/30/01]

1/30/01  (260)   ORDER as to Thomas Narog  denying [234-1] motion for Bill
                 of Particulars , denying [234-2] motion for discovery
                 regarding electronic surveillance , denying [234-3] motion
                 for disclosure of all intercepted communication , denying
                 [229-1] motion for discovery , denying [229-2] motion for
                 Brady Material ( Signed by Magistrate Ann E. Vitunac on
                 1/30/01) CCAP [EOD Date: 1/31/01] CCAPΔ (kw)
                 [Entry date 01/31/01]

1/30/01  (261)   MOTION by Thomas Narog to quash search warrants, and to
                 suppress evidence and statements (kw) [Entry date 02/01/01]

1/31/01  262     NOTICE OF CONFLICT AND MOTION by Rabah El Haddad to
                 continue jury trial (kw) [Entry date 02/01/01]

2/7/01   263     ORDER OF REFERRAL TO UNITED STATES MAGISTRATE JUDGE
                 referring evidentiary hearing to Magistrate Ann E. Vitunac
                 as to Mutasem Al-Salhi : ( Signed by Judge Daniel T. K.
                 Hurley on 2/6/01) CCAP [EOD Date: 2/8/01] CCAP (kw)
                 [Entry date 02/08/01]

2/8/01   264     ORDER as to Rabah El Haddad  denying [262-1] motion to
                 continue jury trial as to Rabah El Haddad (12) ( Signed by
                 Judge Daniel T. K. Hurley on 2/8/01) CCAP [EOD Date:
                 2/9/01] CCAPΔ (kw) [Entry date 02/09/01]

2/8/01   (265)   NOTICE of Hearing as to Thomas Narog : Motion hearing
                 before Magistrate Ann E. Vitunac set for 10:00 3/1/01 for
                 Thomas Narog for [261-2] motion to suppress evidence and
                 statements (kw) [Entry date 02/09/01]

2/13/01  (266)   MOTION by Mohammed Samhan for Leonard Fenn to withdraw as
                 attorney (kw) [Entry date 02/15/01]

2/14/01  267     RESPONSE by USA  as to Mutasem Al-Salhi re [243-1] motion
                 to dismiss indictment (kw) [Entry date 02/15/01]

2/16/01  268     NOTICE of Hearing as to Zuhair Mahumud Rabei :  set Nebbia
                 Hearing for 9:30 2/21/01 for Zuhair Mahumud Rabei  before
                 Magistrate Ann E. Vitunac (kw) [Entry date 02/20/01]

2/20/01  (269)   ORDER as to Mohammed Samhan  granting [266-1] motion for
                 Leonard Fenn to withdraw as attorney ( Signed by Magistrate
                 Ann E. Vitunac on 2/20/01) CCAP [EOD Date: 2/21/01] CCAPΔ

*Vol #2 Cont.*

Proceedings include all events.                                          AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR   APPEAL
                                                                    INTERP
              (kw) [Entry date 02/21/01]

2/21/01   270    Minutes of second nebbia hearing (to substitute property)
                 held on 2/21/01 before Magistrate Ann E. Vitunac as to
                 Zuhair Mahumud Rabei ; Tape #: AEV 01-7-3800 01-8-60  (kw)
                 [Entry date 02/22/01]

2/21/01   271    REPORT AND RECOMMENDATIONS  of Magistrate Ann E. Vitunac as
                 to Mutasem Al-Salhi recommending that [243-1] motion to
                 dismiss indictment as to Mutasem Al-Salhi (5) be granted.
                 Motion no longer referred.  Signed on: 2/21/01 Objections
                 to R and R due by 3/3/01 CCAP (kw) [Entry date 02/22/01]

2/22/01   272     CSB BOND entered by Zuhair Mahumud Rabei  in  Amount $
                 100,000.00 (Surety Information: Ranger Insurance , Almand
                 Asad , PO Box 2807 Houston, TX 77252)     Approved by
                 Magistrate Ann E. Vitunac .  Surrender passports/travel
                 documents;  Full-time employment;   Avoid victims/witnesses;
                   No firearms/weapons;  Additional conditions: do not move
                 without court permission and travel restricted to S/D of TX
                 and S/D of Fl. for court appearances and meet with counsel,
                 must reside at 10157 Westview Drive # 26 Houston, TX. 77043
                 (kw) [Entry date 02/22/01]

2/27/01   (273)  SUPERSEDING INDICTMENT as to  Thomas Narog (1) count(s)
                 1s, 2s, 3s-5s, 6s, 7s, 8s, 9s-14s, Ghandi Jaber (2)
                 count(s) 1s, 6s, 8s, 10s-11s, Ahmad Almasri (3) count(s)
                 1s, 10s, Nadia Almasri (4) count(s) 1s, 10s, Saber
                 Abdelmuti (6) count(s) 1s, 10s, Raed Naser Aldin (7)
                 count(s) 1s, 11s, Nabil Aquil (8) count(s) 1s, 11s, Nizar
                 Fneiche (9) count(s) 1s, 11s, Motlaq Jaber (10) count(s)
                 1s, 6s, 8s, 11s, Terek Zaki Abu-Lawi (11) count(s) 1s, 6s,
                 Rabah El Haddad (12) count(s) 1s, 2s, 11s, 12s, 14s, Zuhair
                 Mahumud Rabei (13) count(s) 1s, 10s, Mohammed Samhan (14)
                 count(s) 1s, 2s, 11s, 12s, 14s (Criminal Category 3) (kw)
                 [Entry date 03/01/01]

3/1/01    (274)  Minutes of motion to supress statements held on 3/1/01
                 before Magistrate Ann E. Vitunac as to Thomas Narog ;
                 Court Reporter Name or Tape #: AEV 01-15-1 and Kim Mesfun
                 (kw) [Entry date 03/02/01]

3/7/01    (275)  NOTICE of Hearing as to Thomas Narog, Ghandi Jaber, Ahmad
                 Almasri, Nadia Almasri, Saber Abdelmuti, Raed Naser Aldin,
                 Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Zuhair Mahumud
                 Rabei, Mohammed Samhan :  set Arraignment for 10:00
                 3/14/01 before Magistrate Ann E. Vitunac (kw)
                 [Entry date 03/07/01]

3/7/01    (276)  RESPONSE by USA  as to Thomas Narog re [261-1] motion to
                 quash search warrants (kw) [Entry date 03/08/01]


Docket as of January 31, 2003 8:51 am                    Page 47

Vol # 2 Cont.

Proceedings include all events.                                                    AEV
0:00cr6211-ALL USA v. Narog, et al                              PRIOR  APPEAL
                                                                        INTERP

3/13/01   277    ORDER adopting as to Mutasem Al-Salhi [271-1] report and
                 recommendations  granting [243-1] motion to dismiss
                 indictment as to Mutasem Al-Salhi (5) ( Signed by Judge
                 Daniel T. K. Hurley on 3/12/01) CCAP [EOD Date: 3/14/01]
                 CCAP (kw) [Entry date 03/14/01]

3/13/01   --     DISMISSAL of Count(s) on Court or Defendant Motion as to
                 Mutasem Al-Salhi    Terminated motions:  Counts Dismissed:
                 Mutasem Al-Salhi (5) count(s) 1, 2, 3 (kw)
                 [Entry date 03/14/01]

3/13/01   278     Bench WARRANT issued as to Ghandi Jaber .    Warrant
                 issued by Magistrate Ann E. Vitunac    Bail fixed at no bond
                 (kw) [Entry date 03/14/01]

3/14/01   279     Bench WARRANT issued as to Nizar Fneiche .    Warrant
                 issued by Magistrate Ann E. Vitunac    Bail fixed at no bond
                 (kw) [Entry date 03/14/01]

3/14/01   280     Arrest WARRANT issued as to Nabil Aquil .    Warrant
                 issued by Magistrate Ann E. Vitunac    Bail fixed at no bond
                 (kw) [Entry date 03/14/01]

3/14/01   281    ARRAIGNMENT INFORMATION SHEET for Rabah El Haddad (12)
                 count(s) 1s, 2s, 11s, 12s, 14s    NOT GUILTY PLEA ENTERED as
                 to all counts. Court accepts plea. (kw)
                 [Entry date 03/15/01]

3/14/01   282    ARRAIGNMENT INFORMATION SHEET for Mohammed Samhan (14)
                 count(s) 1s, 2s, 11s, 12s, 14s    NOT GUILTY PLEA ENTERED as
                 to all counts. Court accepts plea. (kw)
                 [Entry date 03/15/01]

3/14/01   283    ARRAIGNMENT INFORMATION SHEET for Saber Abdelmuti (6)
                 count(s) 1s, 10s    NOT GUILTY PLEA ENTERED as to all
                 counts. Court accepts plea. (kw) [Entry date 03/15/01]

3/14/01   284    ARRAIGNMENT INFORMATION SHEET for Raed Naser Aldin (7)
                 count(s) 1s, 11s    NOT GUILTY PLEA ENTERED as to all
                 counts. Court accepts plea. (kw) [Entry date 03/15/01]

3/14/01   285    ARRAIGNMENT INFORMATION SHEET for Thomas Narog (1) count(s)
                 1s, 2s, 3s-5s, 6s, 8s, 7s, 9s-14s    NOT GUILTY PLEA ENTERED
                 as to all counts. Court accepts plea. (kw)
                 [Entry date 03/15/01]

3/14/01   286    ARRAIGNMENT INFORMATION SHEET for Zuhair Mahumud Rabei (13)
                 count(s) 1s, 10s    NOT GUILTY PLEA ENTERED as to all
                 counts. Court accepts plea. (kw) [Entry date 03/15/01]

Proceedings include all events.              *Vol #2 Cont.*                    AEV
0:00cr6211-ALL USA v. Narog, et al                        PRIOR  APPEAL
                                                                 INTERP

3/14/01  287    ORDER enlarging conditions of bond to permit defendant to
                remove permanently his electronic monitoring device, and
                that defendant maintain an active cel phone for pretrial
                purposes as to Saber Abdelmuti ( Signed by Magistrate Ann
                E. Vitunac ) CCAP [EOD Date: 3/15/01] CCAPΔ (kw)
                [Entry date 03/15/01]

3/14/01  288    MOTION by Saber Abdelmuti to enlarge bond conditions Bond
                (kw) [Entry date 03/15/01]

3/14/01  289    REPORT AND RECOMMENDATIONS  of Magistrate Ann E. Vitunac as
                to Thomas Narog recommending that [231-1] motion to
                suppress statements as to Thomas Narog (1) be denied.
                Motion no longer referred.  Signed on: 3/15/01 Objections
                to R and R due by 3/24/01  CCAP (kw) [Entry date 03/15/01]

3/14/01  290    ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                as to Thomas Narog, Saber Abdelmuti, Raed Naser Aldin,
                Rabah El Haddad, Zuhair Mahumud Rabei, Mohammed Samhan
                Status conference set for 9:30 4/16/01  before Magistrate
                Ann E. Vitunac ( Signed by Magistrate Ann E. Vitunac on
                3/14/01) CCAP [EOD Date: 3/15/01] CCAP (kw)
                [Entry date 03/15/01]

3/14/01  291    STANDING DISCOVERY ORDER as to Thomas Narog, Saber
                Abdelmuti, Raed Naser Aldin, Rabah El Haddad, Zuhair
                Mahumud Rabei, Mohammed Samhan   all motions concerning
                matters not covered by this order must be filed within 28
                days of this order ( Signed by Magistrate Ann E. Vitunac on
                3/14/01) CCAP (kw) [Entry date 03/15/01]

3/15/01  292    MOTION by Rabah El Haddad to Modify Conditions of Release
                (kw) [Entry date 03/15/01]

3/15/01  293    Minutes of arraignment on superseding indictment held on
                3/14/01 before Magistrate Ann E. Vitunac as to Mohammed
                Samhan ; Tape #: AEV 01-16-3400 (kw) [Entry date 03/15/01]

3/15/01  294    Minutes of arraignment on superseding indictment held on
                3/14/01 before Magistrate Ann E. Vitunac as to Rabah El
                Haddad ; Tape #: AEV 01-17-724 (kw) [Entry date 03/15/01]

3/15/01  295    Minutes of arraignment on superseding indictment not held on
                3/14/01, defendant not present, warrant issued before
                Magistrate Ann E. Vitunac as to Nizar ; Tape #: AEV
                01-16-3368 (kw) [Entry date 03/15/01]
                [Edit date 03/15/01]

3/15/01 ·296    Minutes of arraignment on superseding indictment not held
                on 3/14/01 before Magistrate Ann E. Vitunac as to Nabil
                Aquil ; defendant not present; warrant issued Tape #: AEV
                01-16-330 (kw) [Entry date 03/15/01]

Vol #2 Cont.

Proceedings include all events.                                          AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR   APPEAL
                                                                     INTERP

3/15/01  297     Minutes of arraignment on superseding indictment not held
                 on 3/14/01 before Magistrate Ann E. Vitunac as to Ghandi
                 Jaber ;defendant not present; warrant issued; Tape #: AEV
                 01-16-3247 (kw) [Entry date 03/15/01]

3/15/01  298     Minutes of arraignment on superseding indictment held on
                 3/14/01 before Magistrate Ann E. Vitunac as to Thomas Narog
                 ; Tape #: AEV 01-16-3037 AEV 01-17-1 (kw)
                 [Entry date 03/15/01]

3/15/01  299     Minutes of arraignment on superseding indictment held on
                 3/14/01 before Magistrate Ann E. Vitunac as to Raed Naser
                 Aldin ; Tape #: AEV 01-16-2987 (kw) [Entry date 03/15/01]

3/15/01  300     Minutes of arraignment on superseding ind held on 3/14/01
                 before Magistrate Ann E. Vitunac as to Zuhair Mahumud Rabei
                 Tape #: AEV 01-16-2904 (kw) [Entry date 03/15/01]

3/15/01  301     Minutes of arraignment on superseding ind held on 3/14/01
                 before Magistrate Ann E. Vitunac as to Saber Abdelmuti ;
                 Tape #: AEV 01-16-2745 (kw) [Entry date 03/15/01]

3/15/01  302     Minutes of arraignment on superseding indictment held on
                 3/14/01 before Magistrate Ann E. Vitunac as to Nadia
                 Almasri ; Tape #: AEV 01-16-2327 (kw) [Entry date 03/15/01]

3/15/01  303     Minutes of arraignment on superseding indictment held on
                 3/14/01 held before Magistrate Ann E. Vitunac as to Ahmad
                 Almasri ; Tape #: AEV 01-16-2327 (kw) [Entry date 03/15/01]

3/15/01  304     ORDER as to Nadia Almasri for Appointment of Public
                 Defender ( Signed by Magistrate Ann E. Vitunac on 3/14/01)
                 CCAP [EOD Date: 3/15/01] CCAP△ (kw) [Entry date 03/15/01]

3/15/01  305     ORDER as to Rabah El Haddad  granting [292-1] motion to
                 Modify Conditions of Release as to Rabah El Haddad (12) (
                 Signed by Magistrate Ann E. Vitunac on 3/15/01) CCAP [EOD
                 Date: 3/15/01] CCAP△ (kw) [Entry date 03/15/01]

3/15/01  306     NOTICE of Unavailabilty by Thomas Narog  for dates of:
                 4/12/01-4/22/01 and 7/26/01-8/19/01 (kw)
                 [Entry date 03/16/01]

3/16/01  307     Minutes of arraignment on superseding held on 3/16/01
                 before Magistrate Ann E. Vitunac as to Nadia Almasri ; Tape
                 #: AEV 01-17-871 (kw) [Entry date 03/16/01]

3/16/01  308     Minutes of status re: counsel and arraignment on
                 superseding indictment held on 3/16/01 before Magistrate
                 Ann E. Vitunac as to Ahmad Almasri ; Tape #: AEV 01-17-958
                 (kw) [Entry date 03/16/01]

Vol #2 Cont.

Proceedings include all events.                                                    AEV
0:00cr6211-ALL USA v. Narog, et al                                    PRIOR   APPEAL
                                                                              INTERP

3/16/01   309    CJA 20 as to Ahmad Almasri : Appointment of Attorney Howard
                 Leslie Greitzer ( Signed by Magistrate Ann E. Vitunac  on
                 3/16/01) (kw) [Entry date 03/16/01]

3/16/01   310    ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                 as to Ahmad Almasri, Nadia Almasri  Status conference set
                 for 9:30 4/16/01 for Ahmad Almasri, for Nadia Almasri
                 before Magistrate Ann E. Vitunac ( Signed by Magistrate Ann
                 E. Vitunac on 3/16/01) CCAP [EOD Date: 3/16/01]  CCAP (kw)
                 [Entry date 03/16/01]

3/16/01   311    RESPONSE to Standing Discovery Order by USA  as to Ahmad
                 Almasri, Nadia Almasri (kw) [Entry date 03/16/01]

3/16/01   312    ARRAIGNMENT INFORMATION SHEET for Ahmad Almasri (3)
                 count(s) 1s, 10s   NOT GUILTY PLEA ENTERED as to all
                 counts. Court accepts plea. (kw) [Entry date 03/16/01]

3/16/01   313    ARRAIGNMENT INFORMATION SHEET for Nadia Almasri (4)
                 count(s) 1s, 10s   NOT GUILTY PLEA ENTERED as to all
                 counts. Court accepts plea. (kw) [Entry date 03/16/01]

3/16/01   314    MOTION by Zuhair Mahumud Rabei to permit change of address
 (kw) [Entry date 03/16/01]

3/16/01   315    NOTICE of adoption of motions filed by Thomas Narog by
                 Nizar Fneiche (kw) [Entry date 03/19/01]

3/16/01   --     Motion(s) joined by Nizar Fneiche : joinder in [222-1]
                 motion for Brady Material, joinder in [229-1] motion for
                 discovery, joinder in [229-2] motion for Brady Material (kw)
                 [Entry date 03/19/01]

3/16/01   316    MOTION by Nabil Aquil to continue arraignment, andto
                 quash warrant of March 14, 2001 (kw) [Entry date 03/19/01]

3/16/01   317    MOTION by Nizar Fneiche to continue arraignment, and to
                 quash warrant of March 14, 2001 (kw) [Entry date 03/19/01]

3/19/01   318    Minutes of report re: quashing warrant and arraignment on
                 superseding indictment held on 3/19/01 before Ch.
                 Magistrate Judge Linnea R. Johnson as to Nabil Aquil ;
                 Court Reporter Name or Tape #: LRJ-01-17-864 (kw)
                 [Entry date 03/20/01]

3/19/01   319    Minutes of report re: quashing warrant & arraignment on
                 superseding indictment held on 3/19/01 before Ch.
                 Magistrate Judge Linnea R. Johnson as to Nizar Fneiche ;
                 Court Reporter Name or Tape #: LRJ-01-17-864 (kw)
                 [Entry date 03/20/01]

Vol # 2 Cont

Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al                    PRIOR   APPEAL
                                                              INTERP

3/19/01  (320)  ORDER as to Thomas Narog, Ghandi Jaber, Ahmad Almasri,
                Nadia Almasri, Saber Abdelmuti, Raed Naser Aldin, Nabil
                Aquil, Nizar Fneiche, Motlaq Jaber, Terek Zaki Abu-Lawi,
                Rabah El Haddad, Zuhair Mahumud Rabei, Mohammed Samhan
                set Jury trial for 4/2/01    before Judge Daniel T. K.
                Hurley, and  set calendar call for 1:30 3/23/01  .
                before Judge Daniel T. K. Hurley, and to Continue in
                Interest of Justice ( Signed by Judge Daniel T. K. Hurley
                on 3/17/01) CCAP [EOD Date: 3/20/01] CCAPΔ (kw)
                [Entry date 03/20/01]

3/19/01  (322)  NOTICE  intent to use expert witness' memorandum of law of
                by Mohammed Samhan (pa) [Entry date 03/21/01]

3/19/01  (323)  Specially Requested  Voir Dire Questions to the prospective
                jurors, by Mohammed Samhan as to Mohammed Samhan (pa)
                [Entry date 03/21/01]

3/20/01  (321)  STANDING DISCOVERY ORDER as to Nabil Aquil, Nizar Fneiche
                all motions concerning matters not covered by this order
                must be filed within 28 days of this order ( Signed by Ch.
                Magistrate Judge Linnea R. Johnson on 3/19/01)  Tape #
                LRJ-01  CCAP (pa) [Entry date 03/21/01]

3/20/01  (324)  ARRAIGNMENT INFORMATION SHEET for Nizar Fneiche (9)
                count(s) 1s, 11s   NOT GUILTY PLEA ENTERED as to all
                counts. Court accepts plea. (pa) [Entry date 03/21/01]

3/20/01  325    ARRAIGNMENT INFORMATION SHEET for Nabil Aquil (8) count(s)
                1s, 11s   NOT GUILTY PLEA ENTERED as to all counts. Court
                accepts plea. (pa) [Entry date 03/21/01]

3/20/01  (326)  ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                as to Nabil Aquil, Nizar Fneiche   Status conference set
                for 9:30 4/16/01 before Magistrate Ann E. Vitunac ( Signed
                by Ch. Magistrate Judge Linnea R. Johnson on 3/19/01) CCAP
                [EOD Date: 3/21/01] (pa) [Entry date 03/21/01]

3/21/01  327    NOTICE of Assignment of Assistant Public Defender for Nadia
                Almasri . Terminated attorney Public Defender for Nadia
                Almasri, attorney Richard Douglas Docobo for Nadia Almasri,
                attorney Mark E. NeJame for Nadia Almasri AFPD Robert E.
                Adler assigned. (kw) [Entry date 03/22/01]

3/21/01  328    DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by
                Nadia Almasri (kw) [Entry date 03/22/01]

3/21/01  329    DEMAND FOR DISCLOSURE of Witness by Nadia Almasri (kw)
                [Entry date 03/22/01]

Vol #2 Cont.

Proceedings include all events.                                          AEV
0:00cr6211-ALL USA v. Narog, et al                        PRIOR  APPEAL
                                                                 INTERP

3/21/01  330    ORDER as to Nabil Aquil  mooting [316-1] motion to continue
                arraignment as to Nabil Aquil (8), granting [316-2] motion
                to quash warrant of March 14, 2001 as to Nabil Aquil (8) (
                Signed by Ch. Magistrate Judge Linnea R. Johnson on
                3/19/01) CCAP [EOD Date: 3/22/01] CCAPΔ (kw)
                [Entry date 03/22/01]

3/21/01  331    ORDER as to Nizar Fneiche  mooting [317-1] motion to
                continue arraignment as to Nizar Fneiche (9), granting
                [317-2] motion to quash warrant of March 14, 2001 as to
                Nizar Fneiche (9) ( Signed by Ch. Magistrate Judge Linnea
                R. Johnson on 3/19/01) CCAP [EOD Date: 3/22/01] CCAPΔ (kw)
                [Entry date 03/22/01]

3/21/01  332    OBJECTION by Thomas Narog  to [289-1] report and
                recommendations (kw) [Entry date 03/23/01]

3/21/01  350    Letter by attorney Mark NeJame in compliance with court
                order regarding fees: by Ahmad Almasri, Nadia Almasri with
                (kw) [Entry date 04/05/01]

3/23/01  333    UNOPPOSED MOTION by USA  as to Thomas Narog to continue
                suppression hearing (pa) [Entry date 03/26/01]

3/26/01  334    NOTICE of Unavailabilty by Ahmad Almasri  for dates of:
                4/9/01-4/13/01 (kw) [Entry date 03/27/01]

3/26/01  335    NOTICE of change of plea hearing scheduled for 3/28/01 @
                1:30 by Saber Abdelmuti (kw) [Entry date 03/27/01]

3/26/01  336    ORDER PERMITTING DEFENDANT RABEI TO CHANGE ADDRESS as to
                Zuhair Mahumud Rabei ( Signed by Magistrate Ann E. Vitunac
                on 3/26/01) CCAP [EOD Date: 3/27/01] CCAPΔ (kw)
                [Entry date 03/27/01]

3/26/01  337    ORDER RE: BOND ENLARGMENT; defendant will no longer be
                required to wear an electronic monitoring device or adhere
                to curfew as to Mohammed Samhan ( Signed by Magistrate Ann
                E. Vitunac on 3/26/01) CCAP [EOD Date: 3/27/01] CCAPΔ (kw)
                [Entry date 03/27/01]

3/28/01  338    NOTICE of Appearance for Nadia Almasri by Attorney Richard
                Docobo (kw) [Entry date 03/29/01]

3/28/01  339    ORDER adopting as to Thomas Narog [289-1] report and
                recommendations  denying [261-2] motion to suppress
                evidence and statements as to Thomas Narog (1) ( Signed by
                Judge Daniel T. K. Hurley on 3/28/01) CCAP [EOD Date:
                3/29/01] CCAP (kw) [Entry date 03/29/01]

3/28/01  340    Plea Agreement as to Saber Abdelmuti (kw)
                [Entry date 03/29/01]

Docket as of January 31, 2003 8:51 am                    Page 53

Vol # 2 Cont.

Proceedings include all events.                                          AEV
0:00cr6211-ALL USA v. Narog, et al                        PRIOR   APPEAL
                                                                  INTERP

3/28/01  --    PLEA entered by Saber Abdelmuti . Court accepts plea.
               GUILTY: Saber Abdelmuti (6) count(s) 1s (kw)
               [Entry date 03/29/01]

3/28/01  341   NOTICE of Hearing as to Saber Abdelmuti :  set Sentencing
               for 9:30 6/22/01 for Saber Abdelmuti   before Judge Daniel
               T. K. Hurley (kw) [Entry date 03/29/01]

3/28/01  343   Minutes of change of plea held on 3/28/01  before Judge
               Daniel T. K. Hurley as to Saber Abdelmuti ;  Court Reporter
               Name or Tape #: Pauline Stipes (kw) [Entry date 03/30/01]

3/29/01  342   ORDER as to Thomas Narog  granting [333-1] motion to
               continue suppression hearing as to Thomas Narog (1) (
               Signed by Magistrate Ann E. Vitunac on 3/28/01) CCAP [EOD
               Date: 3/29/01] CCAPΔ (kw) [Entry date 03/29/01]

3/29/01  344   ORDER GRANTING CONTINUANCE OF MOTION TO SUPPRESS HEARING as
               to Thomas Narog ( Signed by Magistrate Ann E. Vitunac on
               3/29/01) CCAP [EOD Date: 3/30/01] CCAPΔ (kw)
               [Entry date 03/30/01]

3/30/01  345   MOTION by Thomas Narog to continue motion to suppress
               hearing (kw) [Entry date 04/02/01]

4/2/01   346   NOTICE of Appearance for Ahmad Almasri by Attorney Francis
               Wesley Blankner Sr. (kw) [Entry date 04/03/01]

4/3/01   347   Minutes of Leon Hearing held on 4/3/01  before Magistrate
               Ann E. Vitunac as to Thomas Narog ;  Court Reporter Name or
               Tape #: AEV 01-23-1 and Paul Haferling (kw)
               [Entry date 04/03/01]

4/4/01   348   MOTION by Ahmad Almasri to substitute F. Wesley Blankner,
               Jr. as Attorney (kw) [Entry date 04/05/01]

4/5/01   349   ORDER directing all monies are to be returned to the
               Almasri's as to Ahmad Almasri, Nadia Almasri ( Signed by
               Magistrate Ann E. Vitunac on 4/5/01) CCAP [EOD Date:
               4/5/01] CCAPΔ (kw) [Entry date 04/05/01]

4/5/01   351   ORDER FOR SUBSTITUTION OF COUNSEL as to Ahmad Almasri
               granting [348-1] motion to substitute F. Wesley Blankner,
               Jr. as Attorney as to Ahmad Almasri (3) ( Signed by
               Magistrate Ann E. Vitunac on 4/5/01) CCAP [EOD Date:
               4/5/01] CCAPΔ (kw) [Entry date 04/05/01]

4/6/01   352   Plea Agreement as to Zuhair Mahumud Rabei (kw)
               [Entry date 04/09/01]

4/6/01   --    PLEA entered by Zuhair Mahumud Rabei . Court accepts plea.
               GUILTY: Zuhair Mahumud Rabei (13) count(s) 1s (kw)
               [Entry date 04/09/01]

Vol #2 Cont.

Proceedings include all events.                                            AEV
0:00cr6211-ALL USA v. Narog, et al                           PRIOR   APPEAL
                                                                     INTERP

4/6/01    353    Minutes of change of plea held on 4/6/01  before Judge
                 Daniel T. K. Hurley as to Zuhair Mahumud Rabei ;  Court
                 Reporter Name  Pauline Stipes (kw) [Entry date 04/09/01]

4/6/01    354    NOTICE of Hearing as to Zuhair Mahumud Rabei :  set
                 Sentencing for 9:30 7/13/01 for Zuhair Mahumud Rabei before
                 Judge Daniel T. K. Hurley (kw) [Entry date 04/09/01]

4/9/01    355    MOTION by Nadia Almasri for termination of appointment of
                 counsel (kw) [Entry date 04/10/01]

4/10/01   356    ORDER granting ore tenus motion to remove monitor as to
                 Thomas Narog ( Signed by Magistrate Ann E. Vitunac on
                 4/10/01) CCAP [EOD Date: 4/11/01] CCAP△ (kw)
                 [Entry date 04/11/01]

4/10/01   357    ORDER as to Nadia Almasri  granting [355-1] motion for
                 termination of appointment of counsel as to Nadia Almasri
                 (4) ( Signed by Magistrate Ann E. Vitunac on 4/10/01) CCAP
                 [EOD Date: 4/11/01] CCAP△ (kw) [Entry date 04/11/01]

4/10/01   358    MOTION by Thomas Narog to Adopt all Motions filed to
                 original indictment (kw) [Entry date 04/12/01]

4/11/01   359    REPORT AND RECOMMENDATIONS  of Magistrate Ann E. Vitunac as
                 to Thomas Narog recommending that be denied. Motion no
                 longer referred.  Signed on: 4/11/01 Objections to R and R
                 due by 4/23/01  CCAP (kw) [Entry date 04/12/01]

4/11/01   360    RESPONSE to Standing Discovery Order by USA  as to Ahmad
                 Almasri, Nadia Almasri (kw) [Entry date 04/12/01]

4/11/01   361    RESPONSE by Mark E. NeJame as to Thomas Narog  in
                 opposition to [349-1] order (kw) [Entry date 04/12/01]

4/16/01   362    MOTION to seal accompanying defense document (pa)
                 [Entry date 04/16/01]

4/16/01   363    ORDER as to Thomas Narog  granting [358-1] motion to Adopt
                 all Motions filed to original indictment as to Thomas Narog
                 (1) ( Signed by Magistrate Ann E. Vitunac on 4/16/01) CCAP
                 [EOD Date: 4/17/01] CCAP△ (kw) [Entry date 04/17/01]

4/16/01   364    Minutes of status/discovery conference held on 4/16/01
                 before Magistrate Ann E. Vitunac as to Rabah El Haddad ;
                 Court Reporter Name : AEV 01-24-1 (kw) [Entry date 04/17/01]

4/16/01   365    Minutes of status/discovery conference held on 4/16/01
                 before Magistrate Ann E. Vitunac as to Thomas Narog ;
                 Court Reporter Name or Tape #: AEV 01-24-1 (kw)
                 [Entry date 04/17/01]

Docket as of January 31, 2003 8:51 am                    Page 55

*Vol #2 Cont.*

Proceedings include all events.                                                          AEV
0:00cr6211-ALL USA v. Narog, et al                                    PRIOR    APPEAL
                                                                                INTERP

4/16/01  (366)   Minutes of status/discovery held on 4/16/01  before
                 Magistrate Ann E. Vitunac as to Raed Naser Aldin ;   Court
                 Reporter Name or Tape #: AEV 01-24-1 (kw)
                 [Entry date 04/17/01]

4/16/01  367     Minutes of status/discovery conference held on 4/16/01
                 before Magistrate Ann E. Vitunac as to Zuhair Mahumud Rabei
                 Court Reporter Name or Tape #: AEV 01-24-1 (kw)
                 [Entry date 04/17/01]

4/16/01  368     Minutes of status/discovery conference held on 4/16/01
                 before Magistrate Ann E. Vitunac as to Saber Abdelmuti ;
                 Court Reporter Name or Tape #: AEV 01-24-1 (kw)
                 [Entry date 04/17/01]

4/16/01  (369)   Minutes of status/discovery conference held on 4/16/01
                 before Magistrate Ann E. Vitunac as to Mohammed Samhan ;
                 Tape #: AEV 01-24-1 (kw) [Entry date 04/17/01]

4/16/01  (370)   Minutes of status/discovery conference held on 4/16/01
                 before Magistrate Ann E. Vitunac as to Nizar Fneiche ;
                 Court Reporter Name or Tape #: AEV 01-24-1 (kw) — *Sealed*
                 [Entry date 04/17/01]                                *Document*

4/16/01  371     Minutes of status/discovery conference held on 4/16/01
                 before Magistrate Ann E. Vitunac as to Nabil Aquil ;   Court
                 Reporter Name or Tape #: AEV 01-24-1 (kw)
                 [Entry date 04/17/01]

4/18/01  (373)   SUPPLEMENTAL RESPONSE to Standing Discovery Order by USA as
                 to Mohammed Samhan (kw) [Entry date 04/19/01]

4/19/01  (372)   SEALED DOCUMENT as to Raed Naser Aldin (kw)
                 [Entry date 04/19/01]

4/23/01  (374)   Exhibit and Witness List as to Thomas Narog (kw)
                 [Entry date 04/24/01]

4/23/01  (375)   OBJECTION by Thomas Narog  to [359-1] report and
                 recommendations (kw) [Entry date 04/24/01]

4/26/01  (376)   SUPPLEMENT by USA as to Mohammed Samhan  to: [373-1] order
                 response (kw) [Entry date 04/26/01]

5/4/01   (377)   MOTION by Raed Naser Aldin to suppress statements (kw)
                 [Entry date 05/08/01]

5/9/01   (378)   NOTICE of Hearing as to Raed Naser Aldin : Motion hearing
                 before Magistrate Ann E. Vitunac set for 10:00 5/24/01 for
                 Raed Naser Aldin for [377-1] motion to suppress statements
                 (kw) [Entry date 05/09/01]

*End of Vol #2*

*Begin Vol # 3*

Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR  APPEAL
                                                                   INTERP

5/14/01  379   ORDER adopting as to Thomas Narog [359-1] report and
               recommendations  denying [261-1] motion to quash search
               warrants as to Thomas Narog (1), ( Signed by Judge Daniel
               T. K. Hurley on 5/14/01) CCAP [EOD Date: 5/15/01] CCAP (kw)
               [Entry date 05/15/01]

5/21/01  380   RESPONSE by USA  as to Raed Naser Aldin re [377-1] motion
               to suppress statements (kw) [Entry date 05/22/01]

5/22/01  381   NOTICE of Hearing as to Raed Naser Aldin : Motion hearing
               before Magistrate Ann E. Vitunac set for 9:30 5/30/01 for
               Raed Naser Aldin for [377-1] motion to suppress statements
               (kw) [Entry date 05/23/01]

5/22/01  382   MOTION by USA  as to Raed Naser Aldin to continue
               suppression hearing (kw) [Entry date 05/23/01]

5/23/01  384   NOTICE of Hearing as to Raed Naser Aldin : Motion hearing
               before Magistrate Ann E. Vitunac set for 10:00 6/11/01 for
               Raed Naser Aldin for [377-1] motion to suppress statements
               (kw) [Entry date 05/24/01]

5/24/01  383   ORDER as to Raed Naser Aldin  granting [382-1] motion to
               continue suppression hearing as to Raed Naser Aldin (7) (
               Signed by Magistrate Ann E. Vitunac on 5/23/01) CCAP [EOD
               Date: 5/24/01] CCAP△ (kw) [Entry date 05/24/01]

5/29/01  385   TRIAL BRIEF by Mohammed Samhan (kw) [Entry date 05/30/01]

5/30/01  386   ORDER as to Thomas Narog, Ghandi Jaber, Ahmad Almasri,
               Nadia Almasri, Raed Naser Aldin, Nabil Aquil, Nizar
               Fneiche, Rabah El Haddad, Mohammed Samhan  set status
               conference for 8:45 6/5/01 before Judge Daniel T. K.
               Hurley ( Signed by Judge Daniel T. K. Hurley on 5/29/01)
               CCAP [EOD Date: 5/30/01] CCAP△ (kw) [Entry date 05/30/01]

5/30/01  387   MOTION by Thomas Narog to continue trial (kw)
               [Entry date 05/31/01]

5/30/01  388   ARREST WARRANT Returned Unexecuted as to Nizar Fneiche (ch)
               [Entry date 05/31/01]

5/31/01  389   SEALED DOCUMENT as to Raed Naser Aldin (kw)
               [Entry date 06/01/01]

5/31/01  390   SEALED DOCUMENT as to Raed Naser Aldin (kw)
               [Entry date 06/01/01]

5/31/01  391   PETITION by Thomas Narog  for Writ of Habeas Corpus ad
               testificandum for Khaled Al-Hababih to appear as a witness
               in a trial set for 6/11/01 @9:00 as to Thomas Narog (kw)
               [Entry date 06/01/01]

6/1/01   392   MOTION by Rabah El Haddad to Travel (kw)

Vol #3 Cont

Proceedings include all events.                                                      AEV
0:00cr6211-ALL USA v. Narog, et al                                      PRIOR   APPEAL
                                                                                INTERP

[Entry date 06/01/01]

6/4/01   393   WRIT of Habeas Corpus ad Testificandum issued for Khaled
               Al-Hababih for 6/11/01 in caseas to Thomas Narog granting
               [391-1] petition as to Thomas Narog (1)  ( Signed by Ch.
               Magistrate Judge Linnea R. Johnson on 6/4/01) CCAP [EOD
               Date: 6/4/01] (kw) [Entry date 06/04/01]

6/4/01   394   ORDER as to Rabah El Haddad  granting [392-1] motion to
               Travel as to Rabah El Haddad (12) to travel to Talos Hills,
               Illinois is GRANTED. (Signed by Magistrate Ann E. Vitunac
               on 06/04/01) CCAP [EOD Date: 6/4/01] CCAP△ (at)
               [Entry date 06/04/01]

6/6/01   395   ORDER TO SEAL: ORDER as to Raed Naser Aldin  granting
               [362-1] motion to seal accompanying defense document as to
               Raed Naser Aldin (7) until the end of trial. (Document in
               vault) (Signed by Judge Daniel T. K. Hurley on 6/4/01) CCAP
               [EOD Date: 6/6/01] (pa) [Entry date 06/06/01]
               [Edit date 06/06/01]

6/6/01   396   MOTION by Mohammed Samhan to sever (kw)
               [Entry date 06/07/01]

6/6/01   397   ORDER as to Thomas Narog, Ghandi Jaber, Ahmad Almasri,
               Nadia Almasri, Saber Abdelmuti, Raed Naser Aldin, Nabil
               Aquil, Nizar Fneiche, Motlaq Jaber, Terek Zaki Abu-Lawi,
               Rabah El Haddad, Zuhair Mahumud Rabei, Mohammed Samhan
               set Jury trial for 10/9/01 before Judge Daniel T. K.
               Hurley, and  set calendar call for 1:30 9/28/01 before
               Judge Daniel T. K. Hurley, and to Continue in Interest of
               Justice ( Signed by Judge Daniel T. K. Hurley on 6/6/01)
               CCAP [EOD Date: 6/7/01] CCAP△ (kw) [Entry date 06/07/01]

6/11/01  398   ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
               as to Mohammed Samhan    Status conference set for 11:30
               6/15/01 before Judge Daniel T. K. Hurley ( Signed by Judge
               Daniel T. K. Hurley on 6/11/01) CCAP [EOD Date: 6/11/01]
               CCAP (kw) [Entry date 06/11/01]

6/11/01  399   Minutes of motion to supress statements held on 6/11/01
               before Magistrate Ann E. Vitunac as to Raed Naser Aldin ;
               Tape #: AEV 01-51-94, 01-52-1 and Kimberly Mesfun (kw)
               [Entry date 06/11/01] [Edit date 06/11/01]

6/13/01  400   RESPONSE by USA  as to Mohammed Samhan re [396-1] motion to
               sever (kw) [Entry date 06/13/01]

6/14/01  401   REPORT AND RECOMMENDATIONS  of Magistrate Ann E. Vitunac as
               to Raed Naser Aldin recommending that [377-1] motion to
               suppress statements as to Raed Naser Aldin (7) be DENIED.
               Motion no longer referred.  Signed on: 6/14/01 Objections
               to R and R due by 6/25/01  CCAP (kw) [Entry date 06/14/01]

Vol # 3 Cont

Proceedings include all events.                                          AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR  APPEAL
                                                                   INTERP

6/18/01  402   NOTICE of Change of Address of Attorney by Raed Naser Aldin
               (kw) [Entry date 06/19/01]

6/18/01  403   MOTION by Raed Naser Aldin to sever (kw)
               [Entry date 06/19/01]

6/19/01  404   OBJECTION by Zuhair Mahumud Rabei  to Presentence
               Investigation Report (kw) [Entry date 06/19/01]

6/20/01  405   MOTION by Saber Abdelmuti to continue sentencing (kw)
               [Entry date 06/20/01]

6/20/01  406   ORDER as to Raed Naser Aldin  denying [403-1] motion to
               sever as to Raed Naser Aldin (7) ( Signed by Judge Daniel
               T. K. Hurley on 6/20/01) CCAP [EOD Date: 6/20/01] CCAP△ (kw)
               [Entry date 06/20/01]

6/20/01  407   ORDER DENYING MOTION TO SEVER as to Mohammed Samhan denying
               [396-1] motion to sever as to Mohammed Samhan (14) ( Signed
               by Judge Daniel T. K. Hurley on 6/20/01) CCAP [EOD Date:
               6/20/01] CCAP△ (kw) [Entry date 06/20/01]

6/21/01  408   OBJECTION by Raed Naser Aldin  to [401-1] report and
               recommendations (kw) [Entry date 06/21/01]

6/21/01  409   ORDER GRANTING MOTION TO CONTINUE AND RESETTING SENTENCING
               HEARING as to Saber Abdelmuti granting [405-1] motion to
               continue sentencing as to Saber Abdelmuti (6)  set
               Sentencing for 3:30 10/19/01 for Saber Abdelmuti  before
               Judge Daniel T. K. Hurley in West Palm Beach ( Signed by
               Judge Daniel T. K. Hurley on 6/21/01) CCAP [EOD Date:
               6/21/01] CCAP△ (kw) [Entry date 06/21/01]

7/5/01   410   ORDER ON MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
               adopting as to Raed Naser Aldin [401-1] report and
               recommendations  denying [377-1] motion to suppress
               statements as to Raed Naser Aldin (7) ( Signed by Judge
               Daniel T. K. Hurley on 7/5/01) [EOD Date: 7/5/01] CCAP (kw)
               [Entry date 07/05/01]

7/6/01   411   UNOPPOSED MOTION TO CONTINUE SENTENCING by Zuhair Mahumud
               Rabei to continue sentencing (kw) [Entry date 07/06/01]

7/10/01  412   ORDER CONTINUING SENTENCING as to Zuhair Mahumud Rabei
               granting [411-1] motion to continue sentencing as to Zuhair
               Mahumud Rabei (13)  set Sentencing for 9:30 12/7/01 for
               Zuhair Mahumud Rabei before Judge Daniel T. K. Hurley (
               Signed by Judge Daniel T. K. Hurley on 7/10/01) [EOD Date:
               7/11/01] CCAP△ (kw) [Entry date 07/11/01]

Vol #3 Cont.

Proceedings include all events.                                                AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR  APPEAL
                                                                   INTERP

8/13/01  (413)    ORDER SETTING STATUS CONFERENCE: ORDER as to Thomas Narog,
                  Ghandi Jaber, Ahmad Almasri, Nadia Almasri, Saber
                  Abdelmuti, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche,
                  Motlaq Jaber, Terek Zaki Abu-Lawi, Rabah El Haddad, Zuhair
                  Mahumud Rabei, Mohammed Samhan set status conference for
                  8:40 8/20/01 for before Judge Daniel T. K. Hurley (Signed
                  by Judge Daniel T. K. Hurley on 8/11/01) [EOD Date:
                  8/14/01] CCAPΔ (pa) [Entry date 08/14/01]

8/17/01  414      TRANSCRIPT filed as to Raed Naser Aldin  of motion to
                  suppress held 6/11/01  before Judge Vitunac  Volume #: 1     Vol #
                  Pages: 1-87 (kw) [Entry date 08/21/01]

9/4/01   (415)    MOTION by Thomas Narog to Travel (kw) [Entry date 09/05/01]

9/6/01   (416)    ORDER as to Thomas Narog  granting [415-1] motion to Travel
                  as to Thomas Narog (1) ( Signed by Ch. Magistrate Judge
                  Linnea R. Johnson on 9/6/01) [EOD Date: 9/7/01] CCAPΔ (kw)
                  [Entry date 09/07/01]

9/7/01   (417)    NOTICE of Hearing as to Thomas Narog, Ghandi Jaber, Ahmad
                  Almasri, Nadia Almasri, Raed Naser Aldin, Nabil Aquil,
                  Nizar Fneiche, Rabah El Haddad, Mohammed Samhan :  set
                  status conference for 11:00 9/13/01 before Magistrate Ann
                  E. Vitunac (kw) [Entry date 09/10/01]

9/13/01  418      Minutes of status conference held on 9/13/01  before
                  Magistrate Ann E. Vitunac as to Ghandi Jaber ;  Court
                  Reporter Name or Tape #: AEV 01-68-240 (kw)
                  [Entry date 09/14/01]

9/13/01  (419)    Minutes of status conference held on 9/13/01. before
                  Magistrate Ann E. Vitunac as to Nizar Fneiche ;  Court
                  Reporter Name or Tape #: AEV 01-68-240 (kw)
                  [Entry date 09/14/01]

9/13/01  420      Minutes of status conference held on 9/13/01  before
                  Magistrate Ann E. Vitunac as to Rabah El Haddad ;  Court
                  Reporter Name or Tape #: AEV 01-68-240 (kw)
                  [Entry date 09/14/01]

9/13/01  (421)    Minutes of status conference held on 9/13/01  before
                  Magistrate Ann E. Vitunac as to Mohammed Samhan ;  Court
                  Reporter Name or Tape #: AEV 01-68-240 (kw)
                  [Entry date 09/14/01]

9/13/01  (422)    Minutes of status conference held on 9/13/01  before
                  Magistrate Ann E. Vitunac as to Thomas Narog ;  Court
                  Reporter Name or Tape #: AEV 01-68-240 (kw)
                  [Entry date 09/14/01]

9/13/01  423      Minutes of status conference held on 9/13/01  before
                  Magistrate Ann E. Vitunac as to Ahmad Almasri ;   Court
                  Reporter Name or Tape #: AEV 01-68-240 (kw)

Vol #3 Cont.

Proceedings include all events.                                          AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR   APPEAL
                                                                     INTERP
                    [Entry date 09/14/01]

9/13/01   424    Minutes of status conference held on 9/13/01  before
                 Magistrate Ann E. Vitunac as to Nadia Almasri ;  Court
                 Reporter Name or Tape #: AEV 01-68-240 (kw)
                 [Entry date 09/14/01]

9/13/01   425    Minutes of status conference held on 9/13/01  before
                 Magistrate Ann E. Vitunac as to Raed Naser Aldin ;  Court
                 Reporter Name or Tape #: AEV 01-68-240 (kw)
                 [Entry date 09/14/01]

9/13/01   426    Minutes of status conference held on 9/13/01  before
                 Magistrate Ann E. Vitunac as to Nabil Aquil ;  Court
                 Reporter Name or Tape #: AEV 01-68-240 (kw)
                 [Entry date 09/14/01]

9/24/01   427    NOTICE of Reassignment of US Attorney. Terminated attorney
                 Laurence M. Bardfeld for USA Added Thomas Anthony O'Malley
                 (kw) [Entry date 09/25/01]

9/25/01   428    MOTION by Thomas Narog to continue trial due to
                 exceptional circumstances (kw) [Entry date 09/26/01]

9/26/01   429    MOTION by Rabah El Haddad to continue trial (kw)
                 [Entry date 09/26/01]

9/26/01   430    MOTION by Rabah El Haddad to Travel (kw)
                 [Entry date 09/26/01]

9/26/01   431    NOTICE of filing certificate of service of motion to remove
                 above case from calendar call by Nizar Fneiche (kw)
                 [Entry date 09/26/01]

9/26/01   432    MOTION by Nizar Fneiche to continue calendar call (kw)
                 [Entry date 09/26/01]

9/26/01   433    NOTICE of adoption of the motion to remove the instant
                 matter from the October Trial Call filed by Nizar Fneiche
                 by Nabil Aquil (kw) [Entry date 09/27/01]

9/27/01   434    ORDER as to Rabah El Haddad  denying [430-1] motion to
                 Travel as to Rabah El Haddad (12) ( Signed by Magistrate
                 Ann E. Vitunac on 9/27/01) [EOD Date: 9/27/01] CCAP∆ (kw)
                 [Entry date 09/27/01]

9/28/01   435    SEALED DOCUMENT (kw) [Entry date 09/28/01]

9/28/01   436    SEALED DOCUMENT (kw) [Entry date 09/28/01]

Vol # 3 Cont.

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al                        PRIOR  APPEAL
                                                                 INTERP
```

9/28/01  (437)   ORDER SETTING TELEPHONE CONFERENCE ON MOTIONS TO CONTINUE
                 as to Thomas Narog, Ghandi Jaber, Ahmad Almasri, Nadia
                 Almasri, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche,
                 Motlaq Jaber, Terek Zaki Abu-Lawi, Rabah El Haddad,
                 Mohammed Samhan Motion hearing  before Judge Daniel T. K.
                 Hurley set for 8:45 10/2/01 for Thomas Narog, for Ghandi
                 Jaber, for Ahmad Almasri, for Nadia Almasri, for Raed Naser
                 Aldin, for Nabil Aquil, for Nizar Fneiche, for Motlaq
                 Jaber, for Terek Zaki Abu-Lawi, for Rabah El Haddad, for
                 Mohammed Samhan for [432-1] motion to continue calendar
                 call, set for 8:45 10/2/01 for Thomas Narog, for Ghandi
                 Jaber, for Ahmad Almasri, for Nadia Almasri, for Raed Naser
                 Aldin, for Nabil Aquil, for Nizar Fneiche, for Motlaq
                 Jaber, for Terek Zaki Abu-Lawi, for Rabah El Haddad, for
                 Mohammed Samhan for [429-1] motion to continue trial, set
                 for 8:45 10/2/01 for Thomas Narog, for Ghandi Jaber, for
                 Ahmad Almasri, for Nadia Almasri, for Raed Naser Aldin, for
                 Nabil Aquil, for Nizar Fneiche, for Motlaq Jaber, for Terek
                 Zaki Abu-Lawi, for Rabah El Haddad, for Mohammed Samhan for
                 [428-1] motion to continue trial due to exceptional
                 circumstances ( Signed by Magistrate Ann E. Vitunac on
                 9/28/01) [EOD Date: 9/28/01] CCAPΔ (kw)
                 [Entry date 09/28/01]

9/28/01  (438)   MOTION by Mohammed Samhan to dismiss speedy trial
                 violations (kw) [Entry date 10/01/01]

9/28/01  (439)   Proposed Voir Dire Questions by Mohammed Samhan (kw)
                 [Entry date 10/01/01]

9/28/01  (440)   Proposed Jury Instructions by Mohammed Samhan (kw)
                 [Entry date 10/01/01]

10/2/01   441    MOTION by Ahmad Almasri, Nadia Almasri to Adopt each and
                 every motion for continuance of the 10/9/01 trial date
                 Motion of Other Defendant (kw) [Entry date 10/02/01]
```

Vol #3 Cont.

Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al                    PRIOR   APPEAL
                                                               INTERP

10/3/01  (442)    ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE TRIAL &
                  RESETTING TRIAL DATE as to Thomas Narog, Ghandi Jaber,
                  Ahmad Almasri, Nadia Almasri, Saber Abdelmuti, Raed Naser
                  Aldin, Nabil Aquil, Nizar Fneiche, Motlaq Jaber, Terek Zaki
                  Abu-Lawi, Rabah El Haddad, Zuhair Mahumud Rabei, Mohammed
                  Samhan  terminating [441-1] motion to Adopt each and every
                  motion for continuance of the 10/9/01 trial date Motion of
                  Other Defendant as to Ahmad Almasri (1), Nadia Almasri (1),
                  granting [432-1] motion to continue calendar call as to
                  Nizar Fneiche (9), granting [429-1] motion to continue
                  trial as to Rabah El Haddad (12), granting [428-1] motion
                  to continue trial due to exceptional circumstances as to
                  Thomas Narog (1)  set calendar call for 1:30 1/25/02 for
                  Thomas Narog, for Ghandi Jaber, for Ahmad Almasri, for
                  Nadia Almasri, for Saber Abdelmuti, for Raed Naser Aldin,
                  for Nabil Aquil, for Nizar Fneiche, for Motlaq Jaber, for
                  Terek Zaki Abu-Lawi, for Rabah El Haddad, for Zuhair
                  Mahumud Rabei, for Mohammed Samhan  before Judge Daniel T.
                  K. Hurley, and  set Jury trial for 2/4/02 for Thomas
                  Narog, for Ghandi Jaber, for Ahmad Almasri, for Nadia
                  Almasri, for Saber Abdelmuti, for Raed Naser Aldin, for
                  Nabil Aquil, for Nizar Fneiche, for Motlaq Jaber, for Terek
                  Zaki Abu-Lawi, for Rabah El Haddad, for Zuhair Mahumud
                  Rabei, for Mohammed Samhan  before Judge Daniel T. K.
                  Hurley ( Signed by Judge Daniel T. K. Hurley on 10/2/01)
                  [EOD Date: 10/3/01] CCAP∆ (kw) [Entry date 10/03/01]

10/4/01  (443)    SEALED DOCUMENT as to Raed Naser Aldin (kw)
                  [Entry date 10/04/01]

10/4/01  (444)    SEALED DOCUMENT as to Raed Naser Aldin (kw)
                  [Entry date 10/04/01]

10/4/01   445     ORDER DIRECTING THE CLERK TO TRANSFER DEFENDANT'S CASE TO
                  THE SUSPENDED/FUGITIVE FILE as to Terek Zaki Abu-Lawi (
                  Signed by Judge Daniel T. K. Hurley on 10/3/01 ) [EOD Date:
                  10/4/01] CCAP∆ (kw) [Entry date 10/04/01]

10/5/01   446     ORDER DIRECTING THE CLERK TO TRANSFER DEFENDANT'S CASE TO
                  THE SUSPENDED/FUGITIVE FILE as to Ghandi Jaber ( Signed by
                  Judge Daniel T. K. Hurley on 10/4/01) [EOD Date: 10/9/01]
                  CCAP∆ (kw) [Entry date 10/09/01]

10/9/01   447     MOTION by Saber Abdelmuti to continue of sentencing (kw)
                  [Entry date 10/10/01]

10/10/01 (448)    MOTION by Thomas Narog to Travel (kw) [Entry date 10/11/01]

10/15/01  449     ORDER ON UNOPPOSED CONTINUANCE OF SENTENCING as to Saber
                  Abdelmuti granting [447-1] motion to continue of sentencing
                  as to Saber Abdelmuti (6)  set Sentencing for 1:30
                  12/21/01 for Saber Abdelmuti before Judge Daniel T. K.
                  Hurley ( Signed by Judge Daniel T. K. Hurley on 10/15/01)
                  [EOD Date: 10/15/01] CCAP∆ (kw) [Entry date 10/15/01]

Proceedings include all events.                    Vol #3 Cont.                    AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR    APPEAL
                                                                     INTERP

10/17/01 450    ORDER OF REFERENCE referring Motion(s) to Magistrate Ann
                E. Vitunac as to Mohammed Samhan : [438-1] motion to
                dismiss speedy trial violations as to Mohammed Samhan (14)
                ( Signed by Judge Daniel T. K. Hurley on 10/17/01) [EOD
                Date: 10/17/01]  CCAP (kw) [Entry date 10/17/01]

10/18/01 451    ORDER as to Thomas Narog  granting [448-1] motion to Travel
                as to Thomas Narog (1) ( Signed by Judge Daniel T. K.
                Hurley on 10/17/01) [EOD Date: 10/19/01] CCAP△ (pa)
                [Entry date 10/19/01]

10/22/01 452    NOTICE of Unavailability by Thomas Narog  as to Thomas
                Narog  for dates of: 3/29/01-4/8/01 (kw)
                [Entry date 10/23/01]

10/22/01 453    SEALED DOCUMENT placed in vault (pa) [Entry date 10/23/01]

10/23/01 454    SEALED DOCUMENT (pa) [Entry date 10/23/01]

10/23/01 455    Rule 40 Documents as to Rabah El Haddad received from
                Northern District of California (kw) [Entry date 10/24/01]

10/31/01 456    ORDER DENYING WITHOUT PREJUDICE RENEWED EXPARTE MOTION FOR
                SUPPLEMENTAL AUTHORIZATION: ORDER as to Raed Naser Aldin
                denyintg without prejudice motion for supplemental
                authorization to utilize Criminal Juste Act (CJA) funds for
                private investigator (Signed by Daniel T.K. Hurley on
                10/28/01) [EOD Date: 10/31/01] CCAP△ (pa)
                [Entry date 10/31/01]

11/6/01  457    MOTION by Thomas Narog to Travel (kw) [Entry date 11/07/01]

11/15/01 458    ORDER as to Thomas Narog  granting [457-1] motion to Travel
                as to Thomas Narog (1) ( Signed by Ch. Magistrate Judge
                Linnea R. Johnson on 11/9/01) [EOD Date: 11/15/01] CCAP△ (kw)
                [Entry date 11/15/01]

12/6/01  459    ORDER SETTING STATUS CONFERENCE as to Thomas Narog, Ghandi
                Jaber, Ahmad Almasri, Nadia Almasri, Raed Naser Aldin,
                Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Zuhair Mahumud
                Rabei, Mohammed Samhan  set status conference for 8:40
                1/15/02 for Thomas Narog, for Ghandi Jaber, for Ahmad
                Almasri, for Nadia Almasri, for Raed Naser Aldin, for Nabil
                Aquil, for Nizar Fneiche, for Rabah El Haddad, for Zuhair
                Mahumud Rabei, for Mohammed Samhan before Judge Daniel T.
                K. Hurley ( Signed by Judge Daniel T. K. Hurley on
                12/5/01) [EOD Date: 12/6/01] CCAP△ (kw)
                [Entry date 12/06/01]

12/6/01  460    MOTION by Zuhair Mahumud Rabei to continue sentencing (kw)
                [Entry date 12/06/01]

Vol #3 Cont.

Proceedings include all events.                                          AEV
0:00cr6211-ALL USA v. Narog, et al                      PRIOR   APPEAL
                                                                INTERP

12/7/01   461       ARREST WARRANT Returned Executed as to Nabil Aquil on
                    3/19/01 (kw) [Entry date 12/10/01]

12/11/01  462       ORDER as to Zuhair Mahumud Rabei  granting [460-1] motion
                    to continue sentencing as to Zuhair Mahumud Rabei (13)
                    reset Sentencing for 1:30 3/15/02 for Zuhair Mahumud Rabei
                    before Judge Daniel T. K. Hurley ( Signed by Judge Daniel
                    T. K. Hurley on 12/6/01) [EOD Date: 12/12/01] CCAP△ (kw)
                    [Entry date 12/12/01]

12/18/01  463       MOTION by Saber Abdelmuti to continue sentencing (kw)
                    [Entry date 12/19/01]

12/20/01  464       ORDER ON UNOPPOSED CONTINUANCE OF SENTENCING as to Saber
                    Abdelmuti  set Sentencing for 2:30 3/15/02 for Saber
                    Abdelmuti    before Judge Daniel T. K. Hurley ( Signed by
                    Judge Daniel T. K. Hurley on 12/20/01) [EOD Date: 12/21/01]
                    CCAP△ (kw) [Entry date 12/21/01]

12/26/01  465       RESPONSE by USA  as to Mohammed Samhan re [438-1] motion to
                    dismiss speedy trial violations (kw) [Entry date 12/27/01]

12/31/01  466       RESPONSE by USA  as to Mohammed Samhan re [438-1] motion to
                    dismiss speedy trial violations (kw) [Entry date 12/31/01]

1/7/02    467       REPORT AND RECOMMENDATIONS  of Magistrate Ann E. Vitunac as
                    to Mohammed Samhan recommending that [438-1] motion to
                    dismiss speedy trial violations as to Mohammed Samhan (14)
                    be DENIED. Motion no longer referred.  Signed on: 1/7/02
                    Objections to R and R due by 1/17/02  CCAP (kw)
                    [Entry date 01/09/02]

1/10/02   468       REPLY by Mohammed Samhan  to response to [438-1] motion to
                    dismiss speedy trial violations (kw) [Entry date 01/11/02]

1/10/02   468       MOTION by Mohammed Samhan to strike [466-1] motion
                    response (kw) [Entry date 01/11/02]

1/11/02   469       OBJECTION by Mohammed Samhan  to report and recommendation
                    (kw) [Entry date 01/15/02]

1/14/02   470       RESPONSE by USA as to Mohammed Samhan  in opposition to
                    [469-1] objection (kw) [Entry date 01/16/02]

1/16/02   471       MOTION by Zuhair Mahumud Rabei to Travel (kw)
                    [Entry date 01/18/02]

1/17/02   472       NOTICE of Unavailability by Mohammed Samhan  for dates of:
                    February 11, 2002 (kw) [Entry date 01/18/02]

1/18/02   473       ORDER as to Zuhair Mahumud Rabei  granting [471-1] motion
                    to Travel as to Zuhair Mahumud Rabei (13) ( Signed by Judge
                    Daniel T. K. Hurley on 1/18/02) [EOD Date: 1/22/02] CCAP△
                    (kw) [Entry date 01/22/02]

Vol # 3 Cont.

Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al              PRIOR   APPEAL
                                                        INTERP

1/18/02  (474)  ORDER adopting as to Mohammed Samhan [467-1] report and
                recommendations  denying [438-1] motion to dismiss speedy
                trial violations as to Mohammed Samhan (14) ( Signed by
                Judge Daniel T. K. Hurley on 1/18/02) [EOD Date: 1/22/02]
                CCAP (kw) [Entry date 01/22/02]

1/22/02  (475)  FINAL CASE MANAGEMENT ORDER as to Thomas Narog, Ghandi
                Jaber, Ahmad Almasri, Nadia Almasri, Saber Abdelmuti, Raed
                Naser Aldin, Nabil Aquil, Nizar Fneiche, Motlaq Jaber,
                Terek Zaki Abu-Lawi, Rabah El Haddad, Zuhair Mahumud Rabei,
                Mohammed Samhan  set Jury trial for 2/4/02 before Judge
                Daniel T. K. Hurley ( Signed by Judge Daniel T. K. Hurley
                on 1/21/02) [EOD Date: 1/22/02] CCAP△ (kw)
                [Entry date 01/22/02]

1/23/02  476   NOTICE of Hearing as to Nadia Almasri :  set Change of
                Plea Hearing for 2:30 2/1/02 for Nadia Almasri  before
                Judge Daniel T. K. Hurley (kw) [Entry date 01/25/02]

1/24/02  (477)  PETITION by Thomas Narog  for Writ of Habeas Corpus ad
                testificandum of William Vissaggi  as to Thomas Narog (kw)
                [Entry date 01/28/02] [Edit date 01/28/02]

1/24/02  (478)  PETITION by Thomas Narog  for Writ of Habeas Corpus ad
                testificandum of John Raftopoulos  as to Thomas Narog (kw)
                [Entry date 01/28/02]

1/24/02  (479)  PETITION by Thomas Narog  for Writ of Habeas Corpus ad
                testificandum of Mark Maher  as to Thomas Narog (kw)
                [Entry date 01/28/02]

1/24/02  (480)  PETITION by Thomas Narog  for Writ of Habeas Corpus ad
                testificandum of Peter Elias (kw) [Entry date 01/28/02]

1/25/02  481   NOTICE of Unavailability by Rabah El Haddad  for dates of:
                2/4/02 (kw) [Entry date 01/28/02]

1/25/02  (482)  ORDER as to Thomas Narog  denying [480-1] petition, denying
                [479-1] petition, denying [478-1] petition, denying [477-1]
                petition ( Signed by Magistrate Ann E. Vitunac on 1/25/02)
                [EOD Date: 1/29/02] CCAP△ (kw) [Entry date 01/29/02]

1/28/02  (483)  MOTION by Thomas Narog to Adopt El Haddad's Voir Dire
                Questions (kw) [Entry date 01/30/02]

1/29/02  484   Proposed Voir Dire Questions by Rabah El Haddad (kw)
                [Entry date 01/31/02]

1/30/02  (485)  MOTION by Raed Naser Aldin  for additional peremptory
                challenges (kw) [Entry date 02/01/02]

1/30/02  (486)  MOTION by Thomas Narog to receive additional peremptory
                challenges (kw) [Entry date 02/01/02]

Proceedings include all events.                               AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR APPEAL
                                                                  INTERP

1/30/02   487     MOTION by Rabah El Haddad to receive additional peremptory
                  challenge (kw) [Entry date 02/01/02]

1/30/02   488     MOTION by Rabah El Haddad to bring electronic equipment
                  into the courtroom (kw) [Entry date 02/01/02]

1/31/02   490     MOTION by USA  as to Thomas Narog, Ghandi Jaber, Ahmad
                  Almasri, Nadia Almasri, Saber Abdelmuti, Raed Naser Aldin,
                  Nabil Aquil, Nizar Fneiche, Motlaq Jaber, Terek Zaki
                  Abu-Lawi, Rabah El Haddad, Zuhair Mahumud Rabei, Mohammed
                  Samhan to bring electronic equipment into the courtroom (kw)
                  [Entry date 02/01/02]

1/31/02   491     NOTICE of plea of defendant by Ahmad Almasri (kw)
                  [Entry date 02/01/02] [Edit date 02/05/02]

2/1/02    489     INFORMATION as to  Nadia Almasri (4) count(s) 1ss (Criminal
                  Category 1) (kw) [Entry date 02/01/02]

2/1/02    493     RESPONSE by Mohammed Samhan to [492-1] motion in limine to
                  exclude testimony of cultural expert witness (kw)
                  [Entry date 02/05/02]

2/1/02    495     WAIVER OF INDICTMENT by Nadia Almasri (kw)
                  [Entry date 02/06/02]

2/1/02    496     Minutes of change of plea held on 2/1/02  before Judge
                  Daniel T. K. Hurley as to Ahmad Almasri, Nadia Almasri ;
                  Court Reporter Name : Pauline Stipes (kw)
                  [Entry date 02/06/02]

2/1/02    497     Plea Agreement as to Ahmad Almasri (kw)
                  [Entry date 02/06/02]

2/1/02    499     Plea Agreement as to Nadia Almasri (kw)
                  [Entry date 02/06/02]

2/1/02    --      PLEA entered by Nadia Almasri . Court accepts plea.
                  GUILTY: Nadia Almasri (4) count(s) 1ss (kw)
                  [Entry date 02/06/02]

2/1/02    500     NOTICE of Hearing as to Nadia Almasri :  set Sentencing
                  for 3:30 4/19/02 for Nadia Almasri  before Judge Daniel T.
                  K. Hurley (kw) [Entry date 02/06/02]

2/1/02    501     NOTICE of Hearing as to Ahmad Almasri :  set Sentencing
                  for 2:30 4/19/02 for Ahmad Almasri  before Judge Daniel T.
                  K. Hurley (kw) [Entry date 02/06/02]

2/1/02    --      Change of Plea Hearing as to Ahmad Almasri  held  before
                  Judge Daniel T. K. Hurley (kw) [Entry date 03/06/02]

*Vol #3 Cont.*

Proceedings include all events.                                          AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR   APPEAL
                                                                    INTERP

2/1/02    --      PLEA entered by Ahmad Almasri . Court accepts plea.
                  GUILTY: Ahmad Almasri (3) count(s) 1s (kw)
                  [Entry date 03/06/02]

2/1/02    --      PLEA entered by Nadia Almasri . Court accepts plea.
                  GUILTY: Nadia Almasri (4) count(s) 1rss (kw)
                  [Entry date 03/13/02]

2/4/02   (492)    MOTION by USA  as to Mohammed Samhan in limine to exclude
                  testimony of cultural expert witness (kw)
                  [Entry date 02/05/02]

2/4/02   (498)    Minutes of jury trial held on 2/4/02 before Judge Daniel T.
                  K. Hurley as to Thomas Narog, Raed Naser Aldin, Nabil Nizar
                  Fneiche, Rabah El Haddad, Mohammed Samhan ; Court Reporter
                  Name: Pauline Stipes (kw) [Entry date 02/06/02]

2/4/02    --      Voir dire begun as to Thomas Narog (1) count(s) 1s, 2s,
                  3s-5s, 6s, 7s, 8s, 9s-14s, Raed Naser Aldin (7) count(s)
                  1s, 11s, Nabil Aquil (8) count(s) 1s, 11s, Nizar Fneiche
                  (9) count(s) 1s, 11s, Rabah El Haddad (12) count(s) 1s, 2s,
                  11s, 12s, 14s, Mohammed Samhan (14) count(s) 1s, 2s, 11s,
                  12s, 14s (kw) [Entry date 02/06/02]

2/5/02   (494)    NOTICE of Change of Address of Attorney by Raed Naser Aldin
                  (kw) [Entry date 02/06/02]

2/5/02    502     ORDER as to Rabah El Haddad  granting [488-1] motion to
                  bring electronic equipment into the courtroom as to Rabah
                  El Haddad (12) ( Signed by Judge Daniel T. K. Hurley on
                  2/4/02) (EOD Date: 2/8/02) CCAP△ (kw) [Entry date 02/08/02]

2/5/02   (504)    WAIVER AND ORDER OF RIGHT TO ATTEND SIDE-BAR CONFERENCES as
                  to Raed Naser Aldin ( Signed by Judge Daniel T. K. Hurley
                  on 2/4/02) [EOD Date: 2/11/02] CCAP△ (kw)
                  [Entry date 02/11/02]

2/5/02   (505)    WAIVER AND ORDER OF RIGHT TO ATTEND SIDE-BAR CONFERENCES as
                  to Nizar Fneiche ( Signed by Judge Daniel T. K. Hurley on
                  2/4/02) [EOD Date: 2/11/02] CCAP△ (kw) [Entry date 02/11/02]

2/5/02   (506)    WAIVER AND ORDER OF RIGHT TO ATTEND SIDE-BAR CONFERENCES as
                  to Mohammed Samhan ( Signed by Judge Daniel T. K. Hurley on
                  2/4/02) [EOD Date: 2/11/02] CCAP△ (kw) [Entry date 02/11/02]

2/5/02    507     WAIVER AND ORDER OF RIGHT TO ATTEND SIDE-BAR CONFERENCES as
                  to Nabil Aquil ( Signed by Judge Daniel T. K. Hurley on
                  2/4/02) [EOD Date: 2/11/02] CCAP△ (kw) [Entry date 02/11/02]

2/5/02   (508)    WAIVER AND ORDER OF RIGHT TO ATTEND SIDE-BAR CONFERENCES as
                  to Thomas Narog ( Signed by Judge Daniel T. K. Hurley on
                  2/4/02) [EOD Date: 2/11/02] CCAP△ (kw) [Entry date 02/11/02]

*Vol #3 Cont.*

Proceedings include all events.                                          AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR   APPEAL
                                                                     INTERP

2/5/02   509   WAIVER AND ORDER OF RIGHT TO ATTEND SIDE-BAR CONFERENCES as
               to Rabah El Haddad ( Signed by Judge Daniel T. K. Hurley on
               2/4/02) [EOD Date: 2/11/02] CCAPΔ (kw) [Entry date 02/11/02]

2/5/02   510   ORDER ON FUGITIVE STATUS AND DIRECTING CLERK TO TRANSFER
               CASE TO SUSPENDED/FUGITIVE FILE as to Ghandi Jaber ( Signed
               by Judge Daniel T. K. Hurley on 2/4/02) [EOD Date: 2/11/02]
               CCAPΔ (kw) [Entry date 02/11/02]

2/7/02   503   ORDER as to Thomas Narog  granting [490-1] motion to bring
               electronic equipment into the courtroom as to Thomas Narog
               (1), Ghandi Jaber (2), Ahmad Almasri (3), Nadia Almasri
               (4), Saber Abdelmuti (6), Raed Naser Aldin (7), Nabil Aquil
               (8), Nizar Fneiche (9), Motlaq Jaber (10), Terek Zaki
               Abu-Lawi (11), Rabah El Haddad (12), Zuhair Mahumud Rabei
               (13), Mohammed Samhan (14) ( Signed by Judge Daniel T. K.
               Hurley on 2/5/02) [EOD Date: 2/8/02] CCAPΔ (kw)
               [Entry date 02/08/02]

2/12/02  512   PETITION by USA  for Writ of Habeas Corpus ad testificandum
               of Khaled Ali-Habahbih on 2/6/02 @ 9:00 (kw)
               [Entry date 02/13/02]

2/12/02  511   PETITION by USA  for Writ of Habeas Corpus ad testificandum
               as to Terek Zaki Abu-Lawi  on 2/6/02 @ 9:00 (kw)
               [Entry date 02/13/02]

2/13/02  512   SEALED DOCUMENT as to Raed Naser Aldin (kw)
               [Entry date 02/14/02]

2/13/02  513   SEALED DOCUMENT as to Raed Naser Aldin (kw)
               [Entry date 02/14/02]

2/13/02  514   SEALED DOCUMENT as to Raed Naser Aldin (kw)
               [Entry date 02/14/02]

2/13/02  515   SEALED DOCUMENT as to Raed Naser Aldin (kw)
               [Entry date 02/14/02]

2/13/02  516   SEALED DOCUMENT as to Raed Naser Aldin (kw)
               [Entry date 02/14/02]

2/13/02  517   SEALED DOCUMENT as to Raed Naser Aldin (kw)
               [Entry date 02/14/02]

2/19/02  518   SEALED DOCUMENT (kw) [Entry date 02/20/02]

2/19/02  519   SEALED DOCUMENT (kw) [Entry date 02/20/02]

2/19/02  520   SEALED DOCUMENT as to Raed Naser Aldin (kw)
               [Entry date 02/20/02]

2/19/02  521   SEALED DOCUMENT (kw) [Entry date 02/20/02]    *End of Vol #3*

*Begin Vol #4*

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al                     PRIOR  APPEAL
                                                              INTERP
```

2/22/02  (524)    SUPPLEMENTAL MEMORANDUM RE: EXPERT TESTIMONY  by Mohammed
                  Samhan (kw) [Entry date 02/26/02]

2/25/02  (522)    SEALED DOCUMENT (kw) [Entry date 02/25/02]

2/25/02  (523)    SEALED DOCUMENT (kw) [Entry date 02/25/02]

2/27/02   525     MOTION by Zuhair Mahumud Rabei to permit change of address
         (kw) [Entry date 02/28/02]

2/28/02   526     ORDER as to Zuhair Mahumud Rabei  granting [525-1] motion
                  to permit change of address as to Zuhair Mahumud Rabei (13)
                  ( Signed by Judge Daniel T. K. Hurley on 2/28/02) [EOD
                  Date: 3/1/02] CCAPΔ (kw) [Entry date 03/01/02]

3/4/02   (527)    MOTION by Mohammed Samhan for rule 16 evidence , and to
                  exclude evidence of booking statement (kw)
                  [Entry date 03/04/02]

3/4/02   (528)    NOTICE of filing supplemental jury instructions and
                  objections to government instructions by Mohammed Samhan (kw)
                  [Entry date 03/05/02]

3/5/02   (529)    NOTICE of filing second supplemental jury instructions by
                  Mohammed Samhan (kw) [Entry date 03/06/02]

3/11/02  (530)    Court's Jury instructions as to Thomas Narog, Raed Naser
                  Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad,
                  Mohammed Samhan (kw) [Entry date 03/13/02]

*Vol # 4 Cont.*

Proceedings include all events.
0:00cr6211-ALL USA v. Narog, et al

AEV
PRIOR   APPEAL
INTERP

3/11/02  --      Count Redaction  Thomas Narog (1): Former count 1s is now count 1rs.   Thomas Narog (1): Former count 2s is now count 2rs.   Thomas Narog (1): Former count 3s is now count 3rs.  Former count 4s is now count 4rs.  Former count 5s is now count 5rs.   Thomas Narog (1): Former count 6s is now count 6rs.   Thomas Narog (1): Former count 8s is now count 8rs.  Thomas Narog (1): Former count 7s is now count 7rs.  Thomas Narog (1): Former count 9s is now count 9rs.  Former count 10s is now count 10rs.  Former count 11s is now count 11rs.  Former count 12s is now count 12rs.  Former count 13s is now count 13rs.  Former count 14s is now count 14rs.  Ahmad Almasri (3): Former count 1s is now count 1rs.  Ahmad Almasri (3): Former count 10s is now count 10rs.  Nadia Almasri (4): Former count 1ss is now count 1rss.  Saber Abdelmuti (6): Former count 1s is now count 1rs.  Former count 10s is now count 10rs.   Raed Naser Aldin (7): Former count 1s is now count 1rs.  Former count 11s is now count 11rs.   Nabil Aquil (8): Former count 1s is now count 1rs.  Former count 11s is now count 11rs.   Nizar Fneiche (9): Former count 1s is now count 1rs.  Former count 11s is now count 11rs.  Motlaq Jaber (10): Former count 1s is now count 1rs.  Former count 6s is now count 6rs.  Former count 8s is now count 8rs.  Former count 11s is now count 11rs.  Terek Zaki Abu-Lawi (11): Former count 1s is now count 1rs.  Former count 6s is now count 6rs.   Rabah El Haddad (12): Former count 1s is now count 1rs.  Former count 2s is now count 2rs.  Former count 11s is now count 11rs.  Former count 12s is now count 12rs.  Former count 14s is now count 14rs.   Mohammed Samhan (14): Former count 1s is now count 1rs.  Former count 2s is now count 2rs.  Former count 11s is now count 11rs.  Former count 12s is now count 12rs.  Former count 14s is now count 14rs. (kw) [Entry date 03/13/02]

3/11/02  --      Count Redaction  Ghandi Jaber (2): Former count 1s is now count 1rs.  Former count 6s is now count 6rs.  Former count 8s is now count 8rs.  Former count 10s is now count 10rs.  Former count 11s is now count 11rs.   Nadia Almasri (4): Former count 1s is now count 1rs.  Former count 10s is now count 10rs. (kw) [Entry date 03/13/02]

3/11/02  (531)   REDACTED SUPERSEDING INDICTMENT by Thomas Narog, Ghandi Jaber, Ahmad Almasri, Nadia Almasri, Mutasem Al-Salhi, Saber Abdelmuti, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Motlaq Jaber, Terek Zaki Abu-Lawi, Rabah El Haddad, Zuhair Mahumud Rabei, Mohammed Samhan (kw) [Entry date 03/13/02]

3/13/02  (532)   MEMORANDUM OF LAW RELATED TO NOTE 3 by Mohammed Samhan (kw) [Entry date 03/13/02]

3/14/02  (533)   Proposed Jury Instructions by Raed Naser Aldin (kw) [Entry date 03/15/02]

Docket as of January 31, 2003 8:51 am              Page 71

*Vol #4 Cont.*

Proceedings include all events.                                              AEV
0:00cr6211-ALL USA v. Narog, et al                        PRIOR    APPEAL
                                                                    INTERP

3/14/02  (534)   Court's Jury instructions as to Thomas Narog, Raed Naser
                 Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad,
                 Mohammed Samhan (kw) [Entry date 03/18/02]

3/14/02  (535)   Jury notes and Court's answers as to Thomas Narog, Raed
                 Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad,
                 Mohammed Samhan (kw) [Entry date 03/18/02]

3/14/02  (536)   Proposed Voir Dire Questions by Mohammed Samhan (kw)
                 [Entry date 03/18/02]

3/15/02  537    JURY VERDICT as to Nabil Aquil Not Guilty: Nabil Aquil (8)
                 count(s) 1rs, 11rs (kw) [Entry date 03/18/02]

3/15/02  538    JURY VERDICT as to Rabah El Haddad Guilty: Rabah El Haddad
                 (12) count(s) 1rs, 2rs, 11rs, 12rs, 14rs (kw)
                 [Entry date 03/18/02]

3/15/02  (539)   JURY VERDICT as to Mohammed Samhan Not Guilty: Mohammed
                 Samhan (14) count(s) 1rs, 2rs, and Guilty: Mohammed
                 Samhan (14) count(s) 11rs, 12rs, 14rs (kw)
                 [Entry date 03/18/02]

3/15/02  (540)   JURY VERDICT as to Nizar Fneiche Not Guilty: Nizar Fneiche
                 (9) count(s) 1rs, and Guilty: Nizar Fneiche (9) count(s)
                 11rs (kw) [Entry date 03/18/02]

3/15/02  (541)   JURY VERDICT as to Raed Naser Aldin Guilty: Raed Naser
                 Aldin (7) count(s) 1rs, 11rs (kw) [Entry date 03/18/02]

3/15/02  (542)   JURY VERDICT as to Thomas Narog Guilty: Thomas Narog (1)
                 count(s) 1rs, 2rs, 3rs-5rs, 6rs, 7rs, 8rs, 9rs-14rs (kw)
                 [Entry date 03/18/02]

3/15/02  (543)   SPECIAL JURY VERDICT ON FORFEITURE ALLEGATIONS as to Thomas
                 Narog for Forfeiture allegations (kw) [Entry date 03/18/02]

3/15/02  555    MOTION by USA  as to Saber Abdelmuti for downward
                 departure (kw) [Entry date 04/01/02]

3/15/02  559    MOTION by USA  as to Zuhair Mahumud Rabei for downward
                 departure (kw) [Entry date 04/02/02]

3/15/02  --     Sentencing held before Judge Daniel T. K. Hurley  Saber
                 Abdelmuti (6) count(s) 1rs (kw) [Entry date 04/04/02]

3/15/02  --     Sentencing held before Judge Daniel T. K. Hurley  Zuhair
                 Mahumud Rabei (13) count(s) 1s (kw) [Entry date 04/02/02]

3/19/02  544    ORDER DIRECTING THE CLERK TO TRANSFER DEFENDANT'S CASE TO
                 FUGITIVE STATUS as to Rabah El Haddad ( Signed by Judge
                 Daniel T. K. Hurley on 3/18/02) [EOD Date: 3/20/02] CCAP△
                 (kw) [Entry date 03/20/02]

Vol #4 Cont

Proceedings include all events.                                                    AEV
0:00cr6211-ALL USA v. Narog, et al                              PRIOR    APPEAL
                                                                          INTERP

3/22/02  (545)   NOTICE of Hearing as to Mohammed Samhan :  set Sentencing
                 for 1:30 6/7/02 for Mohammed Samhan   before Judge Daniel
                 T. K. Hurley (kw) [Entry date 03/25/02]

3/22/02  (546)   NOTICE of Hearing as to Nizar Fneiche :  set Sentencing
                 for 10:30 6/7/02 for Nizar Fneiche   before Judge Daniel T.
                 K. Hurley (kw) [Entry date 03/25/02]

3/22/02  (547)   NOTICE of Hearing as to Thomas Narog :  set Sentencing for
                 8:30 6/7/02 for Thomas Narog   before Judge Daniel T. K.
                 Hurley (kw) [Entry date 03/25/02]

3/22/02  (548)   NOTICE of Hearing as to Raed Naser Aldin :  set Sentencing
                 for 9:30 6/7/02 for Raed Naser Aldin   before Judge Daniel
                 T. K. Hurley (kw) [Entry date 03/25/02]

3/25/02  549     MEMORANDUM by Nabil Aquil  of law with respect to jury note
                 # 3. (kw) [Entry date 03/26/02]

3/25/02  550     Proposed Jury Instructions by Nabil Aquil (kw)
                 [Entry date 03/26/02]

3/25/02  551     MOTION by Nabil Aquil for Judgment of Acquittal (kw)
                 [Entry date 03/26/02]

3/25/02  (552)   MOTION by Mohammed Samhan for new trial (kw)
                 [Entry date 03/26/02]

3/27/02  (553)   MOTION by Thomas Narog for Judgment of Acquittal, and
                 for new trial, and to dismiss forfeiture, or to set
                 aside verdict (kw) [Entry date 03/28/02]

3/27/02  (554)   NOTICE of objections to forfeiture motion for judgment
                 setting aside verdict and to dismiss forfeiture by Thomas
                 Narog as to Thomas Narog (kw) [Entry date 03/28/02]

4/1/02   (556)   ORDER as to Thomas Narog  denying [553-1] motion for
                 Judgment of Acquittal as to Thomas Narog (1), denying
                 [553-2] motion for new trial as to Thomas Narog (1),
                 denying [553-3] motion to dismiss forfeiture as to Thomas
                 Narog (1), denying [553-4] motion to set aside verdict as
                 to Thomas Narog (1) ( Signed by Judge Daniel T. K. Hurley
                 on 3/28/02) [EOD Date: 4/2/02] CCAP△ (kw)
                 [Entry date 04/02/02]

4/1/02   (557)   ORDER denying motion for judgment setting aside verdict and
                 to dismiss forfeiture as to Thomas Narog ( Signed by Judge
                 Daniel T. K. Hurley on 3/28/02) [EOD Date: 4/2/02] CCAP△ (kw)
                 [Entry date 04/02/02]

4/1/02   558     JUDGMENT OF ACQUITTAL as to Nabil Aquil (8) count(s) 1rs,
                 11rs acquittal ( Signed by Judge Daniel T. K. Hurley on
                 [EOD Date: 4/2/02]   CCAP (kw) [Entry date 04/02/02]

Proceedings include all events.            *Vol #4 Cont.*                AEV
0:00cr6211-ALL USA v. Narog, et al                           PRIOR  APPEAL
                                                                    INTERP

4/3/02   560   NOTICE of filing Rule 29 motion and supporting memorandum
               by Nizar Fneiche (kw) [Entry date 04/03/02]

4/3/02   561   RULE 29 MOTION FOR JUDGMENT OF ACQUITTAL AND ALTERNATIVE
               MOTION FOR NEW TRIAL AND MEMORANDUM OF LAW IN SUPPORT by
               Nizar Fneiche for Judgment of Acquittal, and for new
               trial (kw) [Entry date 04/03/02]

4/3/02   562   MOTION by Raed Naser Aldin for new trial, or for
               Judgment of Acquittal (kw) [Entry date 04/03/02]

4/3/02   563   MOTION by Raed Naser Aldin to extend time to file
               memorandum in support of motion for new trial or judgment
               of acquittal (kw) [Entry date 04/03/02]

4/4/02   564   MOTION by Rabah El Haddad for Judgment of Acquittal, and
               for new trial (kw) [Entry date 04/04/02]

4/4/02   565   JUDGMENT as to  Saber Abdelmuti (6) count(s) 1rs.
               Imprisonment 1 year and 1 day; supervised release 2 years;
               assessed $ 100.00 , Saber Abdelmuti (6) count(s) 1, 4 ,
               10rs dismissed  ( Signed by Judge Daniel T. K. Hurley on
               4/2/02) [EOD Date: 4/4/02] CCAP (kw) [Entry date 04/04/02]

4/4/02   566   JUDGMENT as to  Zuhair Mahumud Rabei (13) count(s) 1s.
               Imprisonment for a term of time served; Supervised Release
               2 years; Assessed $ 100.00 , Zuhair Mahumud Rabei (13)
               count(s) 1, 4 , 10s .  dismissed  ( Signed by Judge Daniel
               T. K. Hurley on 4/2/02) [EOD Date: 4/4/02] CCAP (kw)
               [Entry date 04/04/02]

4/4/02   567   ORDER as to Raed Naser Aldin  denying [563-1] motion to
               extend time to file memorandum in support of motion for new
               trial or judgment of acquittal as to Raed Naser Aldin (7) (
               Signed by Judge Daniel T. K. Hurley on 4/4/02) [EOD Date:
               4/5/02] CCAP△ (kw) [Entry date 04/05/02]

4/4/02   568   ORDER as to Raed Naser Aldin  denying [564-1] motion for
               Judgment of Acquittal as to Rabah El Haddad (12), denying
               [564-2] motion for new trial as to Rabah El Haddad (12) (
               Signed by Judge Daniel T. K. Hurley on 4/4/02) [EOD Date:
               4/5/02] CCAP△ (kw) [Entry date 04/05/02]

4/5/02   569   ORDER DENYING MOTION FOR NEW TRIAL as to Mohammed Samhan
               denying [552-1] motion for new trial as to Mohammed Samhan
               (14) ( Signed by Judge Daniel T. K. Hurley on 4/4/02) [EOD
               Date: 4/8/02] CCAP△ (kw) [Entry date 04/08/02]

4/10/02  570   ORDER denying [561-1] motion for Judgment of Acquittal as
               to Nizar Fneiche (9), denying [561-2] motion for new trial
               as to Nizar Fneiche (9) ( Signed by Judge Daniel T. K.
               Hurley on 4/10/02) [EOD Date: 4/11/02] (pa)
               [Entry date 04/11/02]                    *End of Vol #4*

*Begin Vol #6*

Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al                        PRIOR  APPEAL
                                                                 INTERP

4/12/02  571    MOTION by Ahmad Almasri to continue sentencing (kw)
                [Entry date 04/15/02]

4/15/02  572    ORDER as to Rabah El Haddad  denying [562-1] motion for new
                trial as to Raed Naser Aldin (7), denying [562-2] motion
                for Judgment of Acquittal as to Raed Naser Aldin (7) (
                Signed by Judge Daniel T. K. Hurley on 4/12/02) [EOD Date:
                4/16/02] CCAP⌂ (kw) [Entry date 04/16/02]

4/15/02  573    MOTION by USA  as to Thomas Narog for Forfeiture (kw)
                [Entry date 04/16/02]

4/17/02  574    Judgment Returned Executed as to Zuhair Mahumud Rabei on
                at no further action required by USM (kw)
                [Entry date 04/17/02]

4/17/02  575    SEALED DOCUMENT as to Raed Naser Aldin (kw)
                [Entry date 04/17/02]

4/17/02  576    SEALED DOCUMENT as to Raed Naser Aldin (kw)
                [Entry date 04/17/02]

4/19/02  577    PRELIMINARY ORDER OF FORFEITURE as to Thomas Narog granting
                [573-1] motion for Forfeiture as to Thomas Narog (1) (
                Signed by Judge Daniel T. K. Hurley on 4/18/02) [EOD Date:
                4/22/02] CCAP⌂ (kw) [Entry date 04/22/02]

4/19/02  578    ORDER GRANTING MOTION TO CONTINUE AND RESETTING SENTENCING
                HEARING as to Ahmad Almasri granting [571-1] motion to
                continue sentencing as to Ahmad Almasri (3)  set
                Sentencing for 11:00 5/10/02 for Ahmad Almasri  before
                Judge Daniel T. K. Hurley ( Signed by Judge Daniel T. K.
                Hurley on 4/18/02) [EOD Date: 4/22/02] CCAP⌂ (kw)
                [Entry date 04/22/02]

4/19/02  --     Sentencing  held  before Judge Daniel T. K. Hurley  Nadia
                Almasri (4) count(s) 1rss (kw) [Entry date 04/29/02]

4/22/02  579    SEALED DOCUMENT as to Raed Naser Aldin (kw)
                [Entry date 04/22/02]

4/23/02  580    MOTION by USA  as to Thomas Narog to continue sentencing (kw)
                [Entry date 04/24/02]

4/26/02  581    JUDGMENT as to  Nadia Almasri (4) count(s) 1rss.  Probation
                2 years; Assessed $ 100.00 , Nadia Almasri (4) count(s)
                1rs, 1 , 4 , 10rs . dismissed  ( Signed by Judge Daniel T.
                K. Hurley on 4/25/02) [EOD Date: 4/29/02]  CCAP (kw)
                [Entry date 04/29/02]

5/2/02   582    SEALED DOCUMENT as to Raed Naser Aldin (kw)
                [Entry date 05/03/02]

5/2/02   583    SEALED DOCUMENT as to Raed Naser Aldin (kw)

Proceedings include all events.                    *Vol #5 Cont.*                    AEV
0:00cr6211-ALL USA v. Narog, et al                    PRIOR    APPEAL
                                                              INTERP
            [Entry date 05/03/02]

5/2/02    584    Judgment Returned Executed as to Nadia Almasri on No
                 Further Action Required by the US Marshal Service (kw)
                 [Entry date 05/03/02]

5/7/02    585    ORDER DENYING GOVERNMENT'S MOTION TO CONTINUE SENTENCING as
                 to Thomas Narog, Raed Naser Aldin, Mohammed Samhan, Nizar
                 Fneiche  denying [580-1] motion to continue sentencing as
                 to Thomas Narog (1) ( Signed by Judge Daniel T. K. Hurley
                 on 5/7/02) [EOD Date: 5/7/02] CCAP△ (kw)
                 [Entry date 05/07/02]

5/8/02    586    MOTION by Ahmad Almasri to continue sentencing (kw)
                 [Entry date 05/09/02]

5/8/02    587    POSITION with respect to sentencing factors by Mohammed
                 Samhan (kw) [Entry date 05/09/02]

5/10/02   588    SEALED DOCUMENT as to Raed Naser Aldin (kw)
                 [Entry date 05/10/02]

5/15/02   589    SUPPLEMENTAL OBJECTIONS AND ENCLOSURES RELATED TO POSITION
                 OF DEFENDANT SAMHAN WITH RESPECT TO SENTENCING FACTORS;
                 ISSUES IN DISPUTE AND OBJECTIONS TO PRESENTENCE
                 INVESTIGATION by Mohammed Samhan [587-1] miscellaneous (kw)
                 [Entry date 05/16/02]

5/15/02   590    SEALED DOCUMENT as to Mohammed Samhan (kw)
                 [Entry date 05/16/02]

5/16/02   591    OBJECTION by Thomas Narog  to Presentence Investigation
                 Report (kw) [Entry date 05/17/02]

5/17/02   592    MOTION by Nizar Fneiche to continue sentencing (kw)
                 [Entry date 05/17/02]

5/17/02   593    NOTICE of filing motion to continue sentencing by Nizar
                 Fneiche (kw) [Entry date 05/17/02]

5/21/02   594    NOTICE of Change of Address of Attorney by Ghandi Jaber (kw)
                 [Entry date 05/21/02]

5/21/02   595    SUPPLEMENT by Mohammed Samhan  to: [589-1] opposition
                 response (kw) [Entry date 05/21/02]

5/28/02   596    OBJECTION by Raed Naser Aldin  to Presentence Investigation
                 Report (kw) [Entry date 05/28/02]

5/28/02   597    MOTION by Raed Naser Aldin for downward departure (kw)
                 [Entry date 05/28/02]

5/31/02   598    NOTICE of filing letters for consideration at the time of
                 sentencing by Thomas Narog (kw) [Entry date 06/03/02]

Vol #5 Cont.

Proceedings include all events.                                      AEV
0:00cr6211-ALL USA v. Narog, et al                    PRIOR  APPEAL
                                                             INTERP

6/3/02   (599)   MOTION by Nizar Fneiche for downward departure (kw)
                 [Entry date 06/04/02]

6/3/02   (600)   NOTICE of filing motion for downward departure by Nizar
                 Fneiche (kw) [Entry date 06/04/02]

6/4/02   (601)   RESPONSE by USA as to Mohammed Samhan  in opposition to
                 [595-1] supplement to (kw) [Entry date 06/05/02]

6/7/02   --      Sentencing held  before Judge Daniel T. K. Hurley
                 Mohammed Samhan (14) count(s) 11rs, 12rs, 14rs (kw)
                 [Entry date 06/17/02]

6/7/02   --      Sentencing  held  before Judge Daniel T. K. Hurley  Thomas
                 Narog (1) count(s) 1rs, 2rs, 3rs-5rs, 6rs, 7rs, 8rs,
                 9rs-14rs (kw) [Entry date 06/17/02]

6/7/02   --      Sentencing  held  before Judge Daniel T. K. Hurley  Nizar
                 Fneiche (9) count(s) 11rs (kw) [Entry date 06/18/02]

6/10/02  602     TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin,
                 Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed
                 Samhan  of Testimony and Proceedings  held 2/4/02 before
                 Judge Daniel T.K. Hurley and a Jury  Volume #: 1  Pages: Vol #12
                 1-144 (mr) [Entry date 06/12/02]

6/10/02  603     TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin,
                 Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed
                 Samhan  of Testimony and Proceedings  held 2/5/02  before
                 Judge Daniel T.K. Hurley and a Jury  Volume #: 2  Pages: Vol #13
                 145-354 (mr) [Entry date 06/12/02]

6/10/02  604     TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin,
                 Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed
                 Samhan  of Testimony and Proceedings  held 2/6/02  before
                 Judge Daniel T.K. Hurley and a Jury  Volume #: 3  Pages Vol #14
                 355-577 (mr) [Entry date 06/12/02]

6/10/02  605     TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin,
                 Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed
                 Samhan  of Testimony and Proceedings  held 2/7/02  before
                 Judge Daniel T.K. Hurley and a Jury  Volume #: 4  Pages: Vol #15
                 578-710 (mr) [Entry date 06/12/02]

6/10/02  606     TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin,
                 Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed
                 Samhan  of Testimony and Proceedings  held 2/11/02  before
                 Judge Daniel T.K. Hurley and a Jury  Volume #: 5  Pages: Vol #16
                 711-934 (mr) [Entry date 06/12/02]

*Vol #5 Cont.*

Proceedings include all events.                                              AEV
0:00cr6211-ALL USA v. Narog, et al                          PRIOR    APPEAL
                                                                     INTERP

| 6/10/02 | 607 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan of Testimony and Proceedingss held 2/12/02 before Judge Daniel T.K. Hurley Volume #: 6 Pages: 935-1172 (mr) [Entry date 06/12/02] | *Vol #17* |
| 6/10/02 | 608 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan of Testimony and Proceedings held 2/13/02 before Judge Daniel T. K. Hurley and a Jury Volume #: 7 Pages: 1173-1421 (mr) [Entry date 06/12/02] | *Vol #18* |
| 6/10/02 | 609 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan of Testimony & Proceedings held 2/14/02 before Judge Daniel T.K.Hurley Volume #: 8 Pages: 1422-1609 (mr) [Entry date 06/12/02] | *Vol #19* |
| 6/10/02 | 610 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan of Testimony and Proceedings held 2/19/02 before Judge Daniel T.K. Hurley and a Jury Volume #: 9 Pages: 1610-1855 (mr) [Entry date 06/12/02] | *Vol #20* |
| 6/10/02 | 611 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan of Testimony and Proceedings held 2/20/02 before Judge Daniel T.K. Hurley and a Jury Volume #: 10 Pages: 1856-2052 (mr) [Entry date 06/12/02] | *Vol #21* |
| 6/10/02 | 612 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan of Testimony and Proceedings held 2/21/02 before Judge Daniel T.K. Hurley and a Jury Volume #: 11 Pages: 2053-2289 (mr) [Entry date 06/12/02] | *Vol #22* |
| 6/10/02 | 613 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan of Testimony and Proceedings held 2/25/02 before Judge Daniel T.K. Hurley and a Jury Volume #: 12 Pages: 2290-2523 (mr) [Entry date 06/12/02] | *Vol #23* |
| 6/10/02 | 614 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan of Testimony and Proceedings held 2/26/02 before Judge Daniel T.K. Hurley and a Jury Volume #: 13 Pages: 2524-2757 (mr) [Entry date 06/12/02] | *Vol #24* |
| 6/10/02 | 615 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan of Testimony and Proceedings held 2/27/02 before Judge Daniel T.K. Hurley and a Jury Volume #: 14 Pages: 2758-3013 (mr) [Entry date 06/12/02] | *Vol #25* |

Vol #5 Cont.

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al                    PRIOR   APPEAL
                                                               INTERP
```

| | | |
|---|---|---|
| 6/10/02 | 616 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan of Testimony and Proceedings held 2/28/02 before Judge Daniel T. K. Hurley and a Jury Volume #: 15 Pages: 3014-3201 (mr) [Entry date 06/12/02] |

Vol #26

| | | |
|---|---|---|
| 6/10/02 | 617 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan of Testimony a;nd Proceedings held 3/4/02 before Judge Daniel T.K. Hurley and a Jury Volume #: 16 Pages: 3202-3476 (mr) [Entry date 06/12/02] |

Vol #27

| | | |
|---|---|---|
| 6/10/02 | 618 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan of Testimony and Proceedings held 3/5/02 before Judge Daniel T.K. Hurley and a Jury Volume #: 17 Pages: 3477-3673 (mr) [Entry date 06/12/02] |

Vol #28

| | | |
|---|---|---|
| 6/10/02 | 619 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan of Testimony aand Proceedings held 3/6/02 before Judge Daniel T.K. Hurley and a Jury Volume #: 18 Pages: 3674-3924 (mr) [Entry date 06/12/02] |

Vol #29

| | | |
|---|---|---|
| 6/10/02 | 620 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan of Testimony and Proceedings held 3/7/02 before Judge Daniel T.K. Hurley and a Jury Volume #: 19 Pages: 3925-4112 (mr) [Entry date 06/12/02] |

Vol #30

| | | |
|---|---|---|
| 6/10/02 | 621 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan of Testimony and Proceedings held 3/8/02 before Judge Daniel T.K. Hurley and a Jury Volume #: 20 Pages: 4113-4305 (mr) [Entry date 06/12/02] |

Vol #31

| | | |
|---|---|---|
| 6/10/02 | 622 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan of Testimony and Proceedings held 3/11/02 before Judge Daniel T.K. Hurley and a Jury Volume #: 21 Pages: 4306-4423 (mr) [Entry date 06/12/02] |

Vol #32

| | | |
|---|---|---|
| 6/10/02 | 623 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan of Testimony and Proceedings held 3/12/02 before Judge Daniel T.K. Hurley and a Jury Volume #: 22 Pages: 4424-4467 (mr) [Entry date 06/12/02] |

Vol #33

| | | |
|---|---|---|
| 6/10/02 | 624 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan of Testimony and Proceedings held 3/13/02 before Judge Daniel T.K. Hurley and a Jury Volume #: 23 Pages: 4468-4558 (mr) [Entry date 06/12/02] |

Vol #34

*Vol # 5 Cont.*

| Proceedings include all events.<br>0:00cr6211-ALL USA v. Narog, et al | | PRIOR | AEV<br>APPEAL<br>INTERP |
|---|---|---|---|

---

| 6/10/02 | 625 | TRANSCRIPT filed as to Thomas Narog, Raed Naser Aldin, Nabil Aquil, Nizar Fneiche, Rabah El Haddad, Mohammed Samhan of Testimony and Proceedings held 3/14/02 before Judge Daniel T.K. Hurley and a Jury Volume #: 24 Pages: 4559-4613 (mr) [Entry date 06/12/02] | *Vol #35* |

---

| 6/10/02 | 626 | TRANSCRIPT filed as to Raed Naser Aldin of Testimony and Proceedings held 5/29/02 before Judge Daniel T.K. Hurley and a Jury Volume #: 25 Pages: 4614-4716 (mr) [Entry date 06/12/02] | *Vol #36* |

---

6/14/02  (627)  MOTION by USA as to Thomas Narog for final order of Forfeiture (kw) [Entry date 06/17/02]

6/17/02  (628)  JUDGMENT as to Mohammed Samhan (14) count(s) 11rs, 12rs , 14rs imprisonment 78 months as to each count and supervised release 36 months as to each count to be served concurrently assessed $ 300.00; fined $ 10,000.00 , Mohammed Samhan (14) count(s) 1, 5 , 6 . dismissed ( Signed by Judge Daniel T. K. Hurley on 6/15/02) [EOD Date: 6/17/02] CCAP (kw) [Entry date 06/17/02] [Edit date 06/18/02]

6/17/02  (630)  JUDGMENT as to Thomas Narog (1) count(s) 1rs, 3rs -5rs , 6rs , 7rs , 8rs , 9rs -14rs imprisonment 235 months as to each of counts and supervised release 36 months. Thomas Narog (1) count(s) 2rs imprisonment 235 months to be served concurrently with counts 1 and 3-14; supervised release 60 months to be served concurrently with counts 1 and 3-14. Thomas Narog (1) count(s) 1, 2 , 3 , 4 , 5 , 6 , 7 dismissed Assessed $ 1400.00; Fined $ 25,000.00 ( Signed by Judge Daniel T. K. Hurley on 6/7/02) [EOD Date: 6/17/02] CCAP (kw) [Entry date 06/17/02] [Edit date 06/18/02]

6/17/02  (629)  JUDGMENT as to Nizar Fneiche (9) count(s) 11rs. Imprisonment 63 months; supervised release 3 years , Nizar Fneiche (9) count(s) 1, 5 dismissed; count 1rs aquitted; Assessed $ 100.00 ( Signed by Judge Daniel T. K. Hurley on 6/15/02) [EOD Date: 6/18/02] CCAP (kw) [Entry date 06/18/02]

6/17/02  (631)  NOTICE OF APPEAL by Thomas Narog re: [630-1] judgment order EOD Date: 6/17/02; Thomas Narog (1) count(s) 1rs, 2rs, 3rs-5rs, 6rs, 7rs, 8rs, 9rs-14rs; Filing Fee: $ 105.00 Receipt #: 716453 Copies to USCA, AUSA, USM, USPO and Counsel of Record. (mr) [Entry date 06/19/02]

6/17/02  (632)  NOTICE OF APPEAL by Nizar Fneiche re: [629-1] judgment order EOD Date: 6/18/02; Nizar Fneiche (9) count(s) 11rs; Copies to USCA, AUSA, USM, USPO and Counsel of Record. (mr) [Entry date 06/19/02]

Vol # 5 Cont.

Proceedings include all events.                                          AEV
0:00cr6211-ALL USA v. Narog, et al                        PRIOR   APPEAL
                                                                   INTERP

6/17/02  (633)   NOTICE OF APPEAL by Mohammed Samhan re: [628-1] judgment
                 order  EOD Date: 6/17/02; Mohammed Samhan (14) count(s)
                 11rs, 12rs, 14rs;  Filing Fee: $ 105.00 Receipt #: 716454
                 Copies to USCA, AUSA, USM, USPO and Counsel of Record. (mr)
                 [Entry date 06/19/02]

6/19/02  --      Certified copies of Notice of Appeal, Docket and Order
                 under appeal to USCA: as to Mohammed Samhan [633-1] appeal
                 (mr) [Entry date 06/19/02]

6/19/02  --      Certified copies of Notice of Appeal, Docket and Order
                 under appeal to USCA: as to Nizar Fneiche [632-1] appeal (mr)
                 [Entry date 06/19/02]

6/19/02  --      Certified copies of Notice of Appeal, Docket and Order
                 under appeal to USCA: as to Thomas Narog [631-1] appeal (mr)
                 [Entry date 06/19/02]

6/24/02  (634)   FINAL ORDER OF FORFEITURE as to Thomas Narog for
                 Forfeiture ( Signed by Judge Daniel T. K. Hurley on
                 6/19/02) [EOD Date: 6/25/02] CCAP△ (kw)
                 [Entry date 06/25/02]

6/24/02  (635)   AMENDED JUDGMENT IN A CRIMINAL CASE; Amending the original
                 J&C to indicate the correct disposition date of 3/14/02 (
                 Signed by Judge Daniel T. K. Hurley on 6/22/02) [EOD Date:
                 6/25/02]  CCAP (kw) [Entry date 06/25/02]

6/25/02  (636)   NOTICE of Appearance for Mohammed Samhan by Attorney
                 Jeffrey M. Voluck (kw) [Entry date 06/26/02]

6/25/02  (640)   AMENDED NOTICE OF APPEAL by Thomas Narog re: [634-2] order
                 EOD Date: 6/25/02; ; Copies to USCA, AUSA, USM, USPO and of
                 Record. (mr) [Entry date 06/28/02]

6/26/02  (637)   NOTICE of filing motion for release on bond and stay of
                 execution of sentence by Nizar Fneiche (kw)
                 [Entry date 06/26/02]

6/26/02  (638)   NOTICE of Hearing as to Raed Naser Aldin :  resetting
                 Sentencing for 9:30 8/28/02 for Raed Naser Aldin   before
                 Judge Daniel T. K. Hurley (kw) [Entry date 06/27/02]

6/26/02  639     NOTICE of Hearing as to Ahmad Almasri :  resetting
                 Sentencing for 8:30 8/28/02 for Ahmad Almasri   before
                 Judge Daniel T. K. Hurley (kw) [Entry date 06/27/02]

6/27/02 .--      NOTICE of Receipt of Notice of Appeal Transmittal Letter
                 from USCA  on 06/24/02  Re: [632-1] appeal  USCA Number:
                 02-13437-A (dj) [Entry date 06/28/02]

6/27/02  --      NOTICE of Receipt of Notice of Appeal Transmittal Letter
                 from USCA  on 06/24/02  Re: [633-1] appeal  USCA Number:
                 02-13437-A (dj) [Entry date 06/28/02]

Docket as of January 31, 2003 8:51 am                    Page 81

Vol #5 Cont.

Proceedings include all events.                                              AEV
0:00cr6211-ALL USA v. Narog, et al                            PRIOR   APPEAL
                                                                      INTERP

6/27/02  --    NOTICE of Receipt of Notice of Appeal Transmittal Letter
               from USCA  on 6/24/02 as to Thomas Narog  Re: [640-1]
               appeal USCA Number: 02-13437-A (mr) [Entry date 06/28/02]

6/27/02  643   TRANSCRIPT INFORMATION FORM as to Thomas Narog re: [640-1]
               appeal received on 7/1/02 from Court Reporter. (Returned
               Court Reporter Coordinator) (mr) [Entry date 07/01/02]

6/28/02  --    Certified copies of AMENDED Notice of Appeal, Docket and
               Order under appeal to USCA: as to Thomas Narog [640-1]
               appeal (mr) [Entry date 06/28/02]

6/28/02  641   USCA appeal fees received as to Nizar Fneiche  Re: [632-1]
               appeal   Filing Fee $ 105.00 Receipt # 716550 (mr)
               [Entry date 06/28/02]

6/28/02  642   ORDER as to Nizar Fneiche; denying motion for release on
               bail and for stay of execution of sentence ( Signed by
               Judge Daniel T. K. Hurley on 6/28/02) [EOD Date: 7/1/02]
               CCAP△ (kw) [Entry date 07/01/02]

6/28/02  644   ORDER OF REFERRAL TO UNITED STATES MAGISTRATE JUDGE
               referring Motion(s) from counsel representing defendant to
               be relieved of further responsibilities of representing
               defendant; for the defendant to be declared indigent for
               purpose of appeal; and for appointment of appellate counsel
               to Magistrate Ann E. Vitunac as to Mohammed Samhan for
               proposed findings and recommended disposition. The
               Magistrate shall conduct an in camera evidentiary hearing
               and provide the court with a recommended disposition.
               (Signed by Judge Daniel K. Hurley on 6/27/02) [EOD Date:
               7/1/02] CCAP (at) [Entry date 07/01/02]

7/1/02   645   TRANSCRIPT INFORMATION FORM as to Nizar Fneiche  re:
               [632-1] appeal   received on 7/3/02 from Court Reporter.
               (Returned to Court Reporter Coordinator) (mr)
               [Entry date 07/03/02]

7/3/02   646   MOTION by Nizar Fneiche for release on Bond, and stay of
               execution of sentence pursuant to Rule 38 (at)
               [Entry date 07/05/02]

7/3/02   647   NOTICE of Filing Motion for release on bond by Nizar
               Fneiche (at) [Entry date 07/05/02]

7/8/02   651   SEALED DOCUMENT as to Mohammed Samhan (mr)
               [Entry date 07/10/02]

7/9/02   648   Acknowledgement of Transcript Information Formas to Thomas
               Narog re: [631-1] appeal  by Thomas Narog  Transcript of:
               Pre-Trial Proceedings, Trial & Sentencing held 6/7/02 and
               Trial held 2/4/02 - 3/15/02 Transcript due on: 8/8/02 for
               Thomas Narog ; Court Reporter name: Pauline Stipes (mr)

Vol #5 Cont.

Proceedings include all events.                                          AEV
0:00cr6211-ALL USA v. Narog, et al                           PRIOR  APPEAL
                                                                    INTERP
                    [Entry date 07/09/02]

7/9/02   (649)    Acknowledgement of Transcript Information Formas to Nizar
                  Fneiche re: [632-1] appeal  by Nizar Fneiche  Transcript
                  of: Trial and Sentencing Transcript due on: 8/8/02 for
                  Nizar Fneiche ; Court Reporter name: Pauline Stipes (mr)
                  [Entry date 07/09/02]

7/9/02   (650)    Acknowledgement of Transcript Information Formas to
                  Mohammed Samhan re: [633-1] appeal  by Mohammed Samhan
                  Transcript of: Trial & Sentencing held 6/7/02 and Trila
                  held 2/4/02-3/14/02 SentencTranscript due on: 8/8/02 for
                  Mohammed Samhan ; Court Reporter name: Pauline Stipes (mr)
                  [Entry date 07/09/02]

7/9/02   --       NOTICE of Receipt of Notice of Appeal Transmittal Letter
                  from USCA on 7/1/02 as to Thomas Narog Re: [640-1] appeal
                  USCA Number: 02-13437-A (mr) [Entry date 07/09/02]

7/12/02  652      TRANSCRIPT filed as to Thomas Narog  of Testimony and
                  Proceedings held 6/7/02  before Judge Daniel T.K. Hurley
                  and a Jury  Volume #: 26  Pages: 4717-4752  re: [640-1]  Vol #37
                  appeal, [631-1] appeal . (mr) [Entry date 07/12/02]

7/12/02  653      TRANSCRIPT filed as to Mohammed Samhan  of testimony and
                  proceedings held 6/7/02  before Judge Hurley and jury
                  Volume #: 1  Pages: 4753-4833  re: [633-1] appeal . Appeal  Vol #38
                  record due on 7/27/02 for Mohammed Samhan (kw)
                  [Entry date 07/12/02]

7/12/02  654      TRANSCRIPT filed as to Nizar Fneiche  of sentencing held
                  7/12/02  before Judge Hurley  Volume #: 28  Pages:
                  4834-4913  re: [632-1] appeal . Appeal record due on  Vol #39
                  7/27/02 for Nizar Fneiche (kw) [Entry date 07/12/02]

7/17/02  (655)    Transcript Information Form re:as to Thomas Narog [640-1]
                  appeal by Thomas Narog. No transcript requested. All
                  necessary transcripts on file. (mr) [Entry date 07/23/02]

8/1/02   (656)    Judgment Returned Executed as to Mohammed Samhan on 7/10/02
                  at FDC Miami (kw) [Entry date 08/02/02]

8/9/02   (657)    Transcript Information Form as to Nizar Fneiche for
                  Transcript of: Trial and Sentencing filed re: [632-1] appeal
                  by Nizar Fneiche    All transcripts on file. (mr)
                  [Entry date 08/09/02] [Edit date 08/09/02]

8/9/02   (658)    Transcript Information Form as to Mohammed Samhan for
                  Transcript of: Trial & Sentencing held 2/14/02 - 3/14/02 &
                  6/7/02 filed re: [633-1] appeal by Mohammed Samhan    All
                  transcripts on file. (mr) [Entry date 08/09/02]

*Vol #5 Cont*

```
Proceedings include all events.                                      AEV
0:00cr6211-ALL USA v. Narog, et al                       PRIOR  APPEAL
                                                                INTERP
```

8/9/02    659    Transcript Information Form as to Thomas Narog for
                 Transcript of: Trial and Sentencing filed re: [631-1]
                 appeal by Thomas Narog (mr) [Entry date 08/09/02]

8/12/02   660    ORDER RELEASING BOND AND ANY CASH COLATERAL:ORDER as to
                 Nizar Fneiche (Signed by Judge Daniel T. K. Hurley on
                 8/11/02) [EOD Date: 8/12/02] CCAP∆ (pa)
                 [Entry date 08/12/02]

8/27/02   661    NOTICE OF NASER ALDIN'S OBSTRUCTION OF JUSTICE AND/OR,
                 ALTERNATIVELY, GOVERNMENT'S OBJECTION TO PRESENTENCE
                 INVESTIGATION REPORT by Government as to Raed Naser Aldin
                 (kw) [Entry date 08/28/02]

8/27/02   662    RESPONSE by Raed Naser Aldin in opposition to [661-1]
                 objection (kw) [Entry date 08/28/02]

8/27/02   663    SEALED DOCUMENT (kw) [Entry date 08/28/02]

8/27/02   664    SEALED DOCUMENT (kw) [Entry date 08/28/02]

8/28/02   --     Sentencing held before Judge Daniel T. K. Hurley   Ahmad
                 Almasri (3) count(s) 1rs (kw) [Entry date 08/30/02]

8/29/02   665    JUDGMENT as to  Ahmad Almasri (3) count(s) 1rs.
                 Imprisonment 78 months; supervised release 3 years,
                 assessed $ 100.00 Count(s) 1, 4 , 10rs dismissed ( Signed
                 by Judge Daniel T. K. Hurley on 8/29/02) [EOD Date:
                 8/30/02] CCAP (kw) [Entry date 08/30/02]

8/30/02   666    Judgment Returned Executed as to Saber Abdelmuti on 4/26/02
                 at FCI-Miami (pa) [Entry date 09/03/02]

9/26/02   667    MOTION by USA  as to Thomas Narog to set aside judgment:
                 [634-2] order (kw) [Entry date 09/27/02]

9/27/02   668    Judgment Returned Executed as to Thomas Narog on 9/13/02 at
                 BOP Miami (kw) [Entry date 09/30/02]

9/30/02   669    Transcript Information Form as to Thomas Narog for
                 Transcript of: Motion to Suppress held 3/1/01 filed re:
                 [640-1] appeal  by Thomas Narog (mr) [Entry date 10/01/02]
```

---

```
9/30/02   670    TRANSCRIPT filed as to Thomas Narog  of Motion to Suppress
                 held 3/1/01  before Judge Magistrate Ann E. Vitunac  Volume
                 #: 1  Pages: 1-41  re: [640-1] appeal . (mr)   Vol #9
                 [Entry date 10/01/02]
```

---

```
10/4/02   671    ORDER PARTIALLY SETTING ASIDE THE FINAL ORDER OF FORFEITURE
                 as to Thomas Narog granting [667-1] motion to set aside
                 judgment: [634-2] order as to Thomas Narog (1) ( Signed by
                 Judge Daniel T. K. Hurley on 10/3/02) [EOD Date: 10/8/02]
                 CCAP∆ (kw) [Entry date 10/08/02]
```

*Vol #5 Cont.*

```
Proceedings include all events.                                    AEV
0:00cr6211-ALL USA v. Narog, et al              PRIOR   APPEAL
                                                        INTERP
```

| Date | Doc | Description |
|------|-----|-------------|
| 10/16/02 | 672 | MOTION by Nadia Almasri to Travel (kw) [Entry date 10/17/02] |
| 10/17/02 | 673 | MOTION with Memorandum in Support by Mohammed Samhan for Release from Custody pending appeal (kw) [Entry date 10/17/02] |
| 10/17/02 | 674 | NOTICE of Hearing as to Raed Naser Aldin :  resetting Sentencing for 10:30 11/1/02 for Raed Naser Aldin  before Judge Daniel T. K. Hurley (kw) [Entry date 10/18/02] |
| 10/21/02 | 675 | ORDER as to Nadia Almasri  granting [672-1] motion to Travel as to Nadia Almasri (4) ( Signed by Judge Daniel T. K. Hurley on 10/18/02) [EOD Date: 10/22/02] CCAP△ (kw) [Entry date 10/22/02] |
| 10/23/02 | 676 | MOTION by Thomas Narog to vacate or grant administrative relief of the fine judgment in light of the United States v. Prouty, No. 01-15273 (11th Cir. 2002) (ss) [Entry date 10/23/02] |
| 10/23/02 | 677 | Certificate of readiness transmitted to USCA as to Thomas Narog re: [640-1] appeal  by Thomas Narog, [631-1] appeal by Thomas Narog  USCA # 02-13437-A (mr) [Entry date 10/23/02] |
| 10/25/02 | 678 | MOTION by Thomas Narog to stay of forfeiture (kw) [Entry date 10/28/02] |
| 10/29/02 | 679 | ORDER as to Thomas Narog  denying [678-1] motion to stay of forfeiture as to Thomas Narog (1) ( Signed by Judge Daniel T. K. Hurley on 10/29/02) [EOD Date: 10/30/02] CCAP△ (kw) [Entry date 10/30/02] |
| 11/1/02 | 680 | ORDER FOR RELEASE PENDING THE DIRECT APPEAL as to Mohammed Samhan denying [673-1] motion for Release from Custody pending appeal as to Mohammed Samhan (14) ( Signed by Judge Daniel T. K. Hurley on 10/30/02) [EOD Date: 11/1/02] CCAP△ (kw) [Entry date 11/01/02] |
| 11/1/02 | 681 | MOTION by Suntrust Bank  as to Thomas Narog as to its interest in the forfeited residence (pa) [Entry date 11/04/02] |
| 11/1/02 | -- | Sentencing held  before Judge Daniel T. K. Hurley  Raed Naser Aldin (7) count(s) 1rs, 11rs (kw) [Entry date 11/12/02] |
| 11/8/02 | -- | ACKNOWLEDGMENT of receipt by U.S.C.A. of: COR on 10/28/02; U.S.C.A. # 02-13437-AA (mr) [Entry date 11/13/02] |

Vol #5 Cont

Proceedings include all events.                                            AEV
0:00cr6211-ALL USA v. Narog, et al                           PRIOR   APPEAL
                                                                     INTERP

11/12/02  682   JUDGMENT as to Raed Naser Aldin (7) count(s) 1rs, 11rs .
                Imprisonment 78 months as to each count of the redacted
                indictment to be served concurrently; Supervised Release 36
                months as to each count of the redacted indictment to be
                served concurrently, Assessed $ 200.00 , Raed Naser Aldin
                (7) count(s) 1, 5 . dismissed ( Signed by Judge Daniel T.
                K. Hurley on 11/7/02) [EOD Date: 11/12/02]  CCAP (kw)
                [Entry date 11/12/02]

11/15/02  683   RETURN OF SERVICE as to Thomas Narog  executed on 11/7/02
                Re: Preliminary Order of Forfeiture, Property, 8 Castle
                Harbor Drive, Fort Lauderdale. (pa) [Entry date 11/18/02]

11/18/02  684   NOTICE OF APPEAL by Raed Naser Aldin re: [682-1] judgment
                order  EOD Date: 11/12/02; Raed Naser Aldin (7) count(s)
                1rs, 11rs; Copies to USCA, AUSA, USM, USPO and Counsel of
                Record. (mr) [Entry date 11/20/02]

11/20/02  --    Certified copies of Notice of Appeal, Docket and Order
                under appeal to USCA: as to Raed Naser Aldin (mr)
                [Entry date 11/20/02]

12/5/02   685   MOTION by Raed Naser Aldin to amend presentence
                investigation report to conform to court's findings at
                sentencing (kw) [Entry date 12/06/02]

12/5/02   --    NOTICE of Receipt of Notice of Appeal Transmittal Letter
                from USCA as to Raed Naser Aldin  Re: [684-1] appeal  USCA
                Number: 02-13437-A (mr) [Entry date 12/06/02]

12/9/02   686   ORDER as to Raed Naser Aldin  denying [685-1] motion to
                amend presentence investigation report to conform to
                court's findings at sentencing as to Raed Naser Aldin (7) (
                Signed by Judge Daniel T. K. Hurley on 12/6/02) [EOD Date:
                12/10/02] CCAP∆ (kw) [Entry date 12/10/02]

12/11/02  687   TRANSCRIPT INFORMATION FORM re: [684-1] appeal  received
                on 12/11/02 from Court Reporter. (Returned to Court
                Reporter Coordinator) (mr) [Entry date 12/11/02]

12/13/02  688   Acknowledgement of Transcript Information Formas to Raed
                Naser Aldin re: [684-1] appeal  by Raed Naser Aldin
                Transcript of: Motion to Suppress, Sentencing held 6/11/01
                & 5/29/92 and 11/1/02Transcript due on: 1/13/02 for Raed
                Naser Aldin ;  Court Reporter name: Pauline Stipes (mr)
                [Entry date 12/13/02]

12/20/02  689   MOTION by Ahmad Almasri for RETURN of Cash Bail posted on
                8/3/00 in the amount of $5,000.00 (gp) [Entry date 12/23/02]

12/30/02  690   SEALED DOCUMENT as to Raed Naser Aldin (pa)
                [Entry date 12/30/02]

12/30/02  691   SEALED DOCUMENT as to Raed Naser Aldin (pa)

Vol #5 Cont

Proceedings include all events.                                                    AEV
0:00cr6211-ALL USA v. Narog, et al                              PRIOR    APPEAL
                                                                         INTERP
                    [Entry date 12/30/02]

---

12/31/02  692    TRANSCRIPT filed as to Thomas Narog  of Motion to Suppress
                 held 4/3/01  before Judge Daniel T.K. Hurley  Volume #: 1
                 Pages: 1-36  re: [640-1] appeal, [631-1] appeal . (mr)
                 [Entry date 01/06/03]                           Vol #10

---

1/13/03   693    Transcript Information Form as to Raed Naser Aldin for
                 Transcript of: Sentencing held 11/1/02 filed re: [684-1]
                 appeal by Raed Naser Aldin (mr) [Entry date 01/13/03]

---

1/13/03   694    TRANSCRIPT filed as to Raed Naser Aldin  of Sentencing held
                 11/1/02  before Judge Daniel T.K. Hurley  Volume #: 1
                 Pages: 1-108  re: [684-1] appeal . (mr)
                 [Entry date 01/13/03]                        Vol #40

---

1/28/03   695    ORDER as to Ahmad Almasri  granting [689-1] motion for
                 RETURN of Cash Bail posted on 8/3/00 in the amount of
                 $5,000.00 as to Ahmad Almasri (3) ( Signed by Judge Daniel
                 T. K. Hurley on 1/27/03) [EOD Date: 1/29/03] CCAPD (kw)
                 [Entry date 01/29/03]

1/29/03   696    SEALED DOCUMENT as to Raed Naser Aldin (kw)
                 [Entry date 01/29/03]

1/29/03   697    SEALED DOCUMENT (kw) [Entry date 02/03/03]

1/29/03   698    SEALED DOCUMENT (kw) [Entry date 02/03/03]

End of Vol #5

---