UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ILED BY:_____ D.C.

2005 FEB 18  AM 10: 10

CASE NO. 00-6211-CR-HURLEY/VITUNAC(s)

UNITED STATES OF AMERICA

vs.

NIZAR FNEICHE,

Defendant.
_____/

DOB: 2/16/1976
INMATE NO: 20046-424

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by its United States Attorney, shows to the Court:

1.    The above entitled defendant in the above entitled case is set for a Calendar Call/Status Conference/Trial on Friday, February 25, 2005, at 1:30 p.m., at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

2.    Nizar Fneiche, a defendant in said case, is now confined in the FCI Elkton, Federal Correctional Institution, 8730 Scroggs Road, Elkton, Ohio 44415.

3.    It is necessary to have said defendant before this Court for the purpose of a Calendar Call/Status Conference/Trial.

**WHEREFORE**, this petitioner prays that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the said Nizar Fneiche and have subject before this Court at the time and place above specified, then and there for a Calendar Call/Status

Conference/Trial; and also directing the said Warden to deliver the said Nizar Fneiche into the

custody of any United States Marshal for the aforesaid purpose and future proceedings.

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By:

5/17/05
Date

Lawrence M. Bardfeld
Assistant United States Attorney
500 East Broward Blvd., Suite 700
Ft. Lauderdale, Florida 33394
Phone: (954) 356-7255
Fax: (954) 356-7336