UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY/VITUNAC(s)

NIGHT BOX
FILED

FEB 23 2005

CLARENCE MADDOX
CLERK, USDC/SDFL/

UNITED STATES OF AMERICA

vs.

NIZAR FNEICHE,

      Defendant.
_____/

DOB: 2/16/1976
INMATE NO: 20046-424

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by its United States Attorney, shows to the Court:

1. The above entitled defendant in the above entitled case is set for Trial on Monday, March 7, 2005, at 9:00 a.m., at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

2. Nizar Fneiche, a defendant in said case, is now confined in the FCI Elkton, Federal Correctional Institution, 8730 Scroggs Road, Elkton, Ohio 44415.

3. It is necessary to have said defendant before this Court for the purpose of a Trial.

**WHEREFORE**, this petitioner prays that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the said Nizar Fneiche and have subject before this Court at the time and place above specified, then and there for a Trial; and also directing the

said Warden to deliver the said Nizar Fneiche into the custody of any United States Marshal for the aforesaid purpose and future proceedings.

                                  MARCOS DANIEL JIMENEZ
                                  UNITED STATES ATTORNEY

2/23/05  
Date                     By: _____  
                                  Laurence M. Bardfeld  
                                  Assistant United States Attorney  
                                  500 East Broward Blvd., Suite 700  
                                  Ft. Lauderdale, Florida 33394  
                                  Phone: (954) 356-7255  
                                  Fax: (954) 356-7336