UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY/VITUNAC(s)

UNITED STATES OF AMERICA

vs.

NIZAR FNEICHE,

DOB: 2/16/1976
INMATE NO: 20046-424

Defendant.

_____/

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:    ANY UNITED STATES MARSHAL, and
       WARDEN, of the FCI Elkton, Federal Correctional Institution, Elkton, Ohio

It appearing from the petition of the United States of America that Nizar Fneiche, a defendant in the above entitled case, is confined in the FCI Elkton, Federal Correctional Institution, 8730 Scroggs Road, Elkton, Ohio 44415, and that said case is set for a Trial at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301 on Monday, March 7, 2005, at 9:00 a.m. and that it is necessary for the said defendant to be before this Court for the said proceeding, and future proceedings;

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of the said Nizar Fneiche, now in custody as aforesaid, under safe and secure conduct, before this Court at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301 on Monday, March 7, 2005, at 9:00 a.m., for a Trial on the criminal charges pending against subject in this, and future proceedings.

And this is to command you, the Warden of the FCI Elkton, Federal Correctional Institution, 8730 Scroggs Road, Elkton, Ohio 44415, to deliver into the custody of any United States Marshal,

upon production to you of a certified copy of this writ, the body of the said Nizar Fneiche for safe and secure conduct to this district for the purpose aforesaid.

      **DONE and ORDERED** in Chambers at Fort Lauderdale, Florida, this ___2ND___ day of March, 2005.

                                HONORABLE DANIEL T.K. HURLEY
                                UNITED STATES DISTRICT JUDGE

cc:     U.S. Attorney (Laurence M. Bardfeld)
        U.S. Marshal (5 certified copies)
        Chief Probation Officer