AO 455 (Rev. 5/85) Waiver of Indictment

FILED by _____ D.C.

APR 6 2005

# United States District Court
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

NIZAR FNEICHE

## WAIVER OF INDICTMENT

CASE NUMBER: 00-6211-CR-HURLEY(s)(s)

I, NIZAR FNEICHE _____, the above named defendant, who is accused of knowingly and intentionally possessing pseudoephedrine, a List 1 chemical as defined in Title 21, United States Code, Section 802, with knowledge that the record keeping and recording requirements of Section 830 of Title 21, had not been adhered to, and after such knowledge was acquired, not taking immediate steps to remedy the violation, in violation of Title 21, United States Code, Section 841(f)(2)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on

_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.
Date

NIZAR FNEICHE
Defendant

PAUL GOODMAN, ESQUIRE
Counsel for Defendant

Before HONORABLE DANIEL T.K. HURLEY
Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.