# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE DANIEL T. K. HURLEY



FILED by _____ D.C.

APR 6 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAU.

===========================================

Case No. **00-6211-CR**        Date **April 5, 2005**

Courtroom Deputy: James E. Caldwell    Court reporter: Pauline Stipes

Language Spoken: **English**    Defendant's Status: (Pretrial Detained / Bond)

UNITED STATES OF AMERICA v. **Nizar Freiche**

AUSA: **Lawrence Bardfeld**    DEFENSE COUNSEL: **Paul Goodman**

TYPE OF HEARING: **Change of plea from not guilty to guilty as to Count I of the Superseding Information.**

RESULTS OF HEARING: **After an inquiry, the plea of guilty was accepted.**

Misc.: **The defendant waived a PSI and the court continued with sentencing.**

780