DEFENDANT: NIZAR FNEICHE
CASE NUMBER: 0:00CR06211-001

## IMPRISONMENT



The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **364 days. This is the total term of imprisonment imposed as to Count ONE of the One-Count Superseding Information.**

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

"No Further Action Required by United States Marshal"

                                                    UNITED STATES MARSHAL

                                                    By:_____
                                                           Deputy U.S. Marshal

788/6

Case 0:00-cr-06211-DTKH   Document 788   Entered on FLSD Docket 04/25/2005   Page 2 of 6
USDC FLSD 245B (Rev. 12/03) - Judgment in a Criminal Case
Page 3 of 6

DEFENDANT: NIZAR FNEICHE
CASE NUMBER: 0:00CR06211-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant **shall not** be placed on supervised release.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance.

**The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.**

DEFENDANT: NIZAR FNEICHE
CASE NUMBER: 0:00CR06211-001

## SPECIAL CONDITIONS OF SUPERVISION

**No additional conditions of supervised release were imposed.**

DEFENDANT: NIZAR FNEICHE
CASE NUMBER: 0:00CR06211-001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $25.00 | $ | $ |

\*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: NIZAR FNEICHE
CASE NUMBER: 0:00CR06211-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A lump sum payment of **$25.00 is** due immediately.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

**The assessment is payable to the U.S. COURTS and is to be addressed to:**

**U.S. CLERK'S OFFICE
ATTN: FINANCIAL SECTION
301 N. MIAMI AVENUE, ROOM 150
MIAMI, FLORIDA 33128**

**The assessment is payable immediately. The U.S. Bureau of Prisons, U.S. Probation Office and the U.S. Attorney's Office are responsible for the enforcement of this order.**

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.

Case 0:00-cr-06211-DTKH   Document 788   Entered on FLSD Docket 04/25/2005   Page 6 of 6
USDC FLSD 245B (Rev. 12/03) - Judgment in a Criminal Case
Page 1 of 6

# United States District Court
## Southern District of Florida
### WEST PALM BEACH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| v. | Case Number: 0:00CR06211-001 |
| NIZAR FNEICHE | |
| | USM Number: 20046-424 |
| | Counsel For Defendant: Paul Goodman, Esq. |
| | Counsel For The United States: AUSA Laurence M. Bardfeld |
| | Court Reporter: Pauline Stipes |

The defendant pleaded guilty to Count ONE of the One-Count Superseding Information on April 5, 2005. The defendant is adjudicated guilty of the following offense:

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | OFFENSE ENDED | COUNT |
|---|---|---|---|
| 21 U.S.C. § 841 (f)(2) | Wrongful possession of a listed chemical, that is pseudoephedrine, with knowledge that the necessary recording requirements had not been adhered to. | July 29, 2000 | ONE |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

Date of Imposition of Sentence:
April 5, 2005

DANIEL T. K. HURLEY
United States District Judge

April 6, 2005

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U. S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date April 6, 2005